OCS Search

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (/PremierServices/accountmanager.aspx)

 

# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Results

**Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding** Access Security Matrix. (https://www.floridasupremecourt.org/content/download/241418/2133339/AOSC18-16.pdf)

## RAFAEL JOSE GRIPPAS FARIAS VS WELLS FARGO BANK N.A.

**Local Case Number:** 2020-002115-CA-01

**Filing Date:** 01/29/2020

**State Case Number:** 132020CA002115000001

**Case Type:** Contract & Indebtedness

**Consolidated Case No.:** N/A

**Judicial Section:** CA09

**Case Status:** OPEN

👥 **Parties**                                     **Number of Parties: 2** ➕

Composite Exhibit 1

## ✈ Hearing Details

**Number of Hearing: 0** ✚

## 🔊 Dockets

**Dockets Retrieved: 7** ▬

☞ Export to ▾

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 01/31/2020 | | 20 Day Summons Issued | Service | |
| 📄 | 6 | 01/31/2020 | | ESummons 20 Day Issued | Event | *Parties: Wells Fargo Bank N.A.* |
| | 5 | 01/31/2020 | | Receipt: | Event | **RECEIPT#:3490204 AMT PAID:$10.00 NAME:ROSENQUEST, JOHN B, ESQ ROSENQUEST LAW FIRM PA 260 95TH STREET SUITE 206 SURFSIDE FL 33154 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING A** |
| | 4 | 01/31/2020 | | Receipt: | Event | **RECEIPT#:3490050 AMT PAID:$401.00 NAME:ROSENQUEST, JOHN B, ESQ ROSENQUEST LAW FIRM PA 260 95TH STREET SUITE 206 SURFSIDE FL 33154 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 3 | 01/30/2020 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 📄 | 2 | 01/29/2020 | | Complaint | Event | |
| 📄 | 1 | 01/29/2020 | | Civil Cover Sheet - Claim Amount | Event | |

**◀◀ Back to Results**

**Please be advised:**

The Miami-Dade Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office. This website does not provide legal advice of any kind. If you require legal advice, please consult a qualified attorney of your choosing.

Service through the Clerk's electronic access is not the official record of the Clerk. In order to assure the accuracy of the data or information, the Clerk's Office should be consulted regarding the Official Court Record.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this Link. (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)

| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)

Clerk's Home (http://www.miami-dadeclerk.com/home.asp)

| Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page)

| Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)   (http://www.miamidade.gov)

| Contact Us (http://www.miami-dadeclerk.com/contact.asp)

| About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.

Filing # 102486315 E-Filed 01/30/2020 12:01:05 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA.

RAFAEL JOSE GRIPPAS FARIAS,
an Individual,

CASE NO.: 2020-002115-CA-01

      Plaintiff,

vs.

WELLS FARGO BANK, N.A., a National
Banking Association,

      Defendant.

Jessica Powell #258
Date Served: ___FEB 0 7 2020___
Time Served: ___11:00___ (am) (pm)

_____/

## SUMMONS

THE STATE OF FLORIDA

To each Sheriff in the State (or selected Process Server):

YOU ARE COMMANDED to serve a copy of the Complaint or Petition in this action upon the
following Defendant:

Wells Fargo Bank, N.A.
c/o its Registered Agent
Corporate Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's
Attorney, whose name and address are: John B. Rosenquest IV (Fla. Bar No. 48431), Rosenquest
Law Firm P.A., 260 95th Street, Suite 206, Surfside, Florida 33154, *jay@rosenquestlawfirm.com*,
within twenty (20) days **"Except when suit is brought pursuant to § 768.28, Florida Statutes,
if the State of Florida, one of its agencies, or one of its officials or employees sued in his or
her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought
pursuant to § 768.28, Florida Statutes, the time to respond shall be 30 days"** after the service
of the Summons upon that Defendant, exclusive of the day of service, and to file the original of
the written defenses with the Clerk of the Court either before service on Plaintiffs' Attorney or
immediately thereafter. If a Defendant fails to do so, a default will be entered against that
Defendant for the relief demanded in the Complaint or Petition.

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Dated On _____1/31/2020_____

HARVEY RUVIN
As Clerk of the Court

By: _____338

As Deputy Clerk of the Court

2

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the Plaintiff's Attorney named in the Summons.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaires ont été entreprises contre vous. Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

Filing # 102404863 E-Filed 01/29/2020 11:08:16 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Rafael Jose Grippas Farias</u>
Plaintiff
                          vs.
<u>Wells Fargo Bank N.A.</u>
Defendant

**II.     AMOUNT OF CLAIM**
    Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>100,000</u>

**III.    TYPE OF CASE**      (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence -- other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability -- commercial
    - ☐ Premises liability -- residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure
    - ☐ Homestead residential foreclosure
    - ☐ Non-homestead residential foreclosure
    - ☐ Other real property actions
- ☐ Professional malpractice
    - ☐ Malpractice -- business
    - ☐ Malpractice -- medical

- ☐ Malpractice -- other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation
- ☐ County Civil
    - ☐ Small Claims up to $8,000
    - ☐ Civil
    - ☐ Replevins
    - ☐ Evictions
    - ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

**V.**      **NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>4</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ John B. Rosenquest IV</u>
              Attorney or party
FL Bar No.: <u>48431</u>
              (Bar number, if attorney)
              <u>John B. Rosenquest IV</u>
              (Type or print name)
    Date:  <u>01/29/2020</u>

Filing # 102404863 E-Filed 01/29/2020 11:08:16 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

RAFAEL JOSE GRIPPAS FARIAS,
an Individual,

CASE NO.:

     Plaintiff,

vs.

WELLS FARGO BANK, N.A., a National
Banking Association,

     Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Rafael Jose Grippas Farias (hereinafter "**Plaintiff**"), sues Defendant, Wells Fargo

Bank, N.A. (hereinafter, the "**Bank**" or "**Defendant**"), and alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff is a foreign individual who is a citizen and resident of Venezuela.

2.      Defendant is a national banking association that does business across the country

and in Miami-Dade County, Florida.

3.      This Court has subject matter jurisdiction over the action pursuant Section

26.012(2)(a), Florida Statutes.  The matter in controversy exceeds the sum of $75,000, exclusive

of interest and costs.

4.      Venue is appropriate in this district as the location where the various causes of

action accrued.

### ALLEGATIONS COMMON TO ALL COUNTS

5.      At all relevant times, Plaintiff was a customer of the bank who entrusted Defendant

with his funds.



ROSENQUEST
L A W   F I R M

260 95TH STREET, SUITE 208
SURFSIDE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-6103

JL LEITE LAW

800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

6.    Plaintiff lost his life savings when the Bank transferred those funds to a new account that it opened without Plaintiff's prior knowledge or consent, then permitted the funds to be fraudulently withdrawn the new account, while simultaneously refusing Plaintiff access to account information that would have permitted him to (at least) monitor and identify the fraudulent transactions.

7.    Plaintiff originally had two accounts with Defendant:

    a.    The first was a checking account assigned an Account Number ending in XXXX9204 ("**Account 9204**").

    b.    The second was a savings account assigned an Account Number ending in XXXX8394 ("**Account 8394**").

8.    In October, 2018, a representative of the Bank spoke with Plaintiff by telephone in Venezuela regarding identity theft and fraudulent activity that had been identified in Account 9204.

9.    The Bank told Plaintiff it had terminated all activity in Account 9204 and transferred his funds therein to a new checking account with an Account Number ending in XXXX1417 ("**Account 1417**").

10.    Plaintiff never received any checks for Account 1417.  At no time did Plaintiff ever have a check for Account 1417 in his possession or control.

11.    If Defendant sent checks to Plaintiff for Account 1417, they were not received by the intended recipient in Venezuela.  Likewise, Plaintiff did not receive any correspondence or monthly statements related to Account 1417.


260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183


800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

*Grippa v. Wells Fargo*
Complaint for Damages
p. 3

12.     As described below, pursuant to the Bank's internal policies and procedures, the Bank denied Plaintiff access and any opportunity to review account information until he personally visited a branch of the Bank in Florida in January, 2019.

13.     Unfortunately, the fraudulent activity in Plaintiff's accounts got much worse after the Bank opened the new account and transferred his funds from Account 9204 to Account 1417. Multiple fraudulent checks—even one with a typographical error evident on its face—were drawn on Account 1417 for funds transfers that Plaintiff did not authorize.

14.     Plaintiff did not sign the "**Fraudulent Checks**," as defined below.  His signatures thereon are forgeries.

15.     In October 2018, after Plaintiff learned that the Bank had opened Account 1417 without his prior consent or knowledge and transferred his money into the new account from Account 9204, Plaintiff requested access to Accounts 1417 and 8394 online or through the Bank's mobile banking application.

16.     The Bank refused his request.

17.     The Bank told Plaintiff that because he was a foreign national, Defendant's internal policies required Plaintiff personally visit an American branch of the Bank to receive access (online, through the mobile banking application, or otherwise) to any information regarding Accounts 1417 and 8394.

18.     Plaintiff resides in Venezuela, a country that is currently in the throes of an unprecedented economic collapse.  The circumstances in Venezuela have resulted in unrest and violence (often at airports) and disrupted civil services such as the post.

19.     Mail to Venezuela is frequently lost and not delivered.


R ROSENQUEST
L A W   F I R M
260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183


JL LEITE LAW
800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

*Grippa v. Wells Fargo*
Complaint for Damages
p. 4

20.     For years, travelling into and outside of Venezuela has been virtually impossible and incredibly expensive.  The United States government suspended all passenger and cargo air flights between it and Venezuela shortly after Plaintiff was instructed he needed to come to Florida to get access to his Accounts 1417 and 8394.

21.     It was impossible for Plaintiff to visit the United States and appear in person at a Bank location until January 10, 2019 when he visited Defendant's branch in Hialeah.

22.     After visiting in person, when Plaintiff finally received access to Account 1417, he made a crushing discovery that multiple "**Fraudulent Checks**" had been drawn on it without Plaintiff's authorization:

        a.    Check 101 in the amount of $45,000.00, drawn from Account 1417 on November 16, 2018;

        b.    Check 102 in the amount of $26,000.00 to Natalia Sizeen Rosted, also drawn from Account 1417 on November 16, 2018;

        c.    Check 105 in the amount of $4,000.00 to Carlos Davila, drawn from Account 1417 on December 10, 2018;

        d.    Check 106 in the amount of $4,100.00 to Buena Vista Gienes y Raices LLC, drawn from Account 1417 on December 12, 2018; and

        e.    Check 107 in the amount of $25,900.00 to Carlos Mendez, drawn from Account 1417 on January 7, 2019.

True and correct copies of certain Fraudulent Checks are attached in redacted form as Composite Exhibit "A."

23.     Plaintiff informed the Bank about the unauthorized activities in Account 1417, and the Bank opened investigations into the Fraudulent Checks.

 

24.     The Bank reimbursed $26,000 to Plaintiff for the unauthorized funds transfer and Check 102.

25.     The Bank then closed its investigations and denied Plaintiff's claims for reimbursement of the other Fraudulent Checks (all except Check 102) because it determined (in error) as follows:

      a.     Plaintiff admitted to a Bank representative that he signed one or more of the Fraudulent Checks; and

      b.     Plaintiff voluntarily left signed blank checks with his sister in Florida, and therefore did not properly guard against fraudulent activity.

26.     The Bank is incorrect in both respects.

      a.     Plaintiff categorically denies signing any of the Fraudulent Checks.

      b.     It was impossible for Plaintiff to leave signed copies of blank checks for Account 1417 with anyone, because he never received unsigned checks from the Bank for that account.

27.     In the last week, Plaintiff has learned that the Bank claims to have sent him a letter on or about April 26, 2019, informing him that Defendant had closed its investigations and would not reimburse him for any Fraudulent Check except Check 102, which $26,000.00 it deposited into Account 1417.

28.     Plaintiff denies he ever received the April 26, 2019 correspondence, which was purportedly sent to him in Venezuela, where civil services such as the post are not currently functioning efficiently.  Plaintiff further denies receiving paper statements or any mail related to Account 1417 from October 2018 through January 2019.

**R** ROSENQUEST
L A W   F I R M

260 95TH STREET, SUITE 205
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183

LEITE LAW

800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

29.     Plaintiff did not have actual notice until October 2019 that the Bank had denied his internal claim regarding Fraudulent Checks (other than Check 102) and Defndant had concluded (improperly) that no other fraud had occurred.

30.     Plaintiff only learned the Bank's position with respect to the Fraudulent Checks after engaging counsel Defendant sent Plaintiff's counsel a letter dated October 21, 2019 that forwarded a letter from the Bank to Plaintiff dated April 26, 2019.  True and correct copies of this correspondence is attached as Composite Exhibit "B."

31.     The April 26, 2019 letter is also written entirely in English, which Plaintiff does not speak.

32.     The Bank is fully aware that Plaintiff does not speak English and lives in Venezuela.

## FIRST COUNT
## NEGLIGENCE

33.     Plaintiff realleges and incorporates paragraphs 1 through 33 as if fully set forth herein.

34.     Plaintiff was a customer of the Bank before it opened Account 1417.

35.     Defendant owed Plaintiff a duty to exercise reasonable care with respect to the opening and maintaining of all accounts opened in his name, including Account 1417, the safekeeping of funds that were transferred to that account, and acquiring proper authorization for transactions involving funds withdrawn from Plaintiff's accounts at the Bank.

36.     Defendant breached the duties that it owed to Plaintiff and was grossly negligent and conducted its duties in bad faith by opening and maintaining Account 1417 without Plaintiff's knowledge or informed consent.

R ROSENQUEST
L A W   F I R M

260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183

JL LEITE LAW

800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

37.     Defendant also breached the duties that it owed to Plaintiff and was grossly negligent and conducted its duties in bad faith by failing to promulgate and maintain procedures that would allow an international customer of the Bank to obtain access (online, through a computer application, or otherwise) access to information regarding a new account, opened unilaterally by the Bank due to concerns of fraudulent activity or identity theft, without first requiring that the international customer visit a physical branch of the Bank in person.

38.     Defendant further breached the duties that it owed to Plaintiff and was grossly negligent and conducted its duties in bad faith by failing to safeguard the funds in his accounts from fraud

39.     Finally, Defendant breached the duties that it owed to Plaintiff and was grossly negligent and conducted its duties in bad faith by allowing funds to be withdrawn from Account 1417 without Plaintiff's authorization, knowledge, or informed consent to pay the Fraudulent Checks.

40.     Defendant actively concealed from Plaintiff the aforementioned breaches of its duties to him.

41.     As a direct and proximate cause of the Bank's breach of its duties, Plaintiff suffered damages including the loss of his life savings.

42.     Defendant compelled Plaintiff to retain an attorney, and to pay a reasonable fee and costs for his legal representation.

WHEREFORE, Plaintiff requests that this Court enter a Judgment in his favor and against Defendant for compensatory and consequential damages in amounts to be determined at trial, for punitive damages upon an appropriate evidentiary showing, for an award of his attorney's fees and costs, and that the Court order such further relief as it determines is just and proper.

 ROSENQUEST
L A W   F I R M

260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183

LEITE LAW

800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

## SECOND COUNT
## BREACH OF CONTRACT

43.     Plaintiff realleges and incorporates paragraphs 1 through 32 as if fully set forth herein.

44.     When Plaintiff originally opened accounts with the Bank, the parties entered into a contractual relationship.

45.     The written contract between the parties includes a signature card, a Depository Agreement, and an Online Access Agreement.  Plaintiff does not have possession or control of these documents at this time.

46.     The Bank has in its possession Plaintiff's signature card, the Depository Agreement, and the Online Access Agreement that apply to Plaintiff, as they may have been amended from time to time.

47.     Upon information and belief, the Depository Agreement and Online Services Agreement are similar to the exemplars attached hereto as Exhibits "C" and "D," respectively.

48.     Defendant breached the parties' contract by opening and maintaining Account 1417 without Plaintiff's knowledge or informed consent.

49.     Defendant also breached the parties' contract by refusing to provide him access (online, through a computer application, or otherwise) access to information regarding a new account, opened unilaterally by the Bank due to concerns of fraudulent activity or identity theft, without first requiring that Plaintiff visit a physical branch of the Bank in person.

50.     Defendant further breached the parties' contract by failing to safeguard the funds in Plaintiff's accounts from fraud.

ROSENQUEST LAW FIRM    260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183    LEITE LAW    800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

51.     Defendant breached the parties' contract by accepting and acting upon instructions to transfer or withdraw funds from Plaintiff's accounts by one or more persons who were not authorized to do so.

52.     Finally, Defendant breached the parties' contract by allowing funds to be withdrawn from Account 1417 without Plaintiff's authorization, knowledge, or informed consent to pay the Fraudulent Checks.

53.     Defendant actively concealed from Plaintiff the aforementioned breaches of their contract.

54.     As a direct and proximate cause of the Bank's breach of contract, Plaintiff suffered damages including the loss of his life savings.

55.     Defendant compelled Plaintiff to retain an attorney, and to pay a reasonable fee and costs for his legal representation.

WHEREFORE, Plaintiff requests that this Court enter a Judgment in his favor and against Defendant for compensatory and consequential damages in amounts to be determined at trial, for an award of his attorney's fees and costs, and that the Court order such further relief as it determines is just and proper.

## THIRD COUNT
### REFUND OF UNAUTHORIZED TRANSACTIONS

56.     Plaintiff realleges and incorporates paragraphs 1 through 32 as if fully set forth herein.

57.     Plaintiff was a customer and entrusted Defendant with the funds de deposited into accounts with the Bank.

58.     Plaintiff had no written agreement in place with Defendant regarding fund transfers or check payments out of Account 1417 or security procedures for that account.

**R** ROSENQUEST
L A W   F I R M

260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183

**JL** LEITE·LAW

800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

*Grippa v. Wells Fargo*
Complaint for Damages
p. 10

59.    Chapter 670 of the Florida Statutes and Regulation J, Subpart B (to the extent that the federal regulation preempts Chapter 670 of the Florida Statutes) requires that Defendant make repayment for unauthorized or ineffective transfers of funds, including unauthorized checks.

60.    Specifically, Section 670.204(1), Florida Statutes, provides as follows:

> If a receiving bank accepts a payment order issued in the name of its customer as sender which is not authorized and not effective as the order of the customer under s. 670.202 or is not enforceable, in whole or in part, against the customer under s. 670.203, the bank shall refund any payment of the payment order received from the customer to the extent the bank is not entitled to enforce payment and shall pay interest on the refundable amount calculated from the date the bank received payment to the date of the refund. However, the customer is not entitled to interest from the bank on the amount to be refunded if the customer fails to exercise ordinary care to determine that the order was not authorized by the customer and to notify the bank of the relevant facts within a reasonable time not exceeding 90 days after the date the customer received notification from the bank that the order was accepted or that the customer's account was debited with respect to the order. The bank is not entitled to any recovery from the customer on account of a failure by the customer to give notification as stated in this section.

61.    Defendant permitted numerous unauthorized and ineffective funds transfers involving funds owned by the Plaintiff out of Account 1417.

62.    Defendant accepted, acted upon, and paid the Fraudulent Checks in bad faith, without exercising reasonable and ordinary care before allowing the funds transfers.

63.    Plaintiff failed to timely receive actual notice that the unauthorized and ineffective funds transfers were occurring because the Bank concealed them from him and otherwise prevented him from discovering the transfers by delivering hard copy statements to him or providing Plaintiff with any other form of access (online or through a computer program) to Account 1417.



260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183



800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 928-8543
FAX: (305) 372-0189

*Grippa v. Wells Fargo*
Complaint for Damages
p. 11

64.     Plaintiff likewise failed to receive actual notice that the Bank had denied his internal claims after it completed an internal review of the Fraudulent Checks. Plaintiff did not fully learn the Bank's position with respect to the Fraudulent Checks until Defendant sent Plaintiff's counsel a letter dated October 21, 2019 that forwarded a letter from the Bank to Plaintiff dated April 26, 2019. *See* Exhibit "B."

65.     As a direct and proximate cause of the unauthorized and ineffective funds transfers, Plaintiff suffered damages including the loss of his life savings.

66.     Defendant compelled Plaintiff to retain an attorney, and to pay a reasonable fee and costs for his legal representation.

WHEREFORE, Plaintiff requests that this Court enter a Judgment in his favor and against Defendant for compensatory and consequential damages in amounts to be determined at trial, for an award of his attorney's fees and costs, and that the Court order such further relief as it determines is just and proper.

## FOURTH COUNT
### BREACH OF FIDUCIARY DUTY

67.     Plaintiff realleges and incorporates paragraphs 1 through 32 as if fully set forth herein.

68.     A fiduciary relationship existed between Plaintiff and Defendant, and the Bank owed fiduciary duties of loyalty and care to Plaintiff pursuant to their special relationship.

69.     The fiduciary duties that Defendant owed Plaintiff include—without limintation—the duty to exercise reasonable care with respect to the opening and maintaining accounts in his name, including Account 1417, the duty to safeguard, monitor, and keep safe any funds that Plaintiff transferred to that account, and the duty to acquire proper authorization for transactions involving funds withdrawn from Plaintiff's accounts at the Bank.

**R** ROSENQUEST
L A W   F I R M

260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183

JL LEITE LAW

800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

70.     Defendant breached its fiduciary duties to Plaintiff and was grossly negligent and conducted its duties in bad faith by opening and maintaining Account 1417 without Plaintiff's knowledge or informed consent.

71.     Defendant breached its fiduciary duties to Plaintiff and was grossly negligent and conducted its duties in bad faith by failing to promulgate and maintain procedures that would allow an international customer of the Bank to obtain access (online, through a computer application, or otherwise) access to information regarding a new account, opened unilaterally by the Bank due to concerns of fraudulent activity or identity theft, without first requiring that the international customer visit a physical branch of the Bank in person.

72.     Defendant breached its fiduciary duties to Plaintiff and was grossly negligent and conducted its duties in bad faith by failing to safeguard the funds in his accounts from fraud

73.     Finally, Defendant breached its fiduciary duties to Plaintiff and was grossly negligent and conducted its duties in bad faith by allowing funds to be withdrawn from Account 1417 without Plaintiff's authorization, knowledge, or informed consent to pay the Fraudulent Checks.

74.     Defendant actively concealed from Plaintiff the aforementioned breaches of its fiduciary duties to him.

75.     The aforementioned breaches of Defendant's fiduciary duties resulted in Plaintiff's damages and constitute grossly negligent and/or reckless conduct, intentional misconduct, and/or knowingly unlawful conduct in breach of the Bank's duties of care to Plaintiff.

76.     Plaintiff suffered substantial harm as a result of Defendant's breaches of fiduciary duties, including but not limited to his life savings, travel expenses, and other expenditures and damages.



R ROSENQUEST
L A W   F I R M

260 95TH STREET, SUITE 206
SURFS DE, FLORIDA 33154
TEL: (305) 607-5115
FAX: (305) 402-8183

JL LEITE LAW

800 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0189

*Grippa v. Wells Fargo*
Complaint for Damages
p. 13

77.    Defendant derived an improper personal benefit from the misconduct and breaches of duties alleged herein.

78.    Defendant compelled Plaintiff to retain an attorney, and to pay a reasonable fee and costs for his legal representation.

WHEREFORE, Plaintiff requests that this Court enter a Judgment in his favor and against Defendant for compensatory and consequential damages in amounts to be determined at trial, for punitive damages upon an appropriate evidentiary showing, for an award of his attorney's fees and costs, and that the Court order such further relief as it determines is just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all claims to which he is entitled.

Dated: January 29, 2020

Respectfully submitted,

/s/ John B. Rosenquest IV
John B. Rosenquest IV
Florida Bar No. 048431
**ROSENQUEST LAW FIRM P.A.**
260 95th Street, Suite 206
Surfside, Florida 33154
Telephone:  (305) 607-5115
Facsimile:  (305) 402-8183
Email: jay@rosenquestlawfirm.com

and

Juliana L. Leite
Florida Bar No. 89653
**JULIANA LEITE P.A.**
800 Brickell Ave, PH 2
Miami, Florida 33131-2969
Email: juliana@leitelaw.com

*Co-Counsel for Plaintiff*





## Composite Exhibit "A"




| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|------------|----|
| VIEWPOINTE | 20190109 | 107 | REDACTED | 1417 | 000060 | 25,900.00 | 8128400566 | |



WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

RAFAEL J GRIPPA FARIAS
AV SAN MARTIN RESIDENCIA LAS
FLORES EDIFICIO MARGARITA PISO 2
APT 21 CARACAS 1020

107

DATE 01/09/19

PAY TO THE
ORDER OF   Carlos Mendez   $ 25,900 00/100

Twenty Five Thousand nine hundred 00/100   DOLLARS

WELLS FARGO BANK

MEMO   Loan payback

AUTHORIZED SIGNATURE

REDACTED   REDACTED

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20181212 | 106 | | 417 | 000060 | 4,100.00 | 8429807108 | |

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

RAFAEL J GRIPPA FARIAS
AV SAN MARTIN RESIDENCIA LAS
FLORES EDIFICIO MARGARITA PISO 2
APT 21 CARACAS 1020

106

DATE 12/12/18

PAY TO THE ORDER OF Buena vista bienes y raices llc   $ 4,100 00/00

four thousand one hundred 00/00   DOLLARS

WELLS FARGO BANK

MEMO

REDACTED

AUTHORIZED SIGNATURE

PLEASE ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|-----------|-----|
| VIEWPOINTE | 20181210 | - | | 417 | 000000 | 4,000.00 | 6889025274 | |

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

RAFAEL J GRIPPA FARIAS
AV SAN MARTIN RESIDENCIA LAS FLORES
1qEDIFICIO MARGARITA PISO 2 APT 21 CARACAS
1020

DATE 12/03/18

PAY TO THE
ORDER OF _Carlos Davila_ $ 4,000 00/100

_Four Thousand dollars 00/100_ DOLLARS

WELLS FARGO BANK

MEMO _____ AUTHORIZED SIGNATURE

REDACTED   REDACTED

PLEASE ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|------|-----------|--------|---------|---------|-----|--------|-----------|---|
| VIEWPOINTE | 20181207 | - | | 1417 | 000060 | 4,000.00 | 8729481723 | |

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|------|-----------|--------|---------|---------|----|--------|-----------|---|
| VIEWPOINTE | 20181116 | - | REDACTED | REDACTED 1417 | 000080 | 26,000.00 | 8122297768 | |

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

RAFAEL J GRIPPA FARIAS
AV SAN MARTIN RESIDENCIA LA FLORES
EDIFICIO MARGARITA PISO 2 APT 21 CARACAS 1020

102

DATE 11/15/18

PAY TO THE ORDER OF   Natalia Sten Rosted   $ 26,000 00/100

Twenty six Thousand dollars   DOLLARS

WELLS FARGO BANK

MEMO

REDACTED   REDACTED

AUTHORIZED SIGNATURE

20181116  003300535640  00100263

PLEASE ENDORSE HERE
nata
Rosted

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C|
|------|-----------|--------|---------|---------|-----|--------|------------|---|
| VIEWPOINTE | 20181031 | 120 | | 1417 | 001051 | 26,600.00 | 8425089905 | |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

# Composite Exhibit "B"





260 95TH STREET, SUITE 200
SURFSIDE, FLORIDA 33154
TEL: (305) 607-6115
FAX: (305) 402-8183

500 BRICKELL AVENUE, PH2
MIAMI, FLORIDA 33131
TEL: (305) 929-8543
FAX: (305) 372-0169



Operations Complaint Management
Executive Office
S3928-018
P.O. Box 53474
Phoenix, AZ 85072-3474

October 21, 2019

John B. Rosenquest
REDACTED
REDACTED

Subject:  Concerns regarding Rafael J. Grippa Farias's former checking account ending in 1417

Dear John B. Rosenquest:

We are in receipt of your concerns. We appreciate the opportunity to address this matter.

We are sorry for the continued concerns regarding filed claims: REDACT 0725, REDACTE 0185, and          0432.  Our records show similar concerns were addressed in our response to Rafael dated April 24, 2019.  We have provided the copy of the response for your reference.

In addition, if you or the customer feels they are a victim of a financial crime, we strongly recommend working with law enforcement authorities to determine what options are available for pursuing the alleged perpetrators.  We would like to assure you that Wells Fargo cooperates with law enforcement agencies in the investigation and prosecution of criminal activity.

If you have further questions regarding this matter, you may contact us at 1-877-509-0086, Monday through Friday from 5:00 a.m. to 5:00 p.m., Pacific Time.  If you have a hearing or speech disability, we accept telecommunications relay service calls.

Thank you.

Sincerely,

Trina Gomez
Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Enclosure

Ref#: 06201910090000348



Operations Complaint Management
Executive Office
S3928-018
P.O. Box 53474
Phoenix, AZ 85072-3474

April 26, 2019

Rafael J. Grippa Farias
Avenida San Martin Recidencia La Flores
Edificio Margarita Piso 2 Apt 21
Caracas 1020
Venezuela

Subject:  Concerns regarding check fraud claim numbers REDAC 0432, REDAC 0185, and 0725.

Dear Rafael J. Grippa Farias:

Your concerns received in a letter sent March 25, 2019, to our Check Fraud Department were forwarded to us for review and a response.  We appreciate the opportunity to address this matter.

We are sorry to learn of your difficulties you encountered as a result of suspected fraudulent activity. We found the following claims for your former accounts ending in 1417 and 9204:

Claim number            0432
This claim was filed on November 29, 2018, in dispute of two checks totaling $71,000.00.  During the investigation, it was determined that you wrote the checks in dispute, but that the checks were issued based on a scam.  As you wrote the checks in question, they are considered authorized by you and the bank is not liable to you for the funds.  However, in an effort to help you recover the funds, we requested you fill out and return hold harmless documents.  After receiving the completed documents, we referred them to the depositing banks to attempt further recovery.  As such, we were able to successfully retrieve funds for check number 102 in the amount of $26,000.00, which were credited to your account ending in 1417 on January 9, 2019.  At this time, our efforts to collect on the remaining check (number 101 for $45,000.00) are still in progress and can take up to 120 days to receive communication from the bank of deposit as to whether they are willing to honor the request.

Claim number            0185
This claim was filed on January 24, 2019, in dispute of three checks totaling $56,600.00 that you state were unauthorized.  Upon reviewing this claim, we determined the items to have been authorized by you as the signature on file for your account appears to match the signature on the checks. Additionally, you informed our claim representative that you signed blank checks and left them for your sister to pay bills in your absence.  To ensure the security of assets, our Deposit Account Agreement advises that customers must take reasonable care to protect their accounts and prevent unauthorized use.  As the checks appear to have been signed by you, we consider the checks authorized and respectfully decline reimbursement.

As a courtesy to you, we were willing to attempt a late collection of some of the items from this claim as well.  We again requested hold harmless documents be filled out and returned to us.  We were only able to attempt this type of recovery on checks numbers 107 and 120.  Check number 106 was unfortunately below the $5,000.00 minimum threshold that is required for this type of recovery.  After receiving the

completed documents we referred them to the depositing banks to attempt a recovery. However, our request was denied.

Claim number▨▨▨0725
This claim was filed on January 25, 2019, in dispute of check number 106 for $4,100.00. This claim was closed and combined with claim▨▨▨0185 above.

You mentioned in your letter that you did not receive a checkbook for your former account ending in 1417, but you also told our representatives you wrote some of the checks in question and also left blank signed checks for your relative.

We apologize for any service concerns received while attempting to resolve this matter.

For the reasons stated above, the bank is not liable to you for your claims and respectfully declines reimbursement. While we regret we are not in a position to be more helpful, we hope this letter clarifies Wells Fargo's actions with regard to this matter. If you have questions, please call our Claims Assistance Center at 1-877-548-9230, Monday through Friday, 7:00 a.m. to 12:00 a.m., or Saturday, 8:00 a.m. to 8:00 p.m. Eastern Time. We can provide language assistance services, if you prefer.

Thank you.

Sincerely,

Trina Gomez
Operations Manager
Operations Complaint Management Executive Office

Ref#: 147486044

# Exhibit "C"



260 95th Street, Suite 208
Surfside, Florida 33154
Tel: (305) 607-5115
Fax: (305) 402-6183



800 Brickell Avenue, PH2
Miami, Florida 33131
Tel: (305) 929-6543
Fax: (305) 372-0169



## Deposit Account Agreement

# Important legal information, disclosures, and terms you need to know

**Effective July 11, 2018**

Together we'll go far



# Table of contents

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
  Words with specific meanings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
**Resolving disputes through arbitration** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
  Consumer accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
  Business accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
**Important legal information** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
**Statements and other information relating to your deposit account** . . . . . . . . . . . . . . . . 10
**Rights and responsibilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
**Checking and savings accounts**
  Deposits to your account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
  Funds availability policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
  Available balance, posting order, and overdrafts . . . . . . . . . . . . . . . . . . . . . . . 24
  Setoff and security interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
  Business account fees and expenses; earnings allowance . . . . . . . . . . . . . . . . 30
  Additional rules for checks and withdrawals . . . . . . . . . . . . . . . . . . . . . . . . . . 31
  Issuing stop payment orders and post-dated checks . . . . . . . . . . . . . . . . . . . . 32
  Your account ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
  Interest earning accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
  Time Accounts (CDs) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
**Electronic banking services**
  Debit cards and ATM cards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
  Electronic fund transfer services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
  General rules for electronic fund transfer services . . . . . . . . . . . . . . . . . . . . . 49
  Electronic fund transfer disclosures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
  Phone Bank Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
  Funds transfer services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

## Introduction

### Welcome to Wells Fargo

You have many choices when selecting a financial institution, and we are glad you chose Wells Fargo Bank, N.A. We value our relationship with you and hope we answered all your questions when you opened your account. Whether you have a Consumer or Business deposit account, please review this account agreement for further details regarding your account and related services.

### What words do we use to refer to the customer, this account agreement, and Wells Fargo?

- The customer is the "account owner," "you," "your," or "yours."
- Wells Fargo Bank, N.A. is "Wells Fargo," "Bank," "we," "us," or "our."
- This account agreement and the disclosures listed below constitute the "Agreement":
  - The Consumer Account Fee and Information Schedule ("Consumer Schedule") or the Business Account Fee and Information Schedule ("Business Schedule"), which explain our fees and provide additional information about our accounts and services,
  - Our Privacy Policy,
  - Our rate sheet for interest-earning accounts, and
  - Any additional disclosures we provide to you about your account and related services, including any addenda to the Agreement or to the Consumer Schedule or Business Schedule, as applicable.

### Words with specific meanings

Certain words have specific meanings as they are used throughout this Agreement. These words and their meanings are defined in this section.

#### ACH transaction

A deposit or payment (withdrawal) presented through the Automated Clearing House (ACH) network, an electronic network for financial transactions in the United States.

#### Authorized signer

A person who has your actual or apparent authority to use your account even if they have not signed the account application.

#### Available balance

Your account's available balance is our most current record of the amount of money available for your use or withdrawal. For more information, please see the section entitled "How do we determine your account's available balance?" in the Agreement.

#### Business account

Any deposit account, other than one of Wells Fargo's commercial deposit accounts, which is not held or maintained primarily for personal, family, or household purposes. A business account is typically owned by an individual acting as a sole proprietor, a partnership, a limited partnership, a limited liability partnership, a limited liability company, a corporation, a joint venture, a non-profit corporation, an employee benefit plan, or a governmental unit including an Indian tribal entity.

#### Business day

Every day is a business day except Saturday, Sunday, and federal holidays.

# Introduction

**Card**

This term includes every type of consumer and business debit and ATM card we may issue. For Wells Fargo Campus Card℠ Program customers, this term also includes any card that your college or university may issue to you that can be linked for Wells Fargo banking functionality. This term does not include any prepaid cards or the business deposit card unless otherwise noted.

**Consumer account**

Any deposit account which is held or maintained primarily for personal, family, or household purposes. A consumer account is typically owned by an individual, or jointly with other individuals, or in trust for, or for the benefit of, one or more individuals.

**Item**

An item is an order, instruction, or authorization to withdraw or pay funds or money from an account. Examples include a check, draft, and an electronic transaction (including ACH), an ATM withdrawal, and a purchase using a card to access an account). An item also includes a purported order, instruction, or authorization to withdraw or pay funds or money from an account, unless otherwise prohibited by law or regulation.

**Overdraft**

An overdraft is a negative balance in your account.

## What information does the Agreement contain?

The Agreement

- Explains the terms of your banking relationship with Wells Fargo,
- Is the Agreement between Wells Fargo and you for your account and any services,
- Replaces all prior deposit agreements including any oral or written representations, and
- Includes legal information about your banking relationship with Wells Fargo.

You are responsible for ensuring that any authorized signer on your account(s) is familiar with the Agreement.

We suggest you retain a copy of the Agreement — and any further information we provide you regarding changes to the Agreement — for as long as you maintain your Wells Fargo accounts.

## Are we allowed to change the Agreement?

Yes, we can change the Agreement by adding new terms or conditions, or by modifying or deleting existing ones. We refer to each addition, modification, or deletion to the Agreement as a modification.

**Notice of a modification:** If we are required to notify you of a modification to the Agreement, we will describe the modification and its effective date by a message within your account statement or any other appropriate means.

**Waiver of a term of the Agreement:** We may agree in writing to waive a term of the Agreement, including a fee. This is called a waiver. We may revoke any waiver upon notice to you.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

2

## Introduction

### How do you consent to the Agreement and any future modification to the Agreement?

By signing the application for a deposit account or using your account or service you agree to this Agreement. Continuing to maintain or use the account or service after a modification to the Agreement or removal of a fee waiver becomes effective is considered your consent to those changes.

### What happens if a term of the Agreement is determined to be invalid?

Any term of the Agreement that is inconsistent with the laws governing your account will be considered to be modified by us and applied in a manner consistent with such laws. Any term of the Agreement that a court of competent jurisdiction determines to be invalid will be modified accordingly. In either case, the modification will not affect the enforceability or validity of the remaining terms of the Agreement.

### Who will we communicate with about your account?

We may provide you or an authorized signer with information about your account. When we receive information from an authorized signer, we treat it as a communication from you. You agree to notify us promptly in writing if an authorized signer no longer has authority on your account.

# Resolving disputes through arbitration (Consumer accounts only)

## Arbitration Agreement between you and Wells Fargo

If you have a dispute, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A dispute is any unresolved disagreement between Wells Fargo and you. A dispute may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

**Wells Fargo and you each agrees to waive the right to a jury trial or a trial in front of a judge in a public court.** This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

## Can either Wells Fargo or you participate in class or representative actions?

**No, neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general.**

If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

## What rules apply to arbitration?

Wells Fargo and you each agrees that

- The American Arbitration Association (AAA) will administer each arbitration and the selection of arbitrators according to the AAA's Consumer Arbitration Rules (AAA Rules).
- If there are any differences between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement applies. If this Arbitration Agreement is in dispute, the arbitrator will decide whether it is enforceable.
- Wells Fargo and you are participating in commercial transactions involving the movement of money or goods among states.
- The Federal Arbitration Act (Title 9 of the United States Code) governs this Arbitration Agreement and any arbitration between Wells Fargo and you. If the Act or any part of it is inapplicable, unenforceable or invalid, the state laws governing your relationship with Wells Fargo govern this Arbitration Agreement.

Either Wells Fargo or you may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has previously begun. For information on initiating arbitration, contact the AAA at 1-800-778-7879.

Each arbitrator must be a licensed attorney with expertise in the laws applicable to the dispute's subject matter. The arbitrator will make a decision regarding the dispute based on applicable law, including any statutes of limitations. The arbitrator may award to either Wells Fargo or you any award or relief provided for by law.

## Resolving disputes through arbitration
### (Consumer accounts only)

No person participating in an arbitration can disclose the arbitration's existence, content, subject, or results, except as required in a party's ordinary course of business or by law.

### Who pays the arbitration fees and expenses?

Arbitration fees and expenses are explained here:

- **Setting the fees/expenses:** The arbitration administrator determines the rules and procedures for deciding who pays the arbitration fees, unless limited by applicable law. Please check with the arbitration administrator to determine the fees applicable to any arbitration you file.
- **Applying state law:** The laws governing your account may limit the amount of fees and expenses you are required to pay in arbitration. Your arbitration fees and expenses will not exceed any applicable limits.
- **Paying for attorney/expert/witness fees:** Unless applicable laws state otherwise, each party will pay its own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

### What other rights do Wells Fargo or you have when resolving disputes?

Wells Fargo or you each can exercise any lawful rights or use other available remedies to

- Preserve or obtain possession of property,
- Exercise self-help remedies, including setoff rights, or
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or appointment of a receiver by a court of competent jurisdiction.

### Where will an arbitration be held?

An arbitration will be held in the state whose laws govern your account.

## Resolving disputes through arbitration (Business accounts only)

### Arbitration Agreement between you and Wells Fargo

If you have a dispute, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A "dispute" is any unresolved disagreement between Wells Fargo and you. A "dispute" may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

Except as stated in "No waiver of self-help or provisional remedies" below, Wells Fargo and you agree, at Wells Fargo's or your request, to submit to binding arbitration all claims, disputes, and controversies between or among Wells Fargo and you (and their respective employees, officers, directors, attorneys, and other agents), whether in tort, contract or otherwise arising out of or relating in any way to your account(s) and/or service(s), and their negotiation, execution, administration, modification, substitution, formation, inducement, enforcement, default, or termination (each, a "dispute").

**DISPUTES SUBMITTED TO ARBITRATION ARE NOT RESOLVED IN COURT BY A JUDGE OR JURY. TO THE EXTENT ALLOWED BY APPLICABLE LAW, WELLS FARGO AND YOU EACH IRREVOCABLY AND VOLUNTARILY WAIVE THE RIGHT EACH MAY HAVE TO A TRIAL BY JURY FOR ANY DISPUTE ARBITRATED UNDER THIS AGREEMENT.**

Aside from self-help remedies, this Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand by the other party must pay all of the other party's costs and expenses for compelling arbitration.

### Can either Wells Fargo or you participate in class or representative actions?

No, Wells Fargo and you agree that the resolution of any dispute arising pursuant to the terms of this Agreement will be resolved by a separate arbitration proceeding and will not be consolidated with other disputes or treated as a class. Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general. If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

### What rules apply to arbitration?

Wells Fargo and you each agree that the arbitration will:

- Proceed in a location mutually agreeable to Wells Fargo and you, or if the parties cannot agree, in a location selected by the American Arbitration Association (AAA) in the state whose laws govern your account
- Be governed by the Federal Arbitration Act (Title 9 of the United States Code), notwithstanding any conflicting choice of law provision in any of the documents between Wells Fargo and you

6

## Resolving disputes through arbitration
### (Business accounts only)

- Be conducted by the AAA, or such other administrator as Wells Fargo and you will mutually agree upon, in accordance with the AAA's commercial dispute resolution procedures, unless the claim or counterclaim is at least $1,000,000 exclusive of claimed interest, arbitration fees and costs in which case the arbitration will be conducted in accordance with the AAA's optional procedures for large, complex commercial disputes (the commercial dispute resolution procedures or the optional procedures for large, complex commercial disputes to be referred to, as applicable, as the "rules").

If there is any inconsistency between the terms hereof and any such rules, the terms and procedures set forth herein will control. Any party who fails or refuses to submit to arbitration following a lawful demand by any other party will bear all costs and expenses incurred by such other party in compelling arbitration of any dispute. Nothing contained herein will be deemed to be a waiver by Wells Fargo of the protections afforded to it under 12 U.S.C. Section 91 or any similar applicable state law.

### No waiver of self-help or provisional remedies

This arbitration requirement does not limit the right of Wells Fargo or you to:

1. Exercise self-help remedies, including setoff or
2. Obtain provisional or ancillary remedies such as injunctive relief or attachment, before, during, or after the pendency of any arbitration proceeding.

This exclusion does not constitute a waiver of the right or obligation of either party to submit any dispute to arbitration or reference hereunder, including those arising from the exercise of the actions detailed in (1) and (2) above.

### What are the Arbitrator qualifications and powers?

Any dispute in which the amount in controversy is $5,000,000 or less will be decided by a single arbitrator selected according to the rules, and who will not render an award of greater than $5,000,000. Any dispute in which the amount in controversy exceeds $5,000,000 will be decided by majority vote of a panel of three arbitrators; provided however, that all three arbitrators must actively participate in all hearings and deliberations. Each arbitrator will be a neutral attorney licensed in the state whose laws govern your account, or a neutral, retired judge in such state, in either case with a minimum of ten years experience in the substantive law applicable to the subject matter of the dispute to be arbitrated. The arbitrator(s) will determine whether or not an issue is arbitratable and will give effect to the statutes of limitation in determining any claim. In any arbitration proceeding the arbitrator(s) will decide (by documents only or with a hearing at the discretion of the arbitrator(s)) any pre-hearing motions which are similar to motions to dismiss for failure to state a claim or motions for summary adjudication. The arbitrator(s) will resolve all disputes in accordance with the substantive law of the state whose laws govern your account and may grant any remedy or relief that a court of such state could order or grant within the scope hereof and such ancillary relief as is necessary to make effective any award. The arbitrator(s) will also have the power to award recovery of all costs and fees, to impose sanctions, and to take such other action as deemed necessary to the same extent a judge could pursuant to the federal rules of civil procedure, the state rules of civil procedure for the state whose laws govern your account, or other applicable law. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The institution and maintenance of an action for judicial relief or pursuit of a provisional or ancillary remedy will not constitute a waiver of the right of any party, including the plaintiff, to submit the controversy or claim to arbitration if any other party contests such action for judicial relief.

## Resolving disputes through arbitration
### (Business accounts only)

### Is discovery permitted in arbitration?

Yes, in any arbitration proceeding, discovery will be permitted in accordance with the rules. All discovery will be expressly limited to matters directly relevant to the dispute being arbitrated and must be completed no later than 20 days before the hearing date. Any requests for an extension of the discovery periods, or any discovery disputes, will be subject to final determination by the arbitrator upon a showing that the request for discovery is essential for the party's presentation and that no alternative means for obtaining information is available.

### Who pays the arbitration fees and expenses?

The arbitrator will award all costs and expenses of the arbitration proceeding.

### Are there additional rules for an arbitration proceeding?

Yes, to the maximum extent practicable, the AAA, the arbitrator(s), Wells Fargo and you will take all action required to conclude any arbitration proceeding within 180 days of the filing of the dispute with the AAA. The arbitrator(s), Wells Fargo or you may not disclose the existence, content, or results thereof, except for disclosures of information by Wells Fargo or you required in the ordinary course of business, by applicable law or regulation, or to the extent necessary to exercise any judicial review rights set forth herein. If more than one agreement for arbitration by or between Wells Fargo and you potentially applies to a dispute, the arbitration agreement most directly related to your account or the subject matter of the dispute will control. This arbitration agreement will survive the closing of your account or termination of any service or the relationship between Wells Fargo and you.

### Do Wells Fargo and you retain the right to pursue in small claims court certain claims?

Yes, notwithstanding anything to the contrary, Wells Fargo and you each retains the right to pursue in small claims court a dispute within that court's jurisdiction. Further, this arbitration agreement will apply only to disputes in which either party seeks to recover an amount of money (excluding attorneys' fees and costs) that exceeds the jurisdictional limit of the small claims court.

## Important legal information

### What laws govern your account?

The laws governing your account include

- Laws, rules, and regulations of the United States, and
- Laws of the state where you opened your account (without regard to conflict of laws principles).

For consumer and business accounts (except analyzed business accounts), your account statement will identify the state whose laws govern your account. If a different state law applies, we will notify you.

Any funds transfer (including a wire transfer) that is a remittance transfer as defined in Regulation E, Subpart B, will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

### What is the controlling language of our relationship?

English is the controlling language of our relationship with you. Items you write such as checks or withdrawal slips must be written in English. For your convenience, we may translate some forms, disclosures, and advertisements into another language. If there is a discrepancy between our English-language and translated materials, the English version prevails over the translation.

### What agreement applies when there is a separate agreement for a service?

If a service we offer has a separate agreement, and there is a conflict between the terms of the Agreement and the separate agreement, the separate agreement will apply.

### What courts may be used to resolve a dispute?

Wells Fargo and you each agree that any lawsuits, claims, or other proceedings arising from or relating to your account or the Agreement, including the enforcement of the Arbitration Agreement and the entry of judgment on any arbitration award, will be venued exclusively in the state or federal courts in the state whose laws govern your account, without regard to conflict of laws principles.

### How will we contact you about your account?

In order for us to service your account or collect any amount you owe, you agree that we may contact you by phone, text, email, or mail. We are permitted to use any address, telephone number or email address you provide. You agree to provide accurate and current contact information and only give us phone numbers and email addresses that belong to you.

When you give us a phone number, you are providing your express consent permitting us (and any party acting on behalf of Wells Fargo) to contact you at the phone number you provide. We may call you and send you text messages. When we call you, you agree that we may leave prerecorded or artificial voice messages. You also agree that we may use automatic telephone dialing systems in connection with calls or text messages sent to any telephone number you give us, even if the telephone number is a mobile phone number or other communication service for which the called party is charged.

# Statements and other information relating to your deposit account

## How do we make available account statements and other notices to you?

We will mail, send electronically, or otherwise make available to you an account statement reflecting your account activity for each statement period. We'll do the same with notices. We will send all account statements and notices to the postal or electronic address associated with your account.

**Combined account statements:** To reduce the number of separate account statements you receive each month, we may combine statements if you have more than one deposit account.

- **If we provide a combined account statement for your accounts,** we consider your first account as your primary account. You will receive your account statement at the address listed for your primary account. Statements for accounts in a combined statement will be delivered according to the delivery preference of the primary account.
- **If you do not want us to automatically combine your account statements,** you can opt-out by visiting a banking location or calling the number on your account statement.

**Account statements and notices for accounts owned by more than one owner:**
When an account has more than one owner, we will send or otherwise make available account statements and notices to only one owner. The owner receiving this information is responsible for sharing copies of the information with other owners. We may as a courtesy provide additional copies electronically. When the account owner requests that we send notices to an authorized signer, the authorized signer is responsible for providing copies to all account owners.

## When is your account statement considered received?

**Mailed account statements:** When we mail your account statement, we consider it received by you on the second business day after mailing it.

**Electronic delivery of account statements:** Account statements will be made available through Wells Fargo Online® Banking or Wells Fargo Business Online®, as applicable, 24 – 48 hours after the end of the statement period. You will be notified via email that the account statement is available for viewing. We consider the account statement to be delivered to you when it is available online.

## What happens if your account statements or notices are returned or are undeliverable?

Your account statements or notices will be considered unclaimed or undeliverable if

- Two or more account statements or notices are returned to us through the mail because of an incorrect address; or
- We notify you electronically that your account statement is available for viewing at Wells Fargo Online Banking or Wells Fargo Business Online, as applicable, and we receive email notifications that our message is undeliverable.

In either event, we may

- Discontinue sending account statements and notices, and
- Destroy account statements and notices returned to us as undeliverable.

We will not attempt to deliver account statements and notices to you until you provide us with a valid postal or electronic address.

## Statements and other information relating to your deposit account

### How can you or Wells Fargo change your address for your account?

**Address change requests you make:** You can change your postal or email address by notifying us in writing or calling us at the number on your account statement at any time. If you have a combined account statement, any owner of the first account (primary account) can change the address of all accounts included in the combined account statement. We will act on your request within a reasonable time after we receive it. Unless you instruct otherwise, we may change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with us.

**Address changes we make:** We may update your listed address without a request from you if we

- Receive an address change notice from the U.S. Postal Service,
- Receive information from another party in the business of providing correct address details that does not match the listed address for your account or card, or
- Identify a need to rely on another address you have provided us.

### What obligations do you have to review account statements and notices and notify us of errors?

You are obligated to:

- Examine your account statement promptly and carefully.
- Notify us promptly of any errors.
- Notify us within 30 days after we have made your account statement available to you of any unauthorized transaction on your account. Note: If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30 day period, we will not be responsible for unauthorized transactions made by the same wrongdoer.
- Notify us within 6 months after we have made your account statement available to you if you identify any unauthorized, missing or altered endorsements on your items.

Electronic fund transfers are subject to different time periods for notification of errors, as described in the "Electronic fund transfer services" part of this Agreement. Common examples of electronic fund transfers are ATM, debit card, and Online Bill Pay transactions.

### What happens if you fail to notify us of an unauthorized transaction within the time frames specified above?

If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within the time frames specified above, your account statement will be considered correct. We will not be responsible for any unauthorized transaction, error, or claim for transactions included in this statement.

### When is a transaction unauthorized?

A transaction is an unauthorized transaction when it is

- Missing a required signature or other evidence showing you have authorized it, or
- Altered (for example, the amount of a check or the payee's name is changed).

You can notify us of errors on your account statements by promptly

- Calling the telephone number listed on your account statement or in a notice, or
- Submitting a written report (if instructed by us) as soon as possible, but in any event within the specified time frames.

## Statements and other information relating to your deposit account

### What happens when you report an unauthorized transaction?

We investigate any reports of unauthorized activity on your account. After you submit a claim, we may require you to:

- Complete and return the claim form and any other documents we require,
- Notify law enforcement, and
- Cooperate fully with us in our investigation.

We can reverse any credit made to your account resulting from a claim of unauthorized transaction if you do not cooperate fully with us in our investigation or recovery efforts, or we determine the transaction was authorized.

**Consumer accounts only:** For specific information on unauthorized electronic fund transfers, see the "Liability for transactions covered by Regulation E" section in the "Electronic fund transfer services" part of the Agreement.

### Protection against unauthorized items (Analyzed business accounts only)

You acknowledge that there is a growing risk of losses resulting from unauthorized items. We offer services that provide effective means for controlling the risk from unauthorized items.

These services include:

- Positive pay, positive pay with payee validation, or reverse positive pay
- ACH fraud filter and
- Payment Authorization service

In addition, we may recommend you use certain fraud prevention practices to reduce your exposure to fraud. Each of these practices is an industry best practice. An example of a best practice is dual custody, which requires a payment or user modification initiated by one user to be approved by a second user on a different computer or mobile device before it takes effect.

If we have expressly recommended that you use one or more of these services or best practice (or any other service related to fraud prevention that we offer after the date of this Agreement) and you (a) either decide not to use the recommended service or best practice or (b) fail to use the service or best practice in accordance with the applicable service description or our other documentation applicable to the service or best practice, you will be treated as having assumed the risk of any losses that could have been prevented if you had used the recommended service or best practice in accordance with the applicable service description or applicable documentation.

### When are notices you send to us effective?

Any notice from you is effective once we receive it and have a reasonable opportunity to act on it.

### Are original paid checks returned with account statements?

No. We do not return original paid checks with your account statements. Copies of your paid checks are available through Wells Fargo Online Banking or WellsFargo Business Online, by calling Wells Fargo Phone Bank[SM] or Wells Fargo National Business Banking Center, banking locations, or by enrolling in our check images with statements service. Fees may apply for this service.

## Statements and other information relating to your deposit account

## When does my account become dormant?

**Checking accounts, savings accounts, and Time Accounts (CDs)**
Generally, your account becomes dormant if you do not initiate an account-related activity for 12 months for a checking account, 34 months for a savings account, or 34 months after the first renewal for a Time Account. An account-related activity is determined by the laws governing your account. Examples of account-related activity are depositing or withdrawing funds at a banking location or ATM, or writing a check which is paid from the account. Automatic transactions (including recurring and one-time), such as pre-authorized transfers/payments and electronic deposits (including direct deposits), set up on the account may not prevent the account from becoming dormant.

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs)**
Generally, your IRA and ESA (Savings or Time Account) will become dormant if you do not initiate an account-related activity as follows:

- Traditional IRA becomes dormant if you do not initiate an account-related activity for 34 months or more after you reach the age of 70 ½
- Roth IRA will not become dormant unless we receive notification of your death
- ESA becomes dormant after you reach age 30

An account-related activity that you initiate is determined by the laws governing your account.

## What happens to a dormant account?

We put safeguards in place to protect a dormant account which may include restricting the following transactions:

- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking

Normal monthly service and other fees continue to apply (except where prohibited by law).

If you do not initiate an account-related activity on the account within the time period as specified by state unclaimed property laws, your account funds may be transferred to the appropriate state. This transfer is known as escheat. If your account becomes escheatable, account statements will no longer be available. Your account will be closed. To recover your account funds, you must file a claim with the state.

**Portfolio accounts only:** If the dormant account is a primary Wells Fargo Portfolio Checking account or Wells Fargo Prime Checking account, about 2 months before the account escheats, we will close any associated program including Portfolio by Wells Fargo®, Portfolio by Wells Fargo Plus℠, or Portfolio by Wells Fargo Premier℠. When the Portfolio by Wells Fargo, Portfolio by Wells Fargo Plus, or Portfolio by Wells Fargo Premier program is closed, any benefits such as fee waivers and discounted services associated with it will be discontinued. Your primary Wells Fargo Portfolio Checking account is the first account listed in your monthly statement. To reinstate your program benefits, the primary checking account must be in an active status and you must contact us to reestablish the program. If other linked accounts become dormant, the accounts will be removed from any associated program and fees may apply.

# Statements and other information relating to your deposit account

## What are checking subaccounts?

For each checking account you maintain with us, we may establish on your behalf a master account and two subaccounts.

All information that is made available to you about your account will be at the master account level. The subaccounts are composed of a savings account and a checking account.

On the first day of each month, we will allocate funds between the two subaccounts as appropriate. Items received by us that are drawn against your master account will be presented for payment against the checking subaccount. Funds will be transferred from the savings subaccount as may be needed to cover checks presented on the checking subaccount. On the sixth transfer from the savings subaccount during a statement period, all of the funds on deposit in the savings subaccount will be transferred to the checking subaccount. If your account earns interest, the use of subaccounts will not affect the interest you earn.

Introduction

Resolving disputes through arbitration

Important legal information

**Statements and error notifications**

Rights and responsibilities

Checking and savings accounts

Electronic banking services

14

## Rights and responsibilities

### What responsibilities and liabilities do Wells Fargo and you have to each other?

We are responsible for exercising ordinary care and complying with the Agreement. When we take an item for processing by automated means, ordinary care does not require us to examine the item. In all other cases, ordinary care requires only that we follow standards that do not vary unreasonably from the general standards followed by similarly situated banks.

Except to the extent we fail to exercise ordinary care or to comply with the Agreement, you agree to indemnify and hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with our performance under the Agreement. You agree this indemnification will survive termination of the Agreement.

In no event will either Wells Fargo or you be liable to the other for any special, consequential, indirect or punitive damages. The limitation does not apply where the laws governing your account prohibit it.

We will not have any liability to you if your account has non-sufficient available funds to pay your items due to actions we have taken in accordance with the Agreement.

Circumstances beyond your control or ours may arise and make it impossible for us to provide services to you or for you to perform your duties under the Agreement. If this happens, neither Wells Fargo nor you will be in breach of the Agreement.

If we waive a right with respect to your account on one or more occasions, it does not mean we are obligated to waive the same right on any other occasion.

### Are you obligated to pay our fees?

Yes, by continuing to maintain your account you agree to pay our fees for specific accounts, specific transactions, and for using specific services.

We are permitted to either directly debit your account or invoice you for our fees and expenses and taxes incurred in connection with your account and any service. If there are non-sufficient funds in your account to cover the debit, we may create an overdraft on your account.

### What are we allowed to do if there is an adverse claim against your account?

An adverse claim occurs when

- Any person or entity makes a claim against your account funds,
- We believe a conflict exists between or among your account's owners, or
- We believe a dispute exists over who has account ownership or authority to withdraw funds from your account.

In these situations, we may take any of the following actions without any responsibility to you:

- Continue to rely on the documents we have on file for your account.
- Honor the claim against your account funds if we are satisfied the claim is valid.
- Freeze all or a part of the funds in your account until we believe the dispute is resolved to our satisfaction.
- Close your account and send a check for the available balance in your account payable to you or to you and each person or entity who claimed the funds.
- Pay the funds into an appropriate court.

# Rights and responsibilities

We also may charge any account you maintain with us for our fees and expenses in taking these actions (including attorney's fees and expenses).

**If you carry special insurance for employee fraud/embezzlement, can we require you to file your claim with your insurance company before making any claim against us?** (Business accounts only)

Yes, if you have special insurance for employee fraud/embezzlement, we reserve the right to require you to file your claim with your insurance company before making any claim against us. In such event, we will consider your claim only after we have reviewed your insurance company's decision, and our liability to you, if any, will be reduced by the amount your insurance company pays you.

## Are we allowed to restrict access to your account?

Yes, if we suspect any suspicious, unauthorized, or unlawful activities, we can restrict access to your account and other accounts with us that you maintain or control.

## How do we handle legal process?

Legal process includes any levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture or seizure, and other legal process relating to your account.

We will accept and act on any legal process we believe to be valid, whether the process is served in person, by mail, by electronic notification, or at any banking location.

If we incur any fees or expenses (including attorney's fees and expenses) due to responding to legal process related to your account, we may charge these costs to any account you maintain with us.

## Are transactions subject to verification by the Bank?

Yes. All transactions are subject to the Bank's verification. This includes cash, items, or other funds offered for deposit for which we have provided a receipt. We do not verify all transactions. We reserve the right to reverse or otherwise adjust, at any time without prior notice to you, any debit or credit we believe we have erroneously made to your account.

## Are we allowed to convert your account without your request?

Yes, we can convert your account to another type of deposit account (by giving you any required notice) if

- You use it inappropriately or fail to meet or maintain the account's requirements, or
- We determine an account is inappropriate for you based on your use, or
- We stop offering the type of account you have.

## When can you close your account?

You can request to close your account at any time if the account is in good standing (e.g., does not have a negative balance or restrictions such as holds on funds, legal order holds, or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.

- All outstanding items need to be processed and posted to your account before your request to close. Once the account is closed items will be returned unpaid.
- Any recurring payments or withdrawals from your account need to be cancelled before your request to close (examples include bill payments, debit card payments, and direct deposits) otherwise, they may be returned unpaid.

## Rights and responsibilities

- We will not be liable for any loss or damage that may result from not honoring items or recurring payments or withdrawals that are presented or received after your account is closed.
- At the time of your request to close:
  – For interest-earning accounts, it stops earning interest from the date you request to close your account.
  – Overdraft Protection and/or Debit Card Overdraft Service will be removed on the date you request to close your account.
  – The Agreement continues to apply.
- If you have requested to close your account and a positive balance remains, we may send you a check for the remaining balance.
- Even after your account is closed, you will remain responsible for any negative balance.

### Are we allowed to terminate or suspend a service related to your account?

Yes, we can terminate or suspend specific services (e.g., wire transfers) related to your account without closing your account and without prior notice to you. You can discontinue using a service at any time.

### When can we close your account?

We reserve the right to close your account at any time. If we close your account, we may send the remaining balance on deposit in your account by postal mail or credit it to another account you maintain with us.

### When will electronic banking privileges be terminated?

All of your electronic banking privileges will be terminated if your account is closed, except that you can view account activity, download statements and tax documents, and perform limited maintenance functions for at least 90 days after closure.

### Are we allowed to obtain credit reports or other reports about you?

Yes, we can obtain a credit or other report about you and your co-owners to help us determine whether to open or maintain an account. Other reports we can obtain include information from the following: 1) motor vehicle departments, 2) other state agencies, or 3) public records.

### When do we share information about your account with others?

Generally, if we do not have your consent, we will not share information about your account. However, we may share information about your account in accordance with our Privacy Policy separately given to you.

### Are we allowed to monitor and record communications?

Yes, we can monitor, record, and retain your communications with us at any time without further notice to anyone, unless the laws governing your account require further notice.

Monitored and recorded communications include:

- Telephone conversations,
- Electronic messages,
- Electronic records, or
- Other data transmissions.

## Rights and responsibilities

### Can Wells Fargo benefit from having the use of funds in customers' non-interest earning accounts?

Yes. We may benefit from having the use of funds in customers' non-interest earning accounts. We may use these funds to reduce our borrowing from other sources such as the Fed Funds market or invest them in short-term investments such as its Federal Reserve Account. This benefit may be referred to as spread. It is not possible to quantify the benefit to us that may be attributable to a particular customer's funds because funds from all customers' non-interest earning accounts are aggregated both for purposes of reducing our borrowing costs and for investment and because our use of funds may vary depending on a number of factors including interest rates, Federal Funds rates, credit risks and our anticipated funding needs. Our use of funds as described in this paragraph has no effect or impact on your use of and access to funds in your account.

### Is your wireless operator authorized to provide information to assist in verifying your identity?

Yes, and as a part of your account relationship, we may rely on this information to assist in verifying your identity.

You authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to use your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and to compare information you have provided to Wells Fargo with your wireless operator account profile information for the duration of the business relationship.

### Are you responsible for paying taxes?

Yes, fees may be subject to state and local sales taxes, which vary by location, and will be assessed as appropriate. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax.

## Deposits to your account

### Are we required to accept all deposits to your account?

No. We may decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a non-U.S. item. When we are unable to verify an endorsement on an item, we can also decline to pay, cash, or send the item for collection. We can require all endorsers be present and we may require you to deposit the item instead of permitting you to cash it. For non-U.S. items, please see the response to "How do we handle non-U.S. items?" We do not accept cash deposits into consumer accounts from non-account owners. We may require any person wanting to make a cash deposit into a business account to provide an acceptable form of identification before we accept the deposit for processing.

### Who is responsible to make sure the declared amount of funds offered for deposit is accurate?

It is your responsibility, and the Bank has no obligation, to make sure the declared amount of your deposit is accurate. If we determine a discrepancy exists between the declared and the actual amount of the funds, we are permitted to adjust (debit or credit) your account and we may notify you if any adjustments are made. We are also permitted to use the declared amount as the correct amount to be deposited and to not adjust a discrepancy if it is less than our standard adjustment amount. We are permitted to vary our standard adjustment amount from time to time without notice to you and to use different amounts depending on account type.

If you fail to notify us during the applicable time frames specified below, the deposit amount on your statement will be considered correct. This means that if the actual amount is less than the amount on the statement, the difference will become your property. If the actual amount is more than the amount shown on the statement, the difference will become the Bank's property.

**Consumer accounts only:** Notify us of an error in the amount of a deposit shown on your account statement within one year after we have made your  account statement available to you.

**Business accounts only:** Notify us of an error in the amount of a deposit shown on your account statement within 30 days after we have made your  account statement available to you.

### Can you arrange to have us adjust deposit discrepancies identified during any verification without regard to our standard adjustment amount? (Analyzed business accounts only)

Yes. If your account is an analyzed business account, you may arrange for the Bank to adjust deposit discrepancies identified during any verification without regard to our standard adjustment amount by contacting your local banker or calling the number on your statement.

### What happens if we send an item for collection?

We may, upon notice to you, send the item for collection instead of treating it as a deposit. This means that we send the item to the issuer's bank for payment. Your account will not be credited for the item until we receive payment for it.

Our funds availability policy does not apply to an item we accept for collection.

## Deposits to your account

### What are the requirements for a correct endorsement?

An endorsement is a signature, stamp, or other mark on the back of a check. If you have not endorsed a check that you deposited to your account, we may endorse it for you. Your endorsement (and any other endorsement before the check is deposited) must be in the 1-1/2–inch area that starts on the top of the back of the check (see sample below). Do not sign or write anywhere else on the back of the check.



### Are we bound by restrictions or notations on checks?

No, we are not bound by restrictions or notations, such as "void after six months," "void over $50," or "payment in full."

When you cash or deposit a check with a notation or restriction, you are responsible for any loss or expense we incur relating to the notation or restriction.

### What is a substitute check?

A substitute check is created from an original check; under federal law, it is legally equivalent to that original check. A substitute check contains an accurate copy of the front and back of the original check and bears the legend: This is a legal copy of your check. You can use it the same way you would use the original check. As noted in the legend, a substitute check is the same as the original check for all purposes, including proving that you made a payment. Any check you issue or deposit that is returned to you may be returned in the form of a substitute check. You agree that you will not transfer a substitute check to us, by deposit or otherwise, if we would be the first financial institution to take the substitute check, unless we have expressly agreed in writing to take it.

### What happens if you breach a warranty associated with an item?

If you breach any warranty you make to us under the laws governing your account with respect to any item, you will not be released or discharged from any liability for the breach so long as we notify you of the breach within 120 days after we learn of the breach. If we fail to notify you within this 120 day period, you will be released from liability and discharged only to the extent our failure to notify you within this time period caused a loss to you.

## Deposits to your account

### How do we handle non-U.S. items?

A non-U.S. item is an item 1) payable in a currency other than U.S. dollars or 2) drawn on a financial institution that is not organized under U.S. law. We are not required to accept a non-U.S. item for deposit to your account or for collection. We may accept non-U.S. items on a collection basis without your specific instruction to do so. We can reverse any amount we have credited to your account and send the item on a collection basis even if we have taken physical possession of the item.

If we accept a non-U.S. item, the U.S. dollar amount you receive for it will be determined by our exchange rate that is in effect at the time of deposit or our receipt of final payment (less any associated fees) of the collection item. If the non-U.S. deposited item is returned unpaid for any reason, we will charge the amount against your account (or any other account you maintain with us) at the applicable exchange rate in effect at the time of the return.

Our funds availability policy does not apply to a non-U.S. item.

### What is our responsibility for collecting a deposited item?

We are responsible for exercising ordinary care when collecting a deposited item. We will not be responsible for the lack of care of any other bank involved in the collection or return of a deposited item, or for an item lost in collection or return.

### What happens when a deposited or cashed item is returned unpaid?

We can deduct the amount of the deposited or cashed item from your account (or any other account you maintain with us). We can do this when we are notified that the item will be returned. We do not need to receive the actual item (and usually do not receive it). We can do this even if you have withdrawn the funds and the balance in your account is not sufficient to cover the amount we hold or deduct and your account becomes overdrawn. In addition, we will charge you all applicable fees and reverse all interest accrued on the item.

We may place a hold on or charge your account for any check or other item deposited into your account if a claim is made or we otherwise have reason to believe the check or other item was altered, forged, unauthorized, has a missing signature, a missing or forged endorsement, or should not have been paid, or may not be paid, or for any other reason. When the claim is finally resolved, we will either release the hold or deduct the amount of the item from your account. We are not legally responsible if we take or fail to take any action to recover payment of a returned deposited item.

### What happens when an electronic payment is reversed?

We may deduct the amount of an electronic payment credited to your account (e.g., direct deposit) that is reversed. We can deduct the amount from any account you have with us at any time without notifying you. You agree to promptly repay any overdrafts resulting from the reversed payment.

### Are you responsible for assisting us in reconstructing a lost or destroyed deposited item?

If a deposited item is lost or destroyed during processing or collection, you agree to provide all reasonable assistance to help us reconstruct the item.

# Funds availability policy

## Your ability to withdraw funds

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each an account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the first business day after the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

**Analyzed business accounts only:** The first $400 of a business day's check deposits to an analyzed account are not available to you on the day we receive the deposits. Check deposits to an analyzed account are available on the first business day after we receive your deposits.

## Determining the day your deposit is received by the Bank

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays. If you make a deposit before our established cutoff time on a business day that we are open, we will consider that day to be the day your deposit is received by the Bank. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the day your deposit is received by the Bank to be the next business day we are open.

Our established cutoff time is when a branch closes for business and may vary by location. The cutoff time for checks deposited at a Wells Fargo ATM is 9:00 p.m. local time (8:00 p.m. in Alaska).

## Longer delays may apply

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $200 of your deposit, however, may be available on the first business day.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you may ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid
- You deposit checks totaling more than $5,000 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last 6 months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later

22

## Funds availability policy

than the seventh business day after the day of your deposit.

### Special rules for new accounts

If you are a new customer, the following special rules will apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

- The first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,000 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $200 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

### Holds on other funds (check cashing)

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

### Holds on other funds (other account)

If we accept a check for deposit that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us.

The funds in the other account would then not be available until the time periods that are described in this Policy.

### Delays on other funds

Funds from any deposit (cash or checks) made at non-Wells Fargo SHAZAM® network ATMs using a card issued by a Wells Fargo branch located in Iowa[1] will not be available until the third business day after the day of your deposit. This rule does not apply at ATMs that we own or operate. All ATMs that we own or operate are identified on our machines as Wells Fargo.

---

[1] Also applies to a card issued by Wells Fargo Phone Bank, Wells Fargo Online, National Business Banking Center, or Wells Fargo Business Online that is linked to a primary account opened in Iowa.

## Available balance, posting order, and overdrafts

### How do we determine your account's available balance?

Your account's available balance is our most current record of the amount of money in your account available for your use or withdrawal. We use the available balance to authorize your transactions during the day (e.g., debit card purchases and ATM withdrawals). We also use the available balance to pay your transactions in our nightly processing. We calculate your available balance as follows:

- We start with the ending daily account balance from our prior business day nightly processing that includes all transactions deposited to or paid from your account.
- We subtract from this amount any holds placed on a deposit to your account and any holds placed due to legal process.
- We add pending deposits that are immediately available for your use (including cash deposits, electronic direct deposits, and the portion of a paper check deposit we make available; see "Funds availability policy" section for details).
- We subtract pending withdrawals that we have either authorized (such as debit card purchases and ATM withdrawals) or are known to us (such as your checks and preauthorized automatic ACH withdrawals that we receive for payment from your account) but have not yet processed.

**Important note:** The available balance does **not** reflect every transaction you have initiated or we previously authorized. For example, your available balance **may not include** the following:

- Outstanding checks and authorized withdrawals (such as recurring debit card transactions and ACH transactions that we have **not** received for payment).
- The final amount of a debit card purchase. For example, we may authorize a purchase amount prior to a tip that you add.
- Debit card transactions that have been previously authorized but not sent to us for final payment. We must release the transaction authorization hold after 3 business days (or up to 30 business days for certain types of debit or ATM card transactions, including car rental, cash, and international transactions) even though the transaction may be sent for payment from your account, which we must honor, at a later date.

### How do we process (post) transactions to your account?

We process transactions each business day (Monday through Friday except federal holidays) during a late night process. Once we process your transaction, the results are posted to your account. There are three key steps to this process. The most common types of transactions are processed as described below.

**First, we determine the available balance in your account (as described above) that can be used to pay your transactions.**

NOTE: Certain pending transactions can impact your available balance:

- Cash deposits or transfers from another Wells Fargo account that are made AFTER the displayed cutoff time (where the deposit was made) will be added to your available balance if they are made **before** we start our nightly process.
- Your available balance will be reduced by pending withdrawals, such as debit card transactions we have authorized and must pay when they are sent to us for payment. These pending withdrawals may be sent to us for payment at a later date. In some circumstances, these transactions may be paid into overdraft if other posted transactions or fees have reduced your balance before the pending transactions are presented for payment.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

## Available balance, posting order, and overdrafts

**Then, we sort your transactions into categories before we process them.**

- First, we credit your account for deposits, including cash and check deposits and incoming transfers, received before the cutoff time at the location the deposit or transfer was made.

- Then, we process withdrawals/payments we have previously authorized and cannot return unpaid, such as debit card purchases, ATM withdrawals, account transfers, Online Bill Pay transactions, and teller-cashed checks. If we receive more than one of these transactions for payment from your account, we will generally sort and pay them based on the date and time you conducted the transactions. For a debit card transaction, if a merchant does not seek authorization from the Bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For some transactions, such as Online Bill Pay transactions or teller-cashed checks, the time may be assigned by our systems and may vary from the time it was conducted. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.

- Finally, we use your remaining funds to pay your checks and preauthorized automatic ACH payments (such as bills you pay by authorizing a third party to withdraw funds directly from your account). If there is more than one of these types of transactions, they will be sorted by the date and time that they are received by us. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.

**Finally, if the available balance in your account is not enough to pay all of your transactions, we will take the following steps:**

- **First use Overdraft Protection (if applicable):** We will transfer/advance available funds from a savings and/or credit account you have linked to your checking account for Overdraft Protection (described on page 26).

- **Then, decide whether to pay your transaction into overdraft or return it unpaid:** At our discretion, we may pay a check or automatic payment into overdraft, rather than return it unpaid. This is our standard overdraft coverage. If we pay the transaction into overdraft, it may help you avoid additional fees that may be assessed by the merchant.

  Debit card transactions presented to us for payment (whether previously approved by us or not) will be paid into overdraft and will not be returned unpaid, even if you do not have sufficient funds in your account.

## Available balance, posting order, and overdrafts

**IMPORTANT INFORMATION ABOUT FEES:**

Fees may be assessed with each item paid into overdraft or returned unpaid subject to the following:

- A single Overdraft Protection Transfer or Advance Fee will be assessed when we need to transfer/advance funds from your linked account(s) into your checking account, but only if the transfer/advance helped you avoid at least one overdraft or returned item.
- No overdraft fee will be assessed on ATM and everyday (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account. The merchant informs the Bank if a debit card transaction is a one-time or recurring transaction. An overdraft fee can be assessed on recurring debit card transactions and any other item we pay into overdraft.
- No overdraft or returned item (Non-Sufficient Funds/NSF) fee will be assessed on items of $5 or less.
- If both your ending daily account balance and available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after we have processed all of your transactions, we will not assess an overdraft fee on the items.
- We limit the number of overdraft and/or returned item (Non-Sufficient Funds/NSF) fees charged per business day as follows:
  - For consumer accounts, we will charge no more than three (3) overdraft /NSF fees per business day
  - For business accounts, we will charge no more than eight (8) overdraft /NSF fees per business day
- Any overdraft or returned item fees assessed are deducted from your account during the morning of the next business day following our nightly process.

## What is Overdraft Protection?

This is an optional service you can add to your checking account by linking up to two eligible accounts (one savings, one credit). We will use available funds in your linked account(s) to authorize or pay your transactions if you don't have enough money in your checking account. A single Overdraft Protection Transfer or Advance Fee will be assessed any day a transfer/advance is made regardless of the number of transactions covered or whether money is transferred/advanced from multiple accounts. Also, we will not charge a fee unless the transfer/advance helped you avoid at least one overdraft or returned item. If you link two accounts, you may tell us which account to use first to transfer/advance funds. If you do not specify an order, we will first transfer funds from your linked savings account.

- **Transfers from linked savings account.** If the available balance in your savings account is $25 or more and can cover the overdraft (plus the Overdraft Protection Transfer Fee), we will transfer the exact amount needed or a minimum of $25. If the available balance in your savings account is less than either $25 or the amount needed, we will transfer the available balance. The Overdraft Protection Transfer Fee (if any) will be charged to your checking account.
- **Advances from linked credit card or line of credit account.** If the available balance in your credit card account is $25 or more and can cover the overdraft, we will advance the exact amount needed or a minimum of $25. If the available balance in your credit card account is less than either $25 or the amount needed, we will advance the available balance. The Overdraft Protection Advance Fee (if any) will be charged to your credit card account. Advances from an eligible linked Wells Fargo line of credit are made in increments of $100 or $300 (See your Credit Account Agreement for specific details) and the Overdraft Protection Advance Fee will be charged to your checking account.

## Available balance, posting order, and overdrafts

### What is Debit Card Overdraft Service?

Debit Card Overdraft Service allows Wells Fargo to approve (at our discretion) your ATM and everyday (one-time) debit card transaction(s) if you do not have enough money in your checking account or in accounts linked for Overdraft Protection at the time of the transaction. With this service, ATM and everyday (one-time) debit card transactions may be approved into overdraft at the Bank's discretion and an overdraft fee may apply. If you make a covering transfer or deposit (subject to the Bank's funds availability policy) by the posted cutoff time on the same business day as the transaction no fees are assessed. Debit Card Overdraft Service does not apply to checks and other transactions such as Bill Pay, ACH, or recurring debit card transactions (such as utilities or health club memberships). The Bank may continue to authorize or pay these transactions into overdraft, at our discretion, and our standard overdraft fees and policies will apply.

If Debit Card Overdraft Service is not added and there is not enough money in your checking account or accounts linked for Overdraft Protection, your ATM and everyday (one-time) debit card transactions will be declined, and there are no fees for declined transactions. If the service is not added and your ATM or everyday (one-time) debit card transaction creates a negative balance during posting, there will not be an overdraft fee.

**Debit Card Overdraft Service is automatically added to eligible business accounts at account opening.**

You can add or remove the service at any time. Debit Card Overdraft Service is not available for certain accounts, such as Teen Checking℠ accounts, Opportunity Checking® accounts, Greenhouse℠ by Wells Fargo deposit accounts (Greenhouse Set Aside and Greenhouse Spending), IOLTA/RETA accounts, accounts for government entities, or savings accounts. Debit Card Overdraft Service is a discretionary service that may be removed by the Bank for a variety of reasons including excessive overdrafts or returned items.

### What is Wells Fargo's standard overdraft coverage?

Our standard overdraft coverage is when, at our discretion, we pay items, such as checks or automatic payments (e.g., ACH payments) into overdraft rather than returning them unpaid. You can request to remove our standard overdraft coverage from your account by speaking to a banker.

**Important:** If standard overdraft coverage is removed from your account, the following will apply if you do not have enough money in your checking account or in accounts linked for Overdraft Protection to cover a transaction:

- We will return your checks and automatic payments (such as ACH payments) and assess a returned item fee (Non-Sufficient Funds/NSF) and you could be assessed additional fees by merchants.

- We will not authorize ATM and everyday (one-time) debit card transactions into overdraft. If your account is enrolled in Debit Card Overdraft Service, the service will also be removed.

- We will not authorize certain transactions (such as cashed checks, recurring debit card transactions, or Bill Pay transactions) into overdraft. However, if these transactions are authorized when your account has enough money but are later presented for payment when your account does not have enough money, we will pay the transaction into overdraft and charge an overdraft fee.

## Available balance, posting order, and overdrafts

### What is Overdraft Rewind? (Consumer accounts only)

With this free account feature, the Bank will reevaluate transactions from the previous business day that resulted in an overdraft or returned item if we receive an electronic direct deposit to your account by 9:00 a.m. local time where your account is located (which is noted on your account statement). The Bank will calculate a new available balance, including your pending electronic direct deposit (less any pending debits), and may reverse the overdraft or returned item (Non-Sufficient Funds/NSF) decisions and resulting fees from the previous business day if your electronic direct deposit will cover them. The Bank receives most direct deposits through the ACH network before 9:00 a.m. Overdraft Protection transfers/advances and fees from the prior business day are not reversed with Overdraft Rewind. Other deposits, such as check(s), cash or account transfers received after our initial nightly account processing, are not included in Overdraft Rewind. Direct deposits include your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House (ACH) network by your employer or an outside agency. Go to wellsfargo.com/overdraft-rewind for more details.

### What is your responsibility if your account has an overdraft?

If you have an overdraft on your account (including transactions we have paid on your behalf into overdraft, plus any fees), you must promptly make a deposit or transfer to return your account to a positive balance.

If you fail to bring your checking account to a positive balance, we will close your account. Also we may report you to consumer reporting agencies and initiate collection efforts. You agree to reimburse us for the costs and expenses (including attorney's fees and expenses) we incur.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

28

## Setoff and security interest

### Are we allowed to use the funds in your accounts to cover debts you owe us?

Yes, we have the right to apply funds in your accounts to any debt you owe us. This is known as setoff. When we setoff a debt you owe us, we reduce the funds in your accounts by the amount of the debt. We are not required to give you any prior notice to exercise our right of setoff.

A debt includes any amount you owe individually or together with someone else both now or in the future. It includes any overdrafts and our fees. We may setoff for any debt you owe us that is due or past due as allowed by the laws governing your account. If your account is a joint account, we may setoff funds in it to pay the debt of any joint owner.

If your account is an unmatured time account (or CD), then we may deduct any early withdrawal fee or penalty. This may be due as a result of our having exercised our right of setoff.

**Consumer accounts only:** Our right to setoff extends to any federal or state benefit payments (including Social Security benefits) deposited to your account. If we are obligated to return any federal or state benefits deposited to your accounts after you are no longer eligible to receive them, we have the right to setoff against any of your accounts to recover the payments you were ineligible to receive. Our right of setoff will not apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you maintain with us.

### Do you grant us a security interest in your accounts with us?

Yes, to ensure you pay us all amounts you owe us under the Agreement (e.g., overdrafts and fees), you grant us a lien on and security interest in each account you maintain with us. By opening and maintaining each account with us, you consent to our asserting our security interest should the laws governing the Agreement require your consent. Our rights under this security interest are in addition to and apart from any other rights under any other security interest you may have granted to us.

### Can you grant any one else a security interest in your accounts with us?

No, you may not grant a security interest in, transfer, or assign your accounts to anyone other than us without our written agreement.

## Business account fees and expenses; earnings allowance

### Are you obligated to pay our fees?

Yes, you agree to pay us in accordance with our Business Schedule.

### How do you pay our fees and expenses?

We are permitted to either directly debit your account or invoice you for our fees and expenses and taxes incurred in connection with your account and any service. If there are non-sufficient funds in your account to cover the debit, we may create an overdraft on your account.

You agree to promptly pay any invoiced amount. We may assess finance charges on any invoiced amounts that are not paid within 45 days of the date of invoice. Finance charges are assessed at a rate of 1.5% per month (18% per annum) or the highest amount permitted by the laws governing your account, whichever is less. Charges for accrued and unpaid interest and previously assessed finance charges will not be included when calculating finance charges. Payments and other reductions of amounts owed will be applied first to that portion of outstanding fees attributable to charges for accrued and unpaid interest and previously assessed finance charges, then to other fees and charges.

### If an earnings allowance accrues on your account, do we apply it to our fees and expenses?

Yes, if an earnings allowance accrues on your account, we will periodically apply your accrued earnings allowance to eligible fees and expenses (unless we otherwise indicate in writing). If both an earnings allowance and interest accrue on your account, the interest will be shown as an offset to the earnings allowance on the client analysis statement for your account. If your earnings allowance exceeds your total maintenance and activity fees for the statement cycle for your account, the excess credit is not paid to you, nor is it carried forward to the following statement cycle. We may debit your account (or any other account you maintain with us) or invoice you for any amount by which the fees and expenses exceed the accrued earnings allowance on your account. The earnings allowance applied as a credit against fees and expenses will be reported as income to the Internal Revenue Service (IRS), state, and local tax authorities if required by applicable law and you are responsible for any federal, state or local taxes due on the credited earnings allowance.

30

## Additional rules for checks and withdrawals

### What identification do we request to cash checks presented over-the-counter by a non-customer?

For these transactions, we require acceptable identification, which can include a fingerprint from the person presenting your check. We may not honor the check if the person refuses to provide us with requested identification.

### Are there special rules if you want to make a large cash withdrawal or deposit?

We may place reasonable restrictions on a large cash withdrawal. These restrictions include requiring you to provide reasonable advance notice to ensure we have sufficient cash on hand. We do not have any obligation to provide security if you make a large cash withdrawal. If you want to deposit cash for a very large amount, we have the right to require you to provide adequate security or exercise other options to mitigate possible risks.

### Are we responsible for reviewing checks for multiple signatures?

No, we are not responsible for reviewing the number of signatures required on your account. If you have indicated that more than one signature is required, we will not be liable if a check does not meet this requirement.

### Are we required to honor dates and special instructions written on checks?

No, we may, without inquiry or liability, pay a check even if it

- Has special written instructions indicating we should refuse payment (e.g., "void after 30 days" or "void over $100");
- Is stale-dated (i.e., the check's date is more than 6 months in the past), even if we are aware of the check's date;
- Is post-dated (i.e., the check's date is in the future); or
- Is not dated.

We may also pay the amount encoded on your check in U.S. dollars, even if you wrote the check in a foreign currency or made a notation on the check's face to pay it in a foreign currency. The encoded amount is in the line along the bottom edge of the front of the check where the account number is printed.

### Can you use a facsimile or mechanical signature?

Yes, if you use a facsimile or mechanical signature (including a stamp), any check appearing to use your facsimile or mechanical signature will be treated as if you had actually signed it.

### Are we liable for paying a consumer ACH debit entry on your account? (Business accounts only)

No, under the ACH operating rules, certain types of ACH debit entries may only be presented on a consumer account (each, a consumer ACH debit entry). We will have no obligation to pay, and no liability for paying, any consumer ACH debit entry on your account.

### What is the acceptable form for your checks?

Your checks must meet our standards, including paper stock, dimensions, and other industry standards. Your checks must include our name and address, as provided by us. Certain check features, such as security features, may impair the quality of a check image that we or a third party create.

We reserve the right to refuse checks that do not meet these standards or cannot be processed or imaged using our equipment. We are not responsible for losses that result from your failure to follow our check standards.

# Issuing stop payment orders and post-dated checks

## How do you stop payment on a check?

You may request a stop payment on your check in a time and manner allowing us a reasonable opportunity to act on it before we pay, cash, or otherwise become obligated to pay your check. You can request a stop payment of a check through wellsfargo.com, by phone, or by visiting your local branch and speaking with a banker.

Each stop payment order is subject to our verification that we have not already paid or otherwise become obligated to pay the check from your account. This verification may occur after we accept your stop payment order.

In order to issue a stop payment order on a check, we request the following information:

- Your bank account number,
- The check number or range of numbers,
- The check amount or amounts,
- The payee(s) name(s), and
- The date on the check.

We are not responsible for stopping payment on a check if you provide incorrect or incomplete information about the check.

## What is the effective period for a stop payment order?

A stop payment order on a check is valid for 6 months. We may pay a check once a stop payment order expires. You must place a new stop payment order if you do not want it to expire. We treat each renewal as a new stop payment order. We will charge you for each stop payment order you place (as well as each renewal).

## How do you cancel a stop payment order?

To cancel a stop payment order, we must receive your request in a time and manner allowing us a reasonable opportunity to act on it.

## Are you still responsible if we accept a stop payment on a check?

Yes, even if we return a check unpaid due to a stop payment order, you may still be liable to the holder (e.g., a check cashing business) of the check.

## How can you prevent a post-dated check from being paid before its date?

A post-dated check is a check you issue with a date in the future. We are not responsible for waiting to honor the check until that date, unless you instruct us to do so through the use of a stop payment order for the check. You are responsible for notifying us to cancel the stop payment order when you are ready to have that check paid.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

## Issuing stop payment orders and post-dated checks

### How do you stop payment for preauthorized electronic fund transfers?

**If you have told us in advance to make a regular payment from your account, you can stop the payment by:**

Calling Wells Fargo Phone Bank at 1-800-869-3557 or Wells Fargo National Business Banking Center at 1-800-225-5935, as applicable, or writing to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228- 6995, in time for us to receive your request 3 business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge you a fee for every stop payment order you request.

**Liability for failure to stop payment:** If you order us to stop one of these payments 3 business days or more before your scheduled transfer, and we do not do so, we will be liable for your losses or damages.

**Purchase transactions:** A stop payment may not be requested on a purchase transaction.

## Your account ownership

### How do we treat accounts owned by more than one customer?

You can choose to open an account with one or more other individuals. In these instances, we will treat all account holders as joint tenants with right of survivorship unless

- State laws governing your account require other treatment, or
- We otherwise agree with you in writing that the account is owned in some other capacity.

Regardless of the form of ownership, we will not maintain a separate record of each co-owner's interest in the account. We may act on instructions from any co-owner (or a co-owner's representative) without another account co-owner's consent. These actions include instructions to withdraw or transfer funds, make payments, or close the account.

### Are we allowed to pay money requested by a co-owner?

Yes, we may pay any money in the account requested by any co-owner (or a co-owner's legal representative), regardless of

- Their contributions,
- Whether any other co-owner is incapacitated or deceased, or
- Whether the account includes a right of survivorship.

### What are the forms of account ownership?

**Joint tenants with right of survivorship:** When you hold an account as joint tenants with right of survivorship and one of you dies, the account is payable to the surviving co-owner, subject to our rights under the Agreement.

**Tenants-in-common:** When you hold an account as tenants-in-common, it is payable upon the death of an accountholder, in whole or in part, to any surviving co-owner on the account or the deceased owner's personal representative, heirs, or successors. This is subject to our rights under the Agreement.

**Community property:** An account is held as community property when spouses have equal and undivided interests in the account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest by will. Community property does not exist in every state. Ask your legal adviser to understand if this applies to your account.

### What is a Pay On Death (POD) account? (Consumer accounts only)

A POD account is payable on your death (or the death of the last surviving co-owner) to one or more payees named in the title of the account. When the title of an account includes language like "in trust for (ITF)," "transfer on death (TOD)," or similar language, the account is treated as a pay on death account.

You may change, add, or remove the name of any payee or beneficiary anytime by providing us with proper written notice. Generally, the payee or beneficiary must survive all owners in order to receive their share of funds from a POD account.

### How are Uniform Transfers/Gifts to Minors Act accounts handled? (Consumer accounts only)

An account established under a state's Uniform Transfers/Gifts to Minors Act is controlled by the custodian (or a successor custodian). Only the named custodian (or successor custodian) is authorized to instruct us regarding the account. We may, however, disclose information about the account to the minor or the minor's representative. When the minor reaches the applicable age of majority, we may pay the funds on deposit in the account to the minor in accordance with the custodian's duty without waiting for instructions from the custodian.

34

## Your account ownership

### How are minor by accounts handled? (Consumer accounts only)

One or more adults may open an account in the name of a minor by the adult(s) as allowed by the laws governing your account. An adult is a person who has reached the age of majority. Beneficial ownership of the funds deposited in the account vests exclusively in the minor. The adult has exclusive control of the account until the minor reaches the applicable age of majority.

If there is more than one adult, each may act independently. We are not obligated to inquire about the use of the funds. When the minor reaches the age of majority, we may act on the instructions of either the minor or the adult. If the adult (or the last of the adults to survive) dies before the minor reaches the age of majority, we may transfer the funds to the custodian according to the applicable Uniform Transfers/Gifts to Minors Act.

### Can you transfer ownership of your account?

No assignment will be valid or binding on us, and we will not be considered to have knowledge of it, until we consent and the assignment is noted in our records. However, by noting the assignment, we do not have any responsibility to assure that the assignment is valid. Any permitted assignment of your account is subject to our setoff rights.

The Agreement is binding on your personal representatives, executors, administrators, and successors, as well as our successors and assigns.

### What if an owner does not sign account documentation?

The failure of a customer identified in our records as an owner or a co-owner of an account to sign the account application or other account-related documentation does not prevent us, in our sole discretion, from treating the customer as an owner or a co-owner of that account; we are not liable to anyone as a result.

### Are all joint owners responsible for liabilities on your account?

Yes, all joint owners are each individually and jointly responsible for any overdraft on your account, regardless of who caused or benefited from the overdraft. If there is a setoff, an enforcement of our security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy) affecting any co-owner, we have the right to treat all funds in the account as belonging to the customer against whom the setoff, enforcement of the security interest, or other legal action is directed. If your account is closed for unsatisfactory handling, we may report all joint owners to the consumer reporting agencies.

### What happens upon the death or incompetence of an authorized signer or account owner?

Please notify us promptly if you learn or suspect an account owner or signer has been declared incompetent by a court or a legal authority, or has died. When we receive proper notice, we may

- Freeze the account until we receive documents verifying the incapacity or death and instructions regarding the funds remaining in the account,
- Pay (without inquiring) any item authorized by the account owner before being declared incompetent or dying,
- Return or reverse deposits made to the account, and
- Apply funds in the account to any debt the account owner owes us before recognizing the rights to any remaining funds of a surviving joint owner or other person.

## Your account ownership

If we are liable for taxes because we released funds in an account after the account owner's death, the account owner's estate is responsible for reimbursing us for the taxes.

**Consumer and Sole Proprietors Only**

If an account owner dies or is declared incompetent we may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

**For all other businesses**

Upon notification to the Bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

## Interest earning accounts

### What interest rate applies to an interest earning account?

When you open an interest earning account, we will provide a rate sheet listing the current interest rate and Annual Percentage Yield (APY) for your account. Interest earning accounts earn interest at a variable rate, except Time Accounts (CDs). We may change the interest rate for variable-rate accounts at any time. The interest rate may vary depending on your daily balances (tiered-rate account). We may pay the same interest rate on more than one tier. The tiers and corresponding interest rates are disclosed in the rate sheet.

### How do we calculate earned interest?

We calculate interest using the daily collected balance method. This method applies a daily periodic rate to the collected balance in your account each day. Interest is calculated using a 365-day year, unless otherwise noted for business accounts in the Business Schedule.

### When does a deposit begin accruing interest?

Cash deposits begin accruing interest the same business day a deposit is credited to your account. If you deposit an item such as a check, interest begins accruing on the business day we receive credit for the item.

### Is interest compounded and when is it credited?

Interest will compound on a daily basis. For checking and savings accounts, interest will be credited on a monthly basis.

### What is the difference between Annual Percentage Yield (APY) and Annual Percentage Yield Earned (APYE)?

The Annual Percentage Yield (APY) is a percentage rate reflecting the total amount of interest paid on an account based on the interest rate and the frequency of compounding for a 365-day period. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your account during the statement period and the average daily balance in the account for the statement period.

We calculate both your APY and APYE according to formulas established by federal regulations. The APYE appears on your account statement.

### Do we have the right to require notice of withdrawal from your savings account?

Yes, we have the right to require 7 days written notice before you withdraw money from your savings account.

### Are you required to obtain a tax identification number certification?

Yes, in most instances, Treasury regulations require us to obtain a Taxpayer Identification Number ("TIN") for each account. To avoid backup withholding tax on accounts that earn interest or dividends, you are required to submit IRS Form W-9 or Form W-8BEN and supporting information and/or documentation to us. U.S. citizens or other U.S. persons, including resident alien individuals, must provide a Form W-9. If you are a non- resident alien as defined by the IRS, you must provide a Form W-8BEN.

Until we have received the Form(s) W-9 or W-8BEN completed and signed per IRS Regulations, or any other required forms, we will pay interest and comply with the backup withholding requirements of the IRS.

## Interest earning accounts

Other types of Form W-8 plus additional documentation may be required if you are a foreign partnership, foreign government, or are claiming an exemption based on Effectively Connected Income.

If you own your account as a sole proprietor, upon your death, we must be provided with the estate's or successor's TIN or we may either refuse to pay interest earned on your account since the date of your death or withhold a portion of the interest that has been earned on your account since the date of your death.

### Regulation D savings account transaction limit and other limited activity

Regulation D and Wells Fargo limit certain types of withdrawals and transfers from a savings account to a combined total of 6 per monthly fee period. The dates of your fee period are located in the section of your savings account statement called "Monthly service fee summary." For the Portfolio by Wells Fargo, Portfolio by Wells Fargo Plus and Portfolio by Wells Fargo Premier programs, the fee period begins on the first business day, and ends on the last business day, of the calendar month.

**Limited by Regulation D:**

- Transfers by phone using our automated banking service or speaking with a banker on the phone
- Transfers or payments through online, mobile, and text banking (including Bill Pay and person-to-person payments such as Zelle®)
- Overdraft Protection transfers to a checking account
- Pre-authorized transfers and withdrawals (including recurring and one time)
- Payments to third parties such as checks, drafts, or similar transactions (counted when they are posted to your account and not when they are written)
- Debit or ATM card purchases that post to the savings account

**Limited by Wells Fargo:**

- Transfers and payments to Wells Fargo credit cards, lines of credit, and loans
- Outgoing wires whether made in person, on the telephone, or online

**Not limited:**

- Except as limited above, there are no limits on the following in-person transactions at a Wells Fargo ATM or banking location
  - Transfers between your Wells Fargo accounts
  - Withdrawals
  - Any types of deposits
- Withdrawals made at non-Wells Fargo ATMs. Non-Wells Fargo ATM fees and surcharge fees imposed by non-Wells Fargo ATM owners or operators may apply.

### What happens if you exceed your limit?

If you exceed the limit stated above, you will be charged an excess activity fee (see the Consumer Schedule or Business Schedule, as applicable). If the limit is exceeded on more than an occasional basis, Wells Fargo may be required to convert the savings account to a checking account, which would discontinue any Overdraft Protection it might be providing to another account, or close the account.

If the transaction limit is reached, we may prevent online and telephone transfers from your savings account for the remainder of the monthly fee period to help you avoid fees and account conversion or closure.

# Time Accounts (CDs)

## What are Time Accounts?

Time Accounts (CDs) are payable at the expiration of a specified term, no less than 7 calendar days after the date of deposit. We may also refer to a Time Account as a CD or a Certificate of Deposit, even though we do not issue a paper certificate when opening the account or require a paper certificate to close the account. The CD's maturity date is the last day of the term for the CD. The maturity date is printed on your receipt.

## When can you withdraw funds from your CD?

You may withdraw funds from your CD on the maturity date without a penalty. You may also generally withdraw funds without a penalty within the 7 calendar days after the maturity date (grace period). You may be charged a penalty if you make a withdrawal at any other time. See the "Time Accounts (CDs)" section of the Consumer Schedule or the Business Schedule, as applicable, for details.

## Can you deposit additional funds into your CD?

You can only deposit additional funds during the grace period.

## Will your Annual Percentage Yield (APY) change if you withdraw interest before maturity?

The APY we disclose to you assumes the interest you earn will remain on deposit until your CD matures. If you withdraw your earned interest before maturity, your account will earn less interest over time and the actual APY will be less than the disclosed APY.

## How does your CD renew?

Your CD will automatically renew at maturity

- Typically for a like term unless we inform you prior to maturity of a different term; and
- At our interest rate in effect on the maturity date for a new CD of the same term and amount, unless we have notified you otherwise.

## Debit cards and ATM cards

This part describes ways to use services linked to an account using a card. Some services may not be available at all locations. We may require you to sign additional documentation to obtain a debit or ATM card. You will receive terms and conditions applicable to your card when you receive the card. In the event of a conflict between the terms and conditions and the Agreement, the terms and conditions will control. Additional disclosures applicable to these services are provided in the Consumer Schedule or Business Schedule, as applicable.

### Issuance of a card and Personal Identification Number (PIN)

We may issue a card to each account owner to access your accounts. If you do not select a PIN when you request your card, we will send a randomly selected PIN.

If you would like a PIN for authentication purposes but do not request a debit or ATM card, we can issue you a PIN only account. This PIN can only be used for authentication and cannot be used for purchase transactions or ATM access.

### Protection of card and PIN

You should securely protect your card and PIN from loss or theft. Each cardholder must have his or her own unique PIN for the card and is responsible for maintaining confidentiality of the PIN. Memorize the PIN. Never write the PIN on the card or share it with anyone, including our employees. Never allow anyone else to use the card or PIN. If the card or PIN is given to another person, the account owner will be responsible for all transactions made by that person or anyone else to whom that person gives the card or PIN. Notify us immediately if the card is lost or stolen, or is no longer secure.

### Instant issue debit card

The instant issue debit card is a temporary debit card. We will deactivate the instant issue debit card either when you activate your permanent debit card or 30 days after we issue your temporary debit card, whichever is sooner. If a new or replacement permanent debit card was not requested, your temporary debit card will terminate in 30 days.

### Wells Fargo ATMs in Assisted-Service mode

Some Wells Fargo ATMs in branches can operate in Assisted-Service mode during branch hours. When in Assisted-Service mode, the ATM screen's main menu will display an "I need assistance" option. When you use an ATM in Assisted-Service mode, your card's daily ATM withdrawal limit may not apply, and you may be able to access and perform transactions on some of your consumer deposit accounts that are not linked to your card. Note: if you are accessing the ATM in Assisted-Service mode using an ATM Access Code or a mobile wallet, your card's daily ATM withdrawal limit will apply and you will not be able to access accounts that are not linked to your card.

### Linking accounts for card access and designating primary account

Linking lets you add accounts you own (e.g., checking, savings) to a debit or ATM card, giving you access to make transactions on multiple accounts with one card at Wells Fargo ATMs. At most ATMs, you only have access to accounts linked to your card. When an ATM is in Assisted-Service mode, however, you may be able to use your consumer card to access and perform transactions on your consumer accounts that are not linked to your card.

If you link only one account of a single type (e.g., checking or savings accounts) to the card, that linked account is automatically designated as the primary account for purposes of electronic fund transfer services. The primary account for a consumer card must be an eligible consumer checking account. The primary account for a business card must be an eligible business checking account. The money for purchases and payments made with your card is deducted from the primary checking account. Cash withdrawals using a card at a non-Wells Fargo ATM are deducted from the primary checking or savings account.



40

## Debit cards and ATM cards

If you link more than one account of a single type to the card, you may designate a primary account and other accounts. If you do not designate a primary account, the first account of that type linked to your card is considered the primary account. If a primary account linked to the card is closed or delinked for any reason, we will designate another linked account (if applicable) as the new primary account. If this linked account is a savings account, your debit card will be closed and you can request an ATM card. [Note: for Wells Fargo campus debit cards with school access functionality, your banking access will be closed but your card can still be used for school access functionality]. We will determine the number and type of accounts you can link to your card.

**If you have been issued a debit card as part of using the Greenhouse app:** Your card will be linked to your Greenhouse Spending Account as the primary account, and linked to your Greenhouse Set Aside Account as the secondary account. You can choose to link additional accounts to your card at any time. It is important to keep the Greenhouse accounts open and linked as described above for the Greenhouse app to work properly.

## Using a card to access linked credit card and line of credit accounts at ATMs

If you link your Wells Fargo credit card account or eligible line of credit account (linked credit card) to your card, you may use the card to access the linked credit account at any Wells Fargo ATM. You can use the card to obtain cash or transfer funds from the linked credit account, as long as the linked credit account is in good standing and has available credit. Cash withdrawals and transfers of funds from your linked credit account are treated as cash advances. Each of these transactions is subject to the provisions of the applicable credit card account agreement or line of credit account agreement, including daily limits and cash advance fees.

You must notify us in case of errors or questions about your Wells Fargo credit card bill. If you think your bill is wrong or if you need more information about a transaction on your bill, write to us at: Wells Fargo Card Services, P.O. Box 522, Des Moines, IA, 50302-9907. You also may call us at the telephone number listed on your account statement. However, you must write to us to preserve your billing rights. Please consult your applicable credit account agreement for complete information on the terms and conditions applicable to your linked credit account, including the rules relating to cash advances from, and payments to, your linked credit accounts.

## Using your card

The tables below show how you can use your card to make purchases and payments, make transfers, and use ATMs.

**Note:** Some services described below may not be available at all ATMs.

| How you can purchase or pay | | | |
|---|---|---|---|
| **Actions** | **Debit card** | **ATM card[1]** | **Business deposit card** |
| Use your card at merchants who accept payments through a network in which we participate (e.g., Visa® and MasterCard®) | √ | √ | |
| Pay bills directly to merchants or others using your card | √ | | |
| Request cash back when making a purchase using your PIN at merchants who offer this service | √ | √ | |

# Debit cards and ATM cards

## How you can purchase or pay (continued)

| Actions | Debit card | ATM card[1] | Business deposit card |
|---|---|---|---|
| Use your card through a mobile device at merchants who accept mobile payments | √ | | |

## Where you can withdraw money

| Actions | Debit card | ATM card | Business deposit card |
|---|---|---|---|
| Wells Fargo ATMs and Wells Fargo Bank locations | √ | √ | |
| Non-Wells Fargo ATMs (fees may apply) | √ | √ | |
| Non-Wells Fargo banks that accept Visa-branded cards when a teller helps you with your transaction (fees may apply) | √ | | |

## What you can do at Wells Fargo ATMs

| Actions | Debit card | ATM card | Business deposit card |
|---|---|---|---|
| View your account balances | √ | √ | |
| Withdraw cash | √ | √ | |
| Make deposits to your accounts | √ | √ | √[2] |
| Transfer funds between your accounts | √ | √ | |
| Make payments to your Wells Fargo credit card | √ | √ | |
| Get a statement of the last 10 transactions (fees may apply) | √ | √ | |
| Get a statement of the balances of your accounts (fees may apply) | √ | √ | |
| Choose how you want to receive your ATM receipt: printed, emailed to the address on file or to your Wells Fargo Online secure inbox, or texted to your mobile phone number on file (mobile carrier message and data rates may apply) | √ | √ | √[3] |

## What you can do at non-Wells Fargo ATMs[4]

| Actions | Debit card | ATM card | Business deposit card |
|---|---|---|---|
| View your account balance (fees may apply) | √ | √ | |
| Withdraw cash (fees may apply) | √ | √ | |
| Make deposits at non-Wells Fargo SHAZAM network ATMs (using a card issued by a Wells Fargo branch located in Iowa[5]) (fees may apply) | √ | √ | √ |

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

42

## Debit cards and ATM cards

| What you can do at non-Wells Fargo ATMs⁴ (continued) | | | |
|---|---|---|---|
| **Actions** | **Debit card** | **ATM card** | **Business deposit card** |
| Transfer funds between accounts | √ | √ | |

| How you can receive electronic credit transfers | | | |
|---|---|---|---|
| **Actions** | **Debit card** | **ATM card** | **Business deposit card** |
| Receive transfers, such as those through card networks or funds transfer systems | √ | | |

Statements at ATMs should not be used in place of the account statement for balancing or verifying the actual account balance.

[1] Purchases using an ATM card are available at merchants who accept payments through networks in which we participate and require a PIN to authorize the purchase.

[2] The business deposit card and associated PIN can be used only to make ATM deposits. The card can be issued to an authorized signer on the business accounts. It also can be issued to a non-authorized signer at the request of an authorized signer. When the card is used to make an ATM deposit, account balances are neither displayed on the ATM screen nor printed on the ATM receipt. The card PIN cannot be used for authentication for phone or online access.

[3] Business deposit cards are able to only receive printed receipts.

[4] Non-Wells Fargo ATMs are part of ATM networks owned or operated by other financial institutions. You can use your card to withdraw cash and check balances, and transfer funds between the accounts linked to your card as primary checking and primary savings. Note: 1) Some non-Wells Fargo ATMs may not give you the option of choosing which account to access or may only let you access one of these two accounts. 2) Some transactions may not be available at all ATMs, may be different from those available at Wells Fargo ATMs, or may be limited to any withdrawal limit(s) set by the non-Wells Fargo ATM.

[5] Also applies to a card issued by Wells Fargo Phone Bank, Wells Fargo Online, National Business Banking Center, or Wells Fargo Business Online that is linked to a primary account opened in Iowa.

## ATM and merchant terminal malfunctions

We are not responsible for damages resulting from an ATM or merchant terminal malfunction. You will promptly notify us if a Wells Fargo ATM fails to dispense the correct amount of cash or provide a receipt by calling or writing us at the telephone number or address provided on your account statement.

### Fees for use of card

We will charge a fee for each non-Wells Fargo ATM transaction you perform (except for deposits or as waived by the terms of your account). In addition, the non-Wells Fargo ATM owner/operator will also charge a fee (unless waived by the terms of your account). This fee is included in the total transaction amount that is withdrawn from your account. Transactions will be limited to any withdrawal limits set by the non-Wells Fargo ATM.

We will charge a fee if you make an over-the-counter (teller assisted) cash disbursement at a non-Wells Fargo bank that accepts Visa-branded cards. Some merchants may assess a fee when you use your card for a purchase. This fee will be included in the total purchase amount.

## Debit cards and ATM cards

Additional fees applicable to use of the card are provided in the Consumer Schedule or Business Schedule, as applicable.

### Daily limits and funds available for use with cards

You may use your card subject to 1) your daily ATM withdrawal limit and daily purchase limit, and 2) your available balance in your account. The following rules apply:

**Limits on dollar amounts**

- Daily ATM withdrawal limit is the maximum amount of cash you can withdraw from any combination of accessible accounts using your card. When an ATM is in Assisted-Service mode, your card's daily ATM withdrawal limit may not apply.
- Daily purchase limit is the maximum U.S. dollar amount of purchases (including cash back, if any) that can be debited from your account.
  - If your daily purchase limit is more than $99,999, you may ask that the merchant process multiple transactions to complete a purchase above this amount.

**Limits for your card**

We provide you your daily ATM withdrawal and purchase limits when you receive your card. You can confirm your card's daily limits by calling us at the number listed in the "How to reach Wells Fargo" section, or by signing on to Wells Fargo Online or Wells Fargo Business Online, as applicable.

**Changes to your card limits**

We may, without telling you, increase your daily purchase or ATM withdrawal limit based on account history, activity, and other factors. If we decrease the limits of your card, we will notify you in accordance with applicable law.

**Definition**

For purposes of the daily limits only, a day is defined as the 24-hour period from midnight to midnight, Pacific Time. If a transaction is made in another time zone, it will be processed when we receive it.

**Other limits**

There is generally no limit on the number of times the card may be used each day as long as the applicable daily ATM withdrawal limit and daily purchase limit are not exceeded and there is a sufficient available balance in any combination of your deposit accounts accessed for withdrawal.

- If the ATM transaction or purchase would create an overdraft on the account, we may, in our sole discretion, take any of the actions described in the section of the Agreement titled "Available balance, posting order, and overdrafts." The availability of deposits for withdrawal is described in the funds availability policy.
- When we approve a transaction or purchase, we call that an authorization. We may limit the number of authorizations we allow during a period of time (e.g., if we notice out-of-pattern use of your card, suspected fraudulent or unlawful activity, or internet gambling). For security reasons, we cannot explain the details of the authorization system. If we do not authorize the payment, we may notify the person who attempted the payment that has been refused. We will not be responsible for failing to give an authorization.

### Illegal transactions

You must not use your card or account for any illegal purpose or internet gambling. You must not use your card or account to fund any account that is set up to facilitate internet gambling. We may deny transactions or authorizations from merchants who are apparently engaged in or who are identified as engaged in the internet gambling business.

44

## Debit cards and ATM cards

### Using your card through a mobile device

A mobile device means a smartphone, tablet, or any other hand-held or wearable communication device that allows you to electronically store or electronically present your debit card or debit card number (digital card number) and use that digital card number to make debit card transactions, including making purchases at participating merchants and accessing Wells Fargo ATMs that display the contactless symbol.

When you use your debit card with your mobile device for transactions:

- Mobile carriers may charge you message and data rates, or other fees.
- Your debit card information is sent across wireless and computer networks.
- Information about your mobile device may be transmitted to us.
- You should secure the mobile device the same as you would your cash, checks, credit cards, and other valuable information. We encourage you to password protect or lock your mobile device to help prevent an unauthorized person from using it.
- Please notify us promptly if your mobile device containing your digital card number is lost or stolen.
- Some Wells Fargo ATMs within secure locations may require a physical card for entry.

When you use your debit card with your mobile device for transactions, third parties, such as merchants, card association networks, mobile carriers, mobile wallet operators, mobile device manufacturers, and software application providers may 1) use and receive your digital card number, and 2) receive information about your mobile device.

If you have enrolled in Overdraft Protection and/or Debit Card Overdraft Service, those terms will apply to debit card transactions made through a mobile device. For additional information, please see the section on "Available balance, posting order, and overdrafts."

We may, at any time, partially or fully restrict your ability to make debit card transactions through a mobile device. If you want to remove your digital card number from your mobile device, please contact using the information listed in the "How to reach Wells Fargo" section.

### ATM access codes

Upon your request, we may provide you with a secure ATM access code. This code (when used together with the PIN associated with your eligible card) allows you to access your accounts for certain transactions at Wells Fargo ATMs. We will display your code within our mobile app or send it to your mobile phone via text message if requested. The length of time your code can be used will be provided with the code. Each ATM access code is temporary and can be used only once. Use of this code with the associated card PIN is equivalent to use of the card at a Wells Fargo ATM. Some Wells Fargo ATMs within secure locations may require a physical card for entry.

### Visa Account Updater service

If you give your debit card number to a merchant with authorization to bill it for recurring payments, or to keep it on file for future purchases or payments, and your debit card number or expiration date changes, you should notify the merchant with your new card information. We subscribe to the Visa Account Updater Service (VAU Service) and provide updated card information to the VAU Service. If a merchant participates in the VAU Service, that merchant will receive the updated card information. Changes to your card number due to reported fraud will not be provided to the VAU Service. Because not all merchants subscribe to the VAU Service, we recommend you notify each merchant of your new card number and/or expiration date to ensure your payments continue uninterrupted.

## Debit cards and ATM cards

### Authorization holds for card transactions

For all card purchase transactions, we may place a temporary hold on some or all of the funds in the account linked to your card when we obtain an authorization request. We refer to this temporary hold as an authorization hold. The funds subject to the hold will be subtracted from your available balance.

We can place an authorization hold on your account for up to 3 business days (or for up to 30 business days at the Bank's discretion for certain types of debit card transactions, including but not limited to, international car rental and hotel) from the time of the authorization or until the transaction is paid from your account. However, if the merchant does not submit the transaction for payment within the time allowed, we will release the authorization hold. This means your available balance will increase until the transaction is submitted for payment by the merchant and posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. In some situations, the amount of the hold may differ from the actual transaction amount since the merchant may not know the total amount you will spend. For example, a restaurant submits the authorization request for your meal before you add a tip.

**Note:** You might end up overdrawing the account even though the available balance appears to show there are sufficient funds to cover your transaction. For example, if a merchant does not submit a one-time debit card transaction for payment within 3 business days of authorization (or within 30 business days at the Bank's discretion for certain types of debit card transactions, including but not limited to, international car rental and hotel), we must release the authorization hold on the transaction even though we will have to honor the transaction. The transaction will be paid from the funds in the account when we receive it for payment.

You should record and track all of your transactions closely to confirm your available balance accurately reflects your spending of funds from the account linked to your card.

### Partial authorization for card transactions

If a debit card or ATM card purchase amount exceeds the current available balance in the primary linked checking or savings account when you are making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the Bank and your card's daily dollar limit.

We will first try to approve the full amount of the purchase with the available funds in your checking account, account(s) linked for Overdraft Protection, and, if enrolled, using Debit Card Overdraft Service. If we do not approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your checking account.

This is called a partial authorization. The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you are unable/unwilling to provide an additional form of payment, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

### Transactions outside the United States

If a card is used to make an ATM withdrawal or a purchase outside the United States, the network handling the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a purchase only, the merchant handling the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself



46

## Debit cards and ATM cards

receives or the government-mandated rate in effect for the applicable central processing date. If the merchant handling the purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, we may also charge an international purchase transaction fee, which we base on the amount provided to us by the network (e.g., Visa, MasterCard) in U.S. dollars.

### Ending your card use

Your card is our property. We may cancel your card at any time without notice to you. You may cancel your card at any time by writing to us at the address provided in your account statement. If the account is closed or the card is cancelled, you will immediately destroy the card(s) and, upon request, tell us in writing that the card(s) has been destroyed. If requested, you must immediately return the card(s) to us. If your card is cancelled, you must pay for any card transactions made before the card is cancelled.

For the Wells Fargo Campus Card program, school issued campus cards are the property of the school. We may cancel your card banking access at any time without notice to you. You may cancel your banking access at any time by writing to us at the address provided in your account statement. If your banking access is canceled, you must pay for any card transactions made before the banking access is cancelled.

### Zero Liability protection (card transactions only)

Your card comes with Zero Liability protection for unauthorized transactions that you report promptly. With Zero Liability protection, if your card or card number is ever lost or stolen and used without your permission, you must tell us immediately. If you do, you will be reimbursed for unauthorized transactions made using your card or card number. The Zero Liability protection we provide goes beyond what is required by Regulation E (see page 52 for Regulation E provisions).

An unauthorized transaction is a transaction that does not benefit you that is made by a person who does not have your actual or implied authority.

If you notify us about the unauthorized transaction within 60 days of when the first account statement showing the unauthorized transaction was delivered, you will be protected for your losses on the account.

If you notify us about the unauthorized transaction after 60 days, we may not reimburse you for unauthorized transactions. You may be required to provide documentation to support your claim, including an affidavit of unauthorized use and a police report. In addition, we will consider whether any negligence on the part of the cardholder(s) has contributed to the transaction in question.

The following are not considered to be unauthorized transactions under Zero Liability protection, which means you are liable for any transaction:

- By a cardholder or person authorized by a cardholder, or other person with an interest in or authority to transact business on the account;
- By a person you have authorized to use your card, even if that person has exceeded the authority you gave;
- A merchant has processed in error, or you are unhappy with goods or services you purchased. In these cases, first contact the merchant to resolve the situation.
- **Business accounts only:** That resulted from inadequate internal control in your organization.

**Consumer accounts only:** The Zero Liability protection we provide goes beyond what is required by Regulation E (see page 52 for Regulation E provisions)

## Debit cards and ATM cards

### Additional information for Wells Fargo Campus Card Program customers

Campus debit and campus ATM cards are available for students, faculty, and staff of colleges and universities that participate in the Wells Fargo Campus Card program (schools). Campus debit cards can be identified by the Visa® logo on the front of the card; campus ATM cards do not include a Visa logo.

Wells Fargo campus cards are available two ways: 1) Wells Fargo issued cards and 2) school issued cards. Your school determines which program you participate in.

A Wells Fargo issued card is produced by Wells Fargo. Currently enrolled students, and currently employed faculty members or staff receive them by mail after requesting a card. A card may be requested by bringing a valid school ID to a Wells Fargo branch. It must be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions and expires 5 years from the date it was issued. At that time, we will issue you a standard Wells Fargo Debit Card.

A school issued card is produced by the school and given directly to currently enrolled students, and currently employed faculty members or staff, by the school. It can be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions.

School issued campus ATM cards can be linked to an eligible deposit account at any time for up to 5 years from the date it was issued. At 5 years, the card expires and can no longer be linked to a deposit account or used for purchases or ATM transactions. You can contact Wells Fargo and request a standard Wells Fargo Debit or ATM Card to use for purchases and ATM transactions.

Both Wells Fargo and school issued campus cards are subject to daily dollar limits for purchases and ATM transactions. The first campus debit or campus ATM card you are issued will have the limits listed below. Replacement campus debit or campus ATM cards will have the same limits as the card it replaced. You can confirm your limits by calling us at the number listed in the "How to reach Wells Fargo" section, or by viewing them in Wells Fargo Online.

| Campus debit card limits | |
|---|---|
| Your daily ATM withdrawal limit is | $310 |
| Your daily purchase limit is | $1,000 |
| **Campus ATM card limits** | |
| Your daily ATM withdrawal limit is | $310 |
| Your daily purchase limit is | $500 |

To view the Campus Debit and ATM Card Terms and Conditions, please visit wellsfargo.com/debitcardterms (English) or wellsfargo.com/spanishdebitcardterms (Spanish).



## Electronic fund transfer services (Consumer accounts only)

### General rules for electronic fund transfer services

We offer a variety of electronic fund transfer services you can use to access funds in your account(s) and perform other transactions detailed in this section. We describe some of these services in this section and also provide certain disclosures that apply to the use of electronic fund transfer services with your consumer account. Some of these services are governed by separate agreements we give to you at the time your card is mailed or you sign up for the service (e.g., ATM and debit cards, Wells Fargo Online and Mobile Banking).

When you read this section, you will see references to Regulation E. This regulation applies to transactions you can perform using your card to access your account, such as purchases and ATM transactions. Regulation E also applies to other types of electronic fund transfers you can make from or to your account, such as payments made using Bill Pay and the direct deposit of your paycheck into your account. Regulation E sets forth the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfers and of the banks or other persons who offer these services. It includes the actions you need to take if you believe your card, your card number, or your Personal Identification Number (PIN) has been lost or stolen, or if you notice an error or unauthorized electronic fund transfer on your account and the rules regarding your potential liability for these transfers. Your responsibilities and protections under Regulation E are described in more detail in the "Electronic fund transfer disclosures" section.

For unauthorized card transactions, in addition to the rights you have under Regulation E, Zero Liability protection provides you with added protection from liability. With Zero Liability protection, if your card or card number is lost or stolen and used without your authorization, you will be reimbursed for unauthorized transactions you promptly report to us. Your responsibilities and protections under Zero Liability protection are described in more detail in the section on "Zero Liability protection (card transactions only)", which is detailed in the "Debit cards and ATM cards" section.

The following table summarizes the types of transactions to which Regulation E applies and tells you if Zero Liability protection covers the transaction.

| Debit and ATM card transactions | | | |
|---|---|---|---|
| Electronic fund transfer | Description | Transaction covered by Reg E[1] | Zero Liability protection[2] |
| **Wells Fargo ATMs** | View your account balances, make deposits to or withdraw from your account, transfer funds between your accounts, make payments to a linked credit account, obtain a statement of the last 10 transactions (fees may apply) | √ | √ |
| **Non-Wells Fargo ATMs** | Withdraw cash (fees may apply) | √ | √ |
| | For a card issued by a Wells Fargo branch located in Iowa[3]: Make deposits at non-Wells Fargo SHAZAM network ATMs | | |

## Electronic fund transfer services (Consumer accounts only)

### Debit and ATM card transactions (continued)

| Electronic fund transfer | Description | Transaction covered by Reg E[1] | Zero Liability protection[2] |
|---|---|---|---|
| **Purchases at participating merchants** | Purchase goods and services from merchants accepting payments through a network (e.g., Visa and MasterCard) in which we participate (fees may apply) | √ | √ |
| **Over-the counter (teller assisted) cash disbursements at a Wells Fargo location** | Withdraw cash through a teller | √ | √ |
| **Over-the counter (teller assisted) cash disbursements at a non-Wells Fargo location** | Withdraw cash through a non-Wells Fargo teller (fees may apply) | √ | √ |
| **Bill payments** | Authorize one-time or recurring electronic payments from your account using information from your card | √ | √ |

### Electronic transfers, payments, credits, and electronic check conversions (not card transactions)

| Electronic fund transfer services (EFT) | Description | Transaction covered by Reg E[1] | Zero Liability protection[2] |
|---|---|---|---|
| **Transfers** | Send or receive transfers between your accounts or to other recipients at Wells Fargo or other financial institutions | √ | |
| **Payments** | One-time or recurring payments from your account that you initiate or preauthorize for withdrawal from your account | √ | |
| **Credits** | Automatic electronic deposits to your account, such as payroll or benefits payments | √ | |

[1] For details, see the "Electronic fund transfer disclosures" section.

[2] Unauthorized card use must be reported within 60 days of when the first account statement showing the unauthorized transaction was delivered. For details, see section on "Zero Liability protection (card transactions only)."

[3] Also applies to a card issued by Wells Fargo Phone Bank or Wells Fargo Online that is linked to a primary account opened in Iowa.




## Electronic fund transfer services (Consumer accounts only)

### Electronic transfers, payments, credits, and electronic check conversions (not card transactions) (continued)

| Electronic fund transfer services (EFT) | Description | Transaction covered by Reg E[1] | Zero Liability protection[2] |
|---|---|---|---|
| Electronic check conversions | Electronic fund transfer using information from a check (e.g., the Bank's routing number and your account number) | √ | |

### Phone Bank transactions

| Electronic fund transfer services (EFT) | Description | Transaction covered by Reg E | Zero Liability protection |
|---|---|---|---|
| Phone Bank Transactions (not under a written agreement) | You can request the Phone Bank to make transactions to and from your account | | |
| Phone Bank Transactions (under a written agreement) | The Phone Bank, under an agreement, can make transactions to and from your account | √ | |

---

[1] For details, see the "Electronic fund transfer disclosures" section.

[2] Unauthorized card use must be reported within 60 days of when the first account statement showing the unauthorized transaction was delivered. For details, see section on "Zero Liability protection (card transactions only)."

[3] Also applies to a card issued by Wells Fargo Phone Bank or Wells Fargo Online that is linked to a primary account opened in Iowa.

# Electronic fund transfer disclosures (Consumer accounts only)

The following provisions apply to electronic fund transfers to or from your consumer deposit account that are governed by Part A of Regulation E. These provisions do not apply to remittance transfers (e.g., ExpressSend® and consumer-initiated international wire transfers). Remittance transfers you send through us are governed by a separate agreement you enter into when you sign up for the service or send the remittance transfer.

## Liability for transactions covered by Regulation E

Tell us AT ONCE if you believe your card, card number, or PIN has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan). If you tell us within 2 business days after you learn of the loss or theft of your credentials, you can lose no more than $50 if someone used your credentials without your permission.

If you do NOT tell us within 2 business days after you learn of the loss or theft of your card, card number, or PIN, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose up to $500.

For unauthorized card transactions, your card comes with Zero Liability protection. With Zero Liability protection, you will be reimbursed for unauthorized card transactions that you report promptly. See Zero Liability protection section above.

Also, if your deposit statement shows transfers that you did not make, including those made by card, PIN or other means, tell us at once. If you do not tell us **within 60 days** after the deposit statement was mailed or otherwise made available to you, you may not get back any money you lose **after the 60 days** if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

## Contact in the event of unauthorized transfer

If you believe your card, card number, or PIN has been lost or stolen, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on your statement or write: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

## Preauthorized credits to your account

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can check Wells Fargo Online or Mobile banking, enroll in account alerts, or call Wells Fargo Phone Bank at 1-800-869-3557 to find out whether or not the deposit has been made.

## Statements

In general, you get a monthly account statement. If there are no electronic fund transfers or payments in a particular month, you will get the statement at least quarterly.

## Electronic fund transfer disclosures
### (Consumer accounts only)

## Handling preauthorized payments

- **Right to stop payment:** If you have told us in advance to make regular payments out of your account, you can stop any of these payments. Here's how:

  Call Wells Fargo Phone Bank at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request 3 business days or more before the payment is scheduled. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. There is no fee to stop a recurring preauthorized payment using the debit card.

  You may not stop payment on an item you purchased.

- **Notice of varying amounts:** If the amount of these regular payments vary, the party you are going to pay should tell you 10 days before each payment, when it will be made and how much it will be.

- **Liability for failure to stop payment:** If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

- **Electronic check conversion:** You may authorize a merchant or other payee to make a one-time electronic payment from your account using information from your check to 1) pay for purchases, or 2) pay bills.

- **Account inquiry:** You have the right to contact us to find out whether an electronic transfer has been credited or debited to your account. Call Wells Fargo Bank at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228-6995.

## Our liability for failure to make transfers

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:

- Through no fault of ours, you do not have enough money in your account to make the transfer,
- The transfer would go over the credit limit on a credit account linked for Overdraft Protection,
- The ATM where you are making the transfer does not have enough cash,
- The terminal or system was not working properly and you knew about the breakdown when you started the transfer,
- Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or
- There is some other exception stated in our Agreement with you.

**Electronic fund transfer disclosures**
**(Consumer accounts only)**

## In case of errors or questions about your electronic fund transfers

If you see an error or have questions about your electronic transfers, if you think your deposit statement or receipt is wrong, or if you need more information about a transfer listed on an account statement or receipt, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on your account statement, or write us at: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995 as soon as you can. We must hear from you no later than 60 days after we send the FIRST account statement on which the problem or error appeared, and you should take the following actions:

- Tell us your name and account number (if any) and the dollar amount of the suspected error.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

If you tell us in person or by phone, we may require that you send us your complaint or question in writing within 10 business days.

## Investigations

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we need more time, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale transactions, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## Phone Bank Services

### How do we verify your identity when you call?

If you have an assigned PIN for your debit or ATM card, or have a PIN only account to use for authentication purposes with no associated debit or ATM card, we use your PIN to confirm your identity to allow you to use the automated phone bank system.

If a PIN has not been assigned or if you do not use the automated phone bank system, we will ask for and use a variety of information to verify your identity.

### What transactions are authorized?

You authorize us to comply with any request of a caller using Wells Fargo's telephone banking services, including without limitation a request to transfer funds between or among your accounts, provided we authenticate the caller in compliance with one of the identity verification procedures described above.

### Are we allowed to cancel your PIN associated with a PIN only account?

Yes, we may cancel your PIN associated with a PIN only account at any time without notice. If you use a PIN that is not associated with a card, you must use it at least once every 6 months to ensure we do not cancel your PIN due to inactivity.

### How can you change your PIN?

If you do not know your PIN, you may change your PIN at a banking location or by calling us to request the mailing of a new randomly selected PIN.

**Consumer:** Wells Fargo Phone Bank at 1-800-TO-WELLS (1-800-869-3557)

**Business:** Wells Fargo National Business Banking Center at 1-800-CALL-WELLS (1- 800-225-5935)

If you know your PIN, you may use the automated phone system or ATM to change your PIN.

# Funds transfer services

The following terms and conditions are in addition to, and not in place of, any other agreements you have with us regarding funds transfers. As used in these terms and conditions, a funds transfer does not include a transaction made using a Wells Fargo issued card. Examples of covered funds transfers are a preauthorized automatic transaction (ACH) like your car or mortgage payment, and wire transfers.

## Rules of funds transfer systems

Funds transfers to or from your account will be governed by the rules of any funds transfer system through which the transfers are made, including Fedwire, the National Automated Clearing House Association, the Electronic Check Clearing House Organization, any regional association (each an ACH), and Clearing House Interbank Payments System (CHIPS).

## Notice of funds transfers

We will notify you of funds electronically debited from or credited to your account through the account statement for your account covering the period in which the transaction occurred. We are under no obligation to provide you with any additional notice or receipt.

## Reliance on identification numbers

If an instruction or order to transfer funds describes the party to receive payment inconsistently by name and account number, payment may be made on the basis of the account number even if the account number identifies a party different from the named recipient. If an instruction or order to transfer funds describes a participating financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution.

## Duty to report unauthorized or erroneous funds transfers

You will exercise ordinary care to determine whether a funds transfer to or from your account was either not authorized or inaccurate, and you will notify us of the facts within a reasonable time not exceeding 14 days after you have received notice from us that the instruction or order was accepted or your account was debited or credited for the funds transfer, whichever is earlier. You must notify us within 14 days to be entitled to a refund from us. If you do not notify us within 14 days, we will be entitled to retain payment for the funds transfer.

## Erroneous payment orders

We have no obligation to detect errors you make in payment orders (e.g., an instruction to pay a beneficiary not intended by you or to pay an amount greater than the amount intended by you, or a transmission of a duplicate payment order previously sent by you). If we detect an error on one or more occasions, we will not be obligated to detect errors in any future payment order. We will rely on the beneficiary account number and beneficiary bank identification number (e.g., IBAN, RTN, or SWIFT BIC) you provide with an instruction or order. You could lose the funds if you provide incomplete or inaccurate information.

56

## Funds transfer services

### ACH transactions

In addition to the other terms in the Agreement, the following terms and conditions apply to payments to or from your account that you transmit through an ACH:

- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we do not receive final settlement or payment, we are entitled to a refund from you for the amount credited to your account.
- You hereby authorize any Originating Depository Financial Institution (ODFI) to initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items written or authorized by you.

### Reversal or return of ACH transactions

**Consumer accounts only:** You have the right to reverse any unauthorized ACH payment that was debited from your account. If you give us written notice that you want to reverse a payment, we will credit your account for the amount of the payment. You must notify us no later than 15 days after we send you, or otherwise make available to you, your account statement that reflects the payment you want to reverse. This right of reversal is in addition to your right to stop payment.

**Business accounts only:** Under the ACH Rules, the Bank can return any non-consumer ACH debit entry as unauthorized until midnight of the business day following the business day the Bank posts the entry to your account. In order for the Bank to meet this deadline, you are required to notify us to return any non-consumer ACH debit entry as unauthorized by the cutoff time we separately disclose. The cutoff time is currently 3:00 PM Central Time. If you do not notify us in a timely manner of the unauthorized non-consumer ACH debit entry, we will not be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

### Liability for transactions not covered by Regulation E

For purchases and other transactions in consumer accounts not governed by Regulation E, you are liable for all losses relating to unauthorized funds transfers that do not result solely from our negligence or intentional misconduct, unless the laws governing your account require lesser liability.

Introduction | Resolving disputes through arbitration | Important legal information | Statements and error notifications | Rights and responsibilities | Checking and savings accounts | Electronic banking services

58

Notes

# Notes

| Introduction | Resolving disputes through arbitration | Important legal information | Statements and error notifications | Rights and responsibilities | Checking and savings accounts | Electronic banking services |
|---|---|---|---|---|---|---|

**Notes**

## How to reach Wells Fargo

**Wells Fargo accepts Telecommunications Relay Services calls.**

| | |
|---|---|
| **Wells Fargo Online®** | Visit wellsfargo.com<br>or call 1-800-956-4442 |
| **Wells Fargo Business Online®** | Visit wellsfargo.com/biz<br>or call 1-800-956-4442 |
| **Wells Fargo Phone Bank℠** | 1-800-TO-WELLS (1-800-869-3557) |
| Spanish-speaking customers | 1-877-PARA-WFB (1-877-727-2932) |
| Chinese-speaking customers | 1-800-288-2288 |
| TTY/TDD for deaf and hard-of-hearing customers | 1-800-877-4833 |
| **National Business Banking Center** | 1-800-CALL-WELLS (1-800-225-5935) |
| Spanish-speaking customers | 1-877-337-7454 |
| TTY/TDD for deaf and hard-of-hearing customers | 1-800-877-4833 |
| **Wells Fargo Mobile®** | Visit<br>**Consumer:** wellsfargo.com<br>**Business:** wellsfargo.com/biz/mobile/<br>or call 1-866-863-6762 |
| **Portfolio by Wells Fargo®  customers** | 1-800-742-4932<br>1-800-600-4833 (TTY/TDD for deaf and hard-of-hearing customers) |
| **Greenhouse by Wells Fargo customers** | 1-877-246-3912 |
| **IRA and ESA customers** | 1-800-BEST-IRA (1-800-237-8472) |
| **Customers outside the U.S.** | Visit wellsfargo.com/help/international-access-codes to view a list of our International Access Codes. |

**For all other accounts, please refer to your statement for contact information.**

This Agreement governs deposit accounts maintained at Wells Fargo Bank, N.A.
© 2018 Wells Fargo Bank, N.A. All rights reserved.
Member FDIC.
CCB2018 (7/18)

## Exhibit "D"






# Online Access Agreement

(Version Effective September 17, 2018)

This Online Access Agreement ("Agreement") governs your use of:

- *Wells Fargo Online*®
- *Wells Fargo Business Online*®
- *Wells Fargo Mobile*®
- *Wells Fargo Advisors*® online services

In this Agreement, "Service" refers to any online or mobile services available through *Wells Fargo Online*, *Wells Fargo Business Online*, *Wells Fargo Mobile*, or *Wells Fargo Advisors* online services.

**Please read this Agreement carefully. By clicking "I Agree" below, or by using the Service, you are agreeing to the terms of this Agreement.**

This Agreement covers, among other things:

- Our obligations to you.
- Your obligations as a user of the Service.
- Waiver of "two or more signature" requirements on accounts.
- How we send you notices and disclosures.
- Your agreement with us to use binding arbitration for most disputes arising under this Agreement or about the Service and to waive the right to a trial by jury.
- Your waiver of class-action rights.
- Limitations on our liability to you.
- Your mutual agreement with us that South Dakota law will control this Agreement, without regard to conflict-of-law rules.

If you have any questions regarding this Agreement, please call **1-800-956-4442**.

Investment and Insurance Products:
- Are Not insured by the FDIC or any other federal government agency
- Are Not deposits of or guaranteed by a Bank
- May Lose Value



Together we'll go far

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

# Table of Contents
## Definitions

1. **About this Agreement**
   a. Description
   b. Other Agreements with Us
   c. Conflicts Between Agreements

2. **The Service**
   a. Description
   b. Owners, Authorized Representatives, and Delegates
   c. Signature Requirement Waiver
   d. Acknowledgments and Agreements

3. **Access**
   a. Accessing Eligible Accounts and Online Financial Services
   b. Terminating Access

4. **Eligible Accounts and Online Financial Services: Additional Provisions**
   a. Removing Online Access
   b. Electronic Funds Transfer Timing
   c. System Maintenance
   d. Account Linking and Display

5. **Business Eligible Accounts: Additional Provisions**

6. **Digital Bill Pay (Wells Fargo Bill Pay)**
   a. Description
   b. Fees
   c. Monitoring
   d. Stop/Change Payment
   e. Scheduling Payments
   f. Errors and Liability
   g. Joint Accounts
   h. Termination
   i. Conflicts Between Sections
   j. Additional Provisions (Business Accounts Only)
   k. Acknowledgments and Agreements

7. **Wells Fargo eBills**
   a. Description of Wells Fargo eBills
   b. Requirements
   c. Individual and Joint Responsibility
   d. Fees
   e. Hours
   f. Wells Fargo eBills Statement Delivery
   g. Termination
   h. Payment Processing
   i. Changes to Charges, Fees or Other Terms
   j. Questions/Errors
   k. Disputes
   l. Acknowledgments and Agreements

8. **Third-Party eBills Service**
   a. Description of Third-Party eBills Service
   b. Information Required for Third-Party eBill Setup
   c. Timing of Third-Party eBills
   d. Cancelling Third-Party eBills

9. **Wells Fargo Same Day Payments℠ Service**
   a. Description
   b. Overdrafts
   c. Fees
   d. Monitoring
   e. Stop/Change Instructions
   f. Scheduling Payments
   g. Errors and Liability
   h. Additional Provisions (Business Accounts Only)

10. **Bank-to-Bank Transfer Service**
    a. Description
    b. Information Authorization for non-Wells Fargo Accounts
    c. Accounts
    d. Transfer Types and Limitations
    e. Authorization
    f. Transfer Service Changes and Discontinuation
    g. Suspension, Reinstatement, and Termination
    h. No Unlawful or Prohibited Use
    i. Account Number Policy
    j. Joint Account Holder (For Consumer Accounts Only)
    k. Your Responsibility for Errors
    l. Our Liability
    m. Security

11. **Wells Fargo ATM Access Codes**
    a. Description
    b. Fees
    c. Security
    d. Termination
    e. Consent to Receive Text Messages
    f. Additional Terms Applicable to the ATM Access Code Service

12. **Wells Fargo Mobile Deposit Service**
    a. Description
    b. Qualification
    c. Conditions to Provision of the Mobile Deposit Service
    d. Fees
    e. Creating and Transmitting Electronic Checks to Us
    f. Processing Your Electronic Check(s)
    g. Exception Checks
    h. Deposits to the Mobile Deposit Eligible Account
    i. Your Representations and Warranties to Us
    j. Your Agreement to Indemnify
    k. Termination
    l. Right to Audit

13. **Electronic Funds Transfer Provisions (Consumers)**
    a. Applicability
    b. Your Liability
    c. Errors/Unauthorized Electronic Funds Transfers/Questions
    d. Documentation
    e. Changes to Debit Amounts
    f. Stop Payment Orders for Pre-authorized Electronic Funds Transfers
    g. Acknowledgments and Agreements

**14. Alerts**
    a. Description
    b. Alert Delivery Timing
    c. Terminating Alerts
    d. Acknowledgments and Agreements

**15. Predictive Banking**
    a. Description
    b. Use and Termination of Predictive Banking
    c. Predictive Banking Delivery Timing

**16. Online Statements and Documents**
    a. Description
    b. Eligible Accounts
    c. Enrollment
    d. Check Images
    e. Access
    f. *Portfolio by Wells Fargo®*
    g. Year-end Tax Reporting Documents
    h. Terminating Online Statements and Documents

**17. Using Financial Management Software**
    a. Description
    b. Online Banking and Bill Pay Access
    c. Fees for Online Banking
    d. Transfers
    e. Bill Pay with Financial Management Software
    f. Bill Pay Fees
    g. Disclaimers
    h. Additional Limitations of Liability
    i. Acknowledgments and Agreements

**18. Third-Party Software and Content**
    a. Description
    b. Disclaimers
    c. Additional Limitations of Liability
    d. Acknowledgments and Agreements

**19. Communicating with Us**
    a. Description
    b. Complaints and Feedback

**20. Fees**
    a. Fees for Eligible Accounts and Online Financial Services
    b. Payment

**21. Security**
    a. Description
    b. Usernames and Passwords
    c. Protecting Your Security

**22. Privacy and Use of Information**
    a. Description
    b. Acknowledgments and Agreements

**23. Additional Responsibilities**
    a. Your Responsibilities
    b. Acknowledgments and Agreements

**24. Disclaimers**
  a.  Disclaimer of Warranties
  b.  Limits on Liability and Obligations
  c.  Indemnification

**25. Dispute Resolution Program: Waiver of Class Action Rights and Arbitration Provisions**
  a.  Description
  b.  Non-judicial Dispute Resolution
  c.  Definition of Disputes
  d.  Binding Arbitration and Waiver of Class Action Rights
  e.  Rights Preserved
  f.  Miscellaneous
  g.  Fees and Expenses
  h.  Small Claims Court

**26. Notices and Communication**
  a.  Description
  b.  Electronic Delivery
  c.  Phone Calls and Text Messages
  d.  Communications Sent At Your Request/On Your Behalf
  e.  Returned and Unclaimed Information
  f.  Contact Information Changes
  g.  Implementation of Notices
  h.  Acknowledgments and Agreements

**27. Export Control and International Use**
  a.  Description
  b.  Acknowledgments and Agreements

**28. General Provisions**
  a.  Amendments
  b.  Termination
  c.  Governing Law
  d.  Assignment
  e.  Intellectual Property and Other Proprietary Rights
  f.  Entire Agreement
  g.  Waiver
  h.  Failure to Act
  i.  Headings

**29. Additional Services**

## Definitions

| Term | Meaning |
| --- | --- |
| We, Us, Our and Wells Fargo | Wells Fargo Bank, N.A. and any of its affiliates or direct or indirect subsidiaries, when any of them have established an Eligible Account or provided an Online Financial Service. |
| You or Your | Each Owner of an Eligible Account, a person applying for an Eligible Account, or Eligible Beneficiary entitled to online access of a Trust and Investment Management Account, or a Delegate. |
| Authorized Representative | A person with authority to take action or make decisions on behalf of another person with respect to an Eligible Account or an Online Financial Service. This definition includes any person who may (i) manage or administer an Eligible Account or an Online Financial Service, or (ii) authorize another person to access an Eligible Account or Online Financial Service. |
| Authorized Signer | A person who has your actual or apparent authority to transact business on your Business Eligible Account(s), whether or not that person has signed the signature card or other documentation for your account(s). We may continue to recognize an Authorized Signer's authority until we receive and have a reasonable time to act upon your written modification or revocation of it. |
| Business | Any person or entity other than a Consumer with an Eligible Account where an Online Financial Service is requested. |
| Business Day | Every day is a Business Day except Saturdays, Sundays, and federal banking holidays.<br><br>For brokerage accounts, Business Day also excludes U.S. stock exchange holidays. |
| Business Eligible Account | An account owned by a Business that is an Eligible Account. |
| Consumer | A person (not a business or other entity) with an Eligible Account for which an Online Financial Service is requested primarily for personal, family or household purposes. A participant in an employer-sponsored retirement plan or deferred compensation plan is not considered to be a consumer. |
| Consumer Eligible Account | An account owned by a Consumer that is an Eligible Account. |
| Delegate | Authorized Representatives appointed using the Delegate Tools. |
| Delegate Tools | Access management tools we provide that help you manage the authority and access for some of your Authorized Representatives. Delegate Tools let you limit or control the access that certain Authorized Representatives will have to, and/or tasks they can perform with an Eligible Account or Online Financial Service. |
| Eligible Account | Each Wells Fargo product you have or have applied for that is accessible through the Website.<br><br>Eligible Accounts include deposit accounts, loans, credit cards, lines of credit, investment products, securities accounts, brokerage accounts, rewards accounts, and other products or accounts you have with us. |
| Eligible Beneficiary | A person named in the governing document of a Trust and Investment Management Account as the recipient or potential recipient of funds from the account. An Eligible Beneficiary is entitled to have online access to that account. |
| Financial Management Software | Quicken®, QuickBooks®, Turbo Tax®, Xero, and other software we may identify on the Website. |
| Include/Including | When used at the beginning of a list of one or more items, indicates that the list contains examples. The list is neither exclusive nor exhaustive, and the items in the list are intended only as illustrations. They aren't the only possible items that could appear in the list. |
| Mobile Banking Service | Each of the products and services you may access through the Service using a Mobile Device. These products and services may be accessed through browsers, apps, and text banking, for example. Not all Eligible Accounts are accessible through the Mobile Banking Service. |
| Mobile Device | A cell phone, smartphone, tablet, or any other handheld or wearable communication device satisfying the hardware and software requirements we specify. |
| Online Access Process | The term Online Access Process includes:<br><br>· The terms under which you're allowed to access and use the Service via the Website.<br>· The process used to access the Service (including required security procedures) via the Website.<br>· Our right to change, suspend or terminate all or part of the Service, this Agreement, or your access to the Service. |

| Online Financial Service | The term Online Financial Service includes: |
|---|---|
| | • Each product or service you may access or enroll in through the Website, including the Mobile Banking Service. Please note, that not every product or service made available through the Online Financial Service may be available through the Mobile Banking Service.<br>• Actions you take, and instructions you give us, through the Website about opening or maintaining Eligible Accounts.<br>• Information we make available to you on the Website about certain insurance policies you bought through us. Display of insurance products within your online account is not evidence of insurance coverage. |
| | The term Online Financial Service does not include an Eligible Account. |
| Owner | Anyone who owns an Eligible Account as indicated in our records, and any Authorized Representative of that person. |
| Service | All *Wells Fargo Online*, *Wells Fargo Business Online*, *Wells Fargo Mobile* or *Wells Fargo Advisors* online services, plus all the Eligible Accounts and Online Financial Services you can access via the Website after entering into this Agreement. |
| Trust and Investment Management Account | Each Wells Fargo investment management or trust account you have with us that is an Eligible Account, including trust administration, investment management, fiduciary and certain custodial accounts, for example. |
| | Trust and Investment Management Accounts don't include employer-sponsored retirement or deferred compensation accounts. |
| Website | The term Website includes: |
| | • All *Wells Fargo Online*, *Wells Fargo Business Online*, *Wells Fargo Mobile* and *Wells Fargo Advisors* online services websites and all other web pages maintained by us and accessible through wellsfargo.com, or wellsfargoadvisors.com or through *Wells Fargo Mobile* downloadable applications for the Mobile Banking Service and m.wellsfargoadvisors.com for the Mobile Brokerage Service.<br>• Any other website or web pages you can access only after you, or a person for whom you're acting as an Authorized Representative, enter into this Agreement. |
| | Website does not include any website with its own separate agreement governing online access. |

## 1. About this Agreement

(a). <u>Description</u>

(b). <u>Other Agreements with Us</u>

(c). <u>Conflicts Between Agreements</u>

**1(a). Description**

The Service is subject to this Agreement. The following are also considered part of this Agreement:

- General Terms of Use for the Website.
- Terms or instructions that appear on a screen when enrolling for, activating, accessing, or using the Service.
- Wells Fargo's rules, procedures and policies that apply to the Service, any Eligible Account, or any Online Financial Service.
- The rules and regulations of any funds transfer system or payment system used in connection with an Eligible Account or Online Financial Service.
- State and federal laws and regulations, as applicable.

**1(b). Other Agreements with Us**

In addition to this Agreement, you may have a separate agreement for each of your Eligible Accounts and Online Financial Services. Those agreements will continue to apply to each of those accounts or services.

**1(c). Conflicts Between Agreements**

If this Agreement conflicts with another agreement, or another agreement has terms that are not addressed in this Agreement, then the other agreement will control and take precedence, unless this Agreement specifically states otherwise.

The other agreement will only control with respect to the Eligible Account or Online Financial Service it is associated with, and only to the extent necessary to resolve the conflict or inconsistency.

Additional provisions regarding online services or features that appear in another agreement covering your Eligible Account or Online Financial Service, but not in this Agreement, will apply. Example: If your Eligible Account or Online Financial Service is covered by another agreement and a dispute arises between you and us under that agreement, then the dispute resolution and governing law provisions in that other agreement will control.

There are two exceptions to the general rule described above: If another agreement you have with us includes terms that address the Online Access Process, this Agreement will control and take precedence in resolving any inconsistencies between this Agreement and the terms in the other agreement that address the Online Access Process. Also, the original version of this Agreement is in the English language. Any discrepancy or conflicts between the English version and any other language version will be resolved with reference to and by interpreting the English version.

## 2. The Service

(a). <u>Description</u>

(b). <u>Owners, Authorized Representatives, and Delegates</u>

(c). <u>Signature Requirement Waiver</u>

(d). <u>Acknowledgments and Agreements</u>

**2(a). Description**

Under the terms and conditions of this Agreement, you may use the Service to:

- Access your Eligible Accounts.
- Obtain Online Financial Services.
- Perform authorized transactions through the Website.

For your Eligible Accounts, transactions available to you may include obtaining balance information, transaction history and other information. For some Eligible Accounts, the balances and transaction history may only show activity as of the close of the previous Business Day.

We provide insurance policy information for informational purposes only. Please contact your insurance carrier for current, accurate coverage details.

We will update our Website if we eliminate or introduce new features to the Service.

**2(b). Owners, Authorized Representatives, and Delegates**

If an Eligible Account is owned by more than one person, or has more than one Authorized Representative, each person individually may provide us with instructions, make any decision, obtain any information or make any request associated with the Eligible Account and related Online Financial Services, to the extent allowed by agreements covering the Eligible Account.

If you make someone an Authorized Signer on a Business Eligible Account, and he/she is enrolled in the Service, we can treat him/her as an Authorized Representative.

If you tell us that an Authorized Representative is no longer authorized, we'll consider his/her transactions unauthorized only when:

· You tell us that you did not want or intend the transaction(s); and

· The Authorized Representative performs them after you let us know he/she is no longer authorized; and

· We have reasonable opportunity to act on your notification.

For more details, please see the agreements for your Eligible Accounts and Online Financial Services.

We may offer Delegate Tools (online or otherwise) that help you manage the authority and access of some of your Authorized Representatives and Delegates you appoint.

Additional features include:

· Owners and certain Authorized Representatives of Eligible Accounts may use the Delegate Tools to name a Delegate.

· We may provide Delegate Tools that let one Delegate establish, or manage the access of, another Delegate.

· Delegates who are Authorized Representatives may also have authority in addition to that established using the Delegate Tools.

· We will treat a Delegate appointment by one Owner or certain Authorized Representatives of an Eligible Account as a Delegate appointment by all other Owners of that Eligible Account.

· View Only – Guest users and authorized users may have access to an Eligible Account or Online Financial Service, but only to view balance and transaction information and other non-transactional capabilities as permitted by the Service. If Delegate Tools are used by you to grant a guest user or authorized user with a username, password, or other login credential to access an Online Financial Service, you understand that you are responsible for any actions taken using your, your guest user, or authorized user's username and password. For example, this includes situations where your guest user or authorized user provides their user name and password with third party applications or websites to allow your account information to be accessed through these third party applications or websites. Wells Fargo does not endorse and is not responsible for the products or services provided by third party applications or websites.

· View and Transact – Authorized users may have access to an Eligible Account or Online Financial Service, and may engage in and authorize specified transactions permitted by the Service.

All Delegate transactions performed on an Eligible Account or Online Financial Service within the scope of the authority you grant using the Delegate Tools, are transactions authorized by you — even transactions you did not want or intend. You are solely responsible for those transactions.

If you use Delegate Tools to change or end the authority of a Delegate, we'll consider transactions unauthorized when:

· You end a Delegate appointment through the Website; and

· You did not intend to make the transaction; and

· We have a reasonable opportunity to act on your notice.

To end a Delegate appointment you made on the Website:

1. Access the Website using your username and password.

2. Select the applicable link to manage access to your accounts, as applicable for your Service.

3. Follow the directions to delete the Delegate.

You can also call **1-800-956-4442** or the phone number located on your statement for assistance in managing your Delegate access. If you made a Delegate appointment through another area, you may need to follow the process for terminating the Delegate appointment through that same area to ensure all required actions are completed. If the power was granted through a trust instrument or state law, you must act in accordance with all applicable terms or laws.

We may permit you to allow a Delegate to initiate funds transfers or other transactions on an Eligible Account or through an Online Financial Service.

If you allow a Delegate to initiate funds transfers or other transactions, then you agree that for those transactions the Delegate is an Authorized Signer on the Eligible Account, subject to the terms of the separate agreement for your applicable Eligible Account.

If you make someone who is enrolled in the Service an Authorized Signer on an Eligible Account, we may treat that Authorized Signer as a Delegate and automatically assign View and Transact authority to that Delegate.

You agree that you may only appoint Delegates in accordance with the requirements we provide to you. This provision takes precedence over any conflicting provision in any other agreement you have with us. We may discontinue offering Delegate options or permitting Delegates to access your Eligible Account or Online Financial Services at any time, without prior notice.

Some Delegate features may not be available for certain accounts or customers.

A Delegate's authority will end when we have a reasonable opportunity to act on any of the following:

· An Owner or Authorized Representative lets us know that the Delegate's authority is ended.

· An Owner lets us know that the Owner who appointed the Delegate is no longer an Owner on the Eligible Account.

· If we get written notice of the delegating Owner's death/incapacity from a reliable source such as a court. Applies to Consumer and sole-proprietor Business accounts only.

· The Delegate is no longer enrolled in the Service as a Delegate.

We can also end a Delegate's authority if he/she violates any part of this Agreement.

### 2(c). Signature Requirement Waiver

Any requirement to verify two or more signatures on any item (such as a check) does not apply to electronic or telephone transfers. This means that you're allowing any Authorized Signer on your Eligible Account to individually make electronic or telephone transfers, even though his/her authority to transfer or withdraw funds from your account by some other means (such as by check) must be exercised jointly with one or more other persons.

This provision controls and takes precedence over any conflicting provision in any other agreements you have with us.

### 2(d). Acknowledgments and Agreements

You agree that:

· Each of your Authorized Representatives will be acting as your agent and will be bound by this Agreement and any separate agreement governing the Eligible Account or Online Financial Service.

· We may rely and act on the instructions of any Authorized Representative.

· All transactions that an Authorized Representative performs on an Eligible Account or Online Financial Service, including those you did not want or intend, are transactions authorized by you. You are solely responsible for those transactions.

· You are solely responsible for supervising all of your Authorized Representatives and monitoring the actions they take on your behalf, whether or not we provide Delegate Tools for managing their authority.

· You will be responsible for ensuring each Delegate maintains the confidentiality of his or her username, password or other login identification.

· Each Delegate will access and use each Eligible Account and Online Financial Service, in accordance with the authority given to the Delegate by the delegating Owner or Authorized Representative.

· Each time the Delegate accesses, views or transacts on an Eligible Account or Online Financial Service, you represent and warrant to us that the delegating Owner authorizes the Delegate's actions.

· If we get conflicting instructions, or if we believe that an Eligible Account's security or our security may be at risk as a result of a Delegate, we may at our sole discretion end the Delegate's access to:

  ◦ The Service.

  ◦ An Eligible Account.

  ◦ An Online Financial Service.

We may also prevent the individual from being a Delegate without prior notice to you or any account Owner.

## 3. Access

   (a). <u>Accessing Eligible Accounts and Online Financial Services</u>

   (b). <u>Terminating Access</u>

### 3(a). Accessing Eligible Accounts and Online Financial Services

You authorize Wells Fargo to provide access to your Eligible Accounts and Online Financial Services through the Service. You may access your Eligible Accounts and Online Financial Services through the Website to obtain information and perform transactions authorized on the Website.

To access your Eligible Accounts and Online Financial Services through the Website, you need a username, a password and required hardware and software (see the <u>Website</u> for details). To complete your enrollment in the Service, you will be required to validate your email address. Additionally, you are required to maintain an email address that is continuously operational to receive email communications from us in order to continue to access your Eligible Accounts and Online Financial Services through the Website.

You also have to comply with any other security procedures we may establish. Subject to the terms of this Agreement, you'll generally be able to access your Eligible Accounts and Online Financial Services through the Website 7 days a week, 24 hours a day. Sometimes the Service may be unavailable due to system maintenance or circumstances beyond our control. You must provide all computer, telephone and other equipment, software (other than any software provided by us) and services you need to access the Service.

When using the Mobile Banking Service, you may generally access certain Eligible Accounts through the mobile browser, our mobile apps, or get certain information through text messaging on a Mobile Device.

### 3(b). Terminating Access

**For Violating the Agreement.** If you violate any terms of this Agreement (including non-payment of fees under any applicable fee schedule) or any other agreement you have with us, you agree that we may suspend or terminate your access to any of your Eligible Accounts and Online Financial Services. We are not required to reinstate or re-activate your access.

**Voluntarily.** If you close all your Eligible Accounts and terminate your Online Financial Services, or withdraw from the Service, we may suspend or terminate your access without prior notification. If you close your Eligible Accounts, you could also lose access to your Online Financial Services, and we may terminate your access to the Service. We are not required to reinstate or re-activate your access. If you have no Eligible Accounts linked to the Service, or don't use the Service for a period of 24 consecutive months, we may at our discretion terminate your access without prior notification.

## 4. Eligible Accounts and Online Financial Services: Additional Provisions

   (a). <u>Removing Online Access</u>

   (b). <u>Electronic Funds Transfer Timing</u>

   (c). <u>System Maintenance</u>

   (d). <u>Account Linking and Display</u>

### 4(a). Removing Online Access

If you want to remove online access for an Eligible Account, email us through the Service or call:

- *Wells Fargo Online* Customer Service at **1-800-956-4442**
- *Wells Fargo Advisors* accounts, call **1-877-879-2495**
- Business Payroll Service, call **1-888-736-6798**

### 4(b). Electronic Funds Transfer Timing

Unless the Website or our other agreements with you say otherwise, electronic funds transfers completed through the Service before the transfer cut-off time on a Business Day will be posted to your Eligible Account the same day. Credit card, line of credit, loan and mortgage transactions may take up to three Business Days to process, but will post as of the Business Day the transaction was made.

All transfers completed after the transfer cut-off time on a Business Day, or on a day that is not a Business Day, will be posted on the next Business Day.

Please note that electronic funds transfers:

- **Between financial institutions** will be processed, completed and posted by the other institution following its own rules.
- **To and from brokerage accounts** may have different transfer cut-off times or posting times.
- Initiated through the Service for **person-to-person payments** may have different transfer cut-off or posting times.

#### 4(c). System Maintenance

Sometimes you may not be able to access one or more of your Eligible Accounts or Online Financial Services due to system maintenance or circumstances beyond our control. During these times, you may be able to call Online Customer Service at **1-800-956-4442**, use a Wells Fargo ATM or visit a Wells Fargo branch to obtain information about your Eligible Accounts. For brokerage accounts and services, use our touch-tone service if you're enrolled, contact your Financial Advisor or call **1-877-879-2495**.

#### 4(d). Account Linking and Display

Once you enroll for the Service, you can link and display certain Eligible Accounts. Eligible Accounts that are linked and displayed through the Mobile Banking Service may be subject to certain limitations and restrictions.

Eligible Accounts will appear on your Account Summary page on the Website without regard to who else may have an ownership interest in each Eligible Account.

## 5. Business Eligible Accounts: Additional Provisions

If you have a Business Eligible Account or Business Online Financial Service, we may require (based on terms, conditions, or other agreements) any Authorized Representative to:

- Enter into this Agreement, as amended.
- Access each Business Eligible Account of yours in any manner and for any purpose available through the Service, whether available now or at some time in the future.
- Use any Online Financial Service in any manner and for any purpose available through the Service, whether available now or in the future.

## 6. Digital Bill Pay (Wells Fargo Bill Pay)

- (a). <u>Description</u>
- (b). <u>Fees</u>
- (c). <u>Monitoring</u>
- (d). <u>Stop/Change Payment</u>
- (e). <u>Scheduling Payments</u>
- (f). <u>Errors and Liability</u>
- (g). <u>Joint Accounts</u>
- (h). <u>Termination</u>
- (i). <u>Conflicts Between Sections</u>
- (j). <u>Additional Provisions (Business Accounts Only)</u>
- (k). <u>Acknowledgments and Agreements</u>

#### 6(a). Description

Wells Fargo Bill Pay ("Bill Pay") lets you schedule bill payments through the Service. You must have at least one Eligible Account that is either a Wells Fargo checking account, a Wells Fargo Advisors brokerage account with the Brokerage Cash Services feature ("Brokerage Cash Services account"), or Priority Credit Line accessible through the Service, to use Bill Pay. You have to be enrolled in the Service to use Bill Pay. You authorize us to add Eligible Accounts that are Wells Fargo credit card or loan accounts as payees in Bill Pay, but depending on your history related to those accounts, we may not automatically establish them as your Bill Pay payees. For certain providers, you may have to provide additional identification information to see the bill detail information from our Website; or you may have to visit your provider's site directly to see bill detail information.

You can arrange, at your option, for the payment of your current, future and automatic (recurring) bills from the accounts listed below. Please note that these accounts, called "Funding Accounts," have certain payment limits, also listed below.

| Account Type | Payment Limit |
|---|---|
| Wells Fargo checking accounts | $50,000 per payment |
| Wells Fargo Money Market Checking accounts | $50,000 per payment |
| Wells Fargo business credit card accounts | $10,000 per payment and per day |
| Wells Fargo BusinessLine® accounts | $25,000 per payment and per day |
| Certain Wells Fargo home equity line of credit accounts | $10,000 per payment and per day |
| Certain Wells Fargo personal lines of credit | $5,000 per payment and per day |
| The *Wells Fargo Advisors* Brokerage Cash Services and Priority Credit Line | $50,000 per payment |

Bill Pay payments made with an eligible credit account cannot be used to make payments on other Wells Fargo credit products. A Funding Account may not be used to pay any part of the balance you owe on that Funding Account. Eligible Accounts that require two or more signatures or authorizations to withdraw or transfer funds may not be used as a Funding Account. A Funding Account must remain linked to the Service in order to use the Funding Account for current, future and automatic (recurring) Bill Pay payments.

Other than as stated above, there is no limit to the number of payments that may be authorized (except that payments funded with a credit account are limited to the total of the available credit in the account when payments are made).

You may pay any payee approved by us in the continental United States, Alaska and Hawaii, and the following United States Territories: Guam, Puerto Rico and the Virgin Islands. Payments to a person or business with an APO or FPO address will be made via paper check.

Wells Fargo offers a Bill Pay Payment Guarantee which applies to the use of Bill Pay in certain circumstances. The Bill Pay Payment Guarantee doesn't apply to payments made to payees outside the continental United States, to any federal, state, or local tax agency; or to court-ordered payments, since we can't guarantee correct delivery or routing. Bill Pay should not be used to transfer or deposit funds to another financial institution with the intent to deposit funds into a checking, savings, brokerage or other deposit type of account. We can't guarantee correct delivery or routing and the Bill Pay Payment Guarantee does not cover this type of transfer. If you give us the name and address of a payee, or an image of a payee bill or invoice, you authorize us to follow your payment instructions regarding that payee. In some cases, we may submit payments to the best-known payee name or address. Bill Pay payments sent via paper check with varying payee names may be combined in one envelope if those payments have the same mailing address, and the payee has not registered their full/unique mailing address with the USPS, including their secondary address designation, e.g., Suite, Room, Floor, Dept., Building, or Unit. If we need to, we'll change or reformat your payee account number to match the account number or format required by your payee for electronic payment processing and eBill activation.

Bill Pay is intended for your use only. Trying to use Bill Pay to process payments on behalf of someone other than an Owner is prohibited and will be grounds for termination of Bill Pay and your access to the Service.

We may use non-affiliated third parties acting on our behalf to process Bill Pay payments. These third-party processors must adhere to Wells Fargo's strict security and privacy-protection standards. Paper checks processed by non-affiliated third parties may show that they were drawn on the third-party processor, rather than on Wells Fargo Bank, N.A.

The date a Bill Pay payment starts processing is referred to in this Agreement as the "Payment Send On Date." Specific details about the Payment Send On Date will be provided on the Service Web pages when you schedule a Bill Pay payment. We may, at our option, pay or refuse to make bill payments funded by checking accounts or a Brokerage Cash Services account if it would create an overdraft on those accounts. We will make this decision regardless of whether we've previously established a pattern of honoring or dishonoring overdrafts.

If we receive a bill payment drawn against your checking account or a Brokerage Cash Services account, and there are insufficient available funds in your Funding Account to cover the payment, we may at our sole discretion:

· Cover the payment by transferring available credit or funds from an account you have linked for Overdraft Protection, or

· Pay the bill payment and create an overdraft on your account, or

· Decline the bill payment, or

· Re-attempt the bill payment the following business day (until this second attempt is completed, the payment is pending and cannot be canceled).

Any negative balance on your Funding Account will be governed by your agreements with us. If a Funding Account is an eligible business credit card or line of credit account, we don't have to make a payment unless that account has sufficient available credit to pay the bill on the Payment Send On Date.

Your account's terms and conditions describe "over limit fees" that may apply to you if any bill payments, associated fees or finance charges cause your credit account balance to exceed the credit limit. The dollar amount of bill payments through your credit account (whether we make these payments electronically or by check) will be charged to that credit account on the Payment Send On Date.

Finance charges (such as interest and transaction fees) may apply to bill payments funded by a credit account; these charges will be shown to you during the payment scheduling process. Please see your credit account agreement and any written disclosure statements for more information.

If your Funding Account closes or is restricted for any reason, we'll cancel all pending payments associated with the account. It will be your sole responsibility to make all pending and future payments.

### 6(b). Fees

There are no monthly service fees for Bill Pay.

### 6(c). Monitoring

We don't have any duty to monitor payments made through Bill Pay. If you're a business, and an Authorized Representative of yours uses your Funding Account to pay bills that aren't yours, you assume the entire risk of loss. You also agree to indemnify and hold us and our directors, officers, employees and agents harmless from all loss, liability, claims, demands, judgments, and expenses (including attorney fees) arising from such use.

### 6(d). Stop/Change Payment

You have the right to stop or change any scheduled bill payment, but you must do so within the secure online session by 7:00 p.m. Pacific Time, on the Payment Send On Date, either by using Bill Pay or by calling *Wells Fargo Online* Customer Service at **1-800-956-4442**.

After 7:00 p.m. Pacific Time, electronic bill payments that are already in process can't be canceled or stopped.

You can stop payment on a bill payment sent by paper check by using the Bill Pay secure online session or by calling **1-800-956-4442**. Stop payment requests aren't guaranteed: Payees can present paper check payments to their bank before the stop payment has been properly processed, and once a paper check has been cashed by the payee it cannot be stopped. If we successfully stop the payment of a paper check, it may take up to seven Business Days for the funds to be credited back to your account.

### 6(e). Scheduling Payments

When making payments through Bill Pay, please allow enough time for your payee to receive your payment and credit your account properly. To avoid incurring a finance or other charge imposed by your payee, you must schedule a payment sufficiently in advance of the payment due date. There will be a delay between the Payment Send On Date (the date your payment starts processing) and the date the payee receives that payment, so you should schedule the payment in accordance with the payment rules displayed on the Make Payment screens. The Payment Send On Date must be at least five full Business Days before the date the payment is due at the payee for check payments and up to three full Business Days (or as shown on the Make Payment screens) for electronic payments. Bill Pay payments sent by check will show the payer of the check as the "Name on Bill" you have provided for that payee record. For scheduling purposes, you should count the first Business Day after your scheduled Payment Send On Date as Business Day one.

Time your payment using the due date of the payment, not the last day of any grace period established by the payee. Payments must be scheduled before 7:00 p.m. Pacific Time to be processed on that day. We will withdraw funds from your Funding Account on the Business Day following your Payment Send On Date. Your Available Balance may be reduced by the amount of your payment on the calendar day following your Payment Send On Date, if that day is not a Business Day. Payments scheduled from brokerage accounts, if permitted, or a Brokerage Cash Services account may have different cut-off times.

If a paper check is sent and the check is not presented for payment within 90 days, we'll stop payment on the check and credit the check amount back to your Funding Account.

To avoid sending duplicate payments, if you schedule more than one payment to the same payee for the same amount on the same date, only one payment will be sent.

### 6(f). Errors and Liability

If we don't properly complete a bill payment on time, or in the correct amount, we'll pay any related late fees or finance charges that you reasonably incur as a result, if your account was in good standing with the payee before the incident.

We will also be liable to you if we don't stop a payment according to your order if the order described the payment with reasonable certainty, and the order was received at a time and in a manner that would let us act on it before the payment was sent or in process.

Except as stated in this Agreement, any stop payment provisions of the agreement governing your Eligible Account that apply to checks will also apply to Bill Pay. We aren't responsible for any charges or fees imposed (including finance charges and late fees), or any other action, taken by a payee resulting from a payment that you didn't schedule properly.

Also, we won't be liable if:

- Any other party that is meant to make a payment fails to properly transmit the payment to the intended payee.
- Your Funding Account and/or overdraft protection plan lacks sufficient funds or credit.
- A legal order directs us to prohibit withdrawals from the Funding Account.
- The Funding Account is closed or frozen.
- Any part of the electronic funds transfer system network is not working properly.

We won't be liable for indirect, special, or consequential damages from using Bill Pay. We don't recognize "grace periods", "late after", or "postmarked by" — dates when deciding whether to reimburse late fees or finance charges.

### 6(g). Joint Accounts

Joint account holders may use the same account as their Funding Account for their individual use of Bill Pay. Each Owner of an Eligible Account and each Delegate with access to that account has the same right of access to account activity — notifying Online Customer Service of suspected loss, fraud, or canceling Bill Pay, etc.

Owners and Delegates (provided they are Authorized Signers) may enroll in Bill Pay individually. If they do, they will need a unique password and will have a separate payee list and payment history.

### 6(h). Termination

Wells Fargo may terminate your access to Bill Pay without prior notice if you:

- Have Bill Pay and don't schedule or process a payment through Bill Pay for any 24-month period.
- Use Bill Pay for other, unauthorized purposes.
- Establish more than 999 payees.
- Close your checking account, Brokerage Cash Services account, or Priority Credit Line and don't designate a new checking account, a Brokerage Cash Services account, or Priority Credit Line as a Funding Account within 30 days.

If Wells Fargo terminates your use of Bill Pay, your online bill payment information will be lost and all pending payments will be canceled and are your sole responsibility.

If you decide to terminate Bill Pay, we strongly suggest that you cancel all future bill payments at the same time that you cancel Bill Pay, either by deleting those payments yourself using Bill Pay or by calling *Wells Fargo Online* Customer Service at **1-800-956-4442**. Once we have been notified that you have terminated Bill Pay, we'll automatically delete all outstanding payment orders (all individual payments and all recurring payments).

### 6(i). Conflicts Between Sections

If this Section 6 conflicts with any other provisions of this Agreement, this Section governs with respect to Bill Pay.

### 6(j). Additional Provisions (Business Accounts Only)

The provisions in this Section 6(j) apply only to bill payments from Business accounts. For payment requests from Business accounts, which are subject to Article 4A of the Uniform Commercial Code ("UCC 4A"), we're liable only for damages required to be paid under UCC 4A. We'll never be liable for any exemplary, special, indirect, or consequential loss, damage, costs or expense of any nature, including, without limitation, lost profits, even if we have been informed of the possibility of such damages, except as may be required by law.

8

**6(k). Acknowledgments and Agreements**

You agree:

- To pay our fees associated with multiple transaction attempts. Fees may vary depending on the action we take.
- That you will only use Bill Pay to pay bills and invoices, and not for any other purpose.
- That the password security described in Section 21 of this Agreement sets forth security procedures for electronic funds transfers that are commercially reasonable.
- If you don't access your Eligible Accounts through the Service for any 24-month period, we may terminate all or any part of the Service.

## 7. Wells Fargo eBills

(a). <u>Description of Wells Fargo eBills</u>

(b). <u>Requirements</u>

(c). <u>Individual and Joint Responsibility</u>

(d). <u>Fees</u>

(e). <u>Hours</u>

(f). <u>Wells Fargo eBills Statement Delivery</u>

(g). <u>Termination</u>

(h). <u>Payment Processing</u>

(i). <u>Changes to Charges, Fees or Other Terms</u>

(j). <u>Questions/Errors</u>

(k). <u>Disputes</u>

(l). <u>Acknowledgments and Agreements</u>

**7(a). Description of Wells Fargo eBills**

This Section describes the delivery of electronic payment statements ("Wells Fargo eBills") for certain types of Wells Fargo loans and line of credit products through Bill Pay. Wells Fargo credit products eligible for Wells Fargo eBills are identified in the Bill Pay portion of the Website, "Eligible Credit Accounts." We may add or remove categories of credit products from the list of Eligible Credit Accounts at any time.

**7(b). Requirements**

To receive your Wells Fargo eBills through Bill Pay, you must be enrolled in Bill Pay. To view, print, and/or save your online statement and legal notices, your computer software must meet the requirements provided on the <u>Website</u>. We'll email you to let you know when we receive a statement and you can view, print, and/or save at your convenience. By requesting that bills, statements, or other communications from us be sent to you electronically, you warrant that you have the right, power, and authority to get them.

**7(c). Individual and Joint Responsibility**

Any individual borrower on your loan, line of credit, or account can enroll in Wells Fargo eBills. Regardless of the individual who enrolls in Wells Fargo eBills, the terms of this Agreement apply to all borrowers, individually and jointly.

**7(d). Fees**

There are no monthly or transaction fees for Wells Fargo eBills.

**7(e). Hours**

Please refer to Section 3(a) of this Agreement.

**7(f). Wells Fargo eBills Statement Delivery**

To discontinue paper payment statement delivery, or resume paper payment statement delivery, see Section 16 "Online Statements and Documents" for more details.

### 7(g). Termination

Please refer to Section 6(h) of this Agreement. Those provisions also apply to Wells Fargo eBills.

### 7(h). Payment Processing

Please refer to Section 6(a) of this Agreement. Those provisions also apply to Wells Fargo eBills.

### 7(i). Changes to Charges, Fees or Other Terms

We reserve the right to change the charges, fees, or terms for Wells Fargo eBills. If we make a change, we'll provide notice to you in accordance with terms of this Agreement. We also reserve the option, in our business judgment, to waive, reduce, or reserve charges or fees in individual situations.

### 7(j). Questions/Errors

In case of questions or errors about Wells Fargo eBills or Bill Pay, call **1-800-956-4442**. We must hear from you no later than 60 days after we have sent the first paper or online statement on which the problem or error appeared. If you notify us verbally, we may require that you send us your question in writing within 10 Business Days.

When you tell us about the problem, please include:

· Your name and account number.

· A description of the error or the transaction you're unsure about, why you believe it is in error, and what additional information you need.

· The dollar amount and date of any suspected error.

· We'll inform you of the results of our investigation within 10 Business Days after we hear from you or receive your complaint or inquiry in writing (if required). We'll let you know if we require more than 10 Business Days to investigate your question; if we need more time, we may take up to 45 calendar days to complete our investigation.

We will promptly correct any existing errors. If we determine that there was no error, we'll send you a written explanation after we finish our investigation.

If we don't complete a transaction on time, or in the correct amount according to our agreement with you, we'll indemnify and hold you harmless for your losses or damages.

However, we won't be liable if:

· You, or anyone you allow, commits any fraud or violates any law or regulation.

· Any electronic terminal, telecommunications device, or any part of the electronic funds transfer system is not working properly.

· You have not properly followed the instructions for using Wells Fargo eBills or Bill Pay.

· Circumstances beyond our control (such as fire, flood or improper transmission or handling of payments by a third party) prevent the payment, despite reasonable precautions taken by us.

### 7(k). Disputes

Disputes between you and Wells Fargo under this Agreement that relate to your account(s) are subject to the provisions of your promissory note, line of credit agreement, credit card agreement and disclosure statement, mortgage, deed of trust, or security instrument (as applicable) and applicable legal remedies.

### 7(l). Acknowledgments and Agreements

· You understand and agree that Wells Fargo eBills are provided for your convenience, and payments due continue to be your responsibility as stated in your promissory note, line of credit agreement, mortgage, deed of trust, credit card agreement or security agreement for each Eligible Loan Account, as applicable.

· For eBill accounts that are in default or subject to the automatic stay in bankruptcy, we may elect to discontinue delivering eBills.

· By activating Wells Fargo eBills, you agree to abide by the terms and conditions stated in this Section to get Wells Fargo eBills, and to get other related communications electronically. You must enroll each Eligible Credit Account individually in Wells Fargo eBills.

· In addition to this Agreement, you agree to be bound by, and will comply with, the requirements of the rules and regulations of any funds transfer system and applicable state and federal laws and regulations. We agree to be bound by them also.

## 8. Third-Party eBills Service

(a). Description of Third-Party eBills Service

(b). Information Required for Third-Party eBill Setup

(c). Timing of Third-Party eBills

(d). Cancelling Third-Party eBills

### 8(a). Description of Third-Party eBills Service

Third-party eBills are electronic versions of paper bills made available from participating companies. eBills are updated automatically once the eBill is received from participating companies. If the company you are setting up for bill payment offers eBills, we will let you know that the eBill service is available and guide you through the enrollment process.

### 8(b). Information Required for Third-Party eBill Setup

Companies may require you to provide certain information in order to verify your identity and validate your eligibility to receive an eBill. Wells Fargo does not control what criteria or information a company uses for their eBill setup. Please refer to the company's privacy policy or contact the company directly if you have concerns over the company's collection, use and storage of your data. Once an eBill request is submitted, it may take up to ten (10) business days for a company to approve your eBill request. We will send you an email alert regarding the status of your eBill activation.

### 8(c). Timing of Third-Party eBills

Since eBills are controlled by third-party companies, Wells Fargo takes no responsibility for any late charges or other adverse consequences if a company delays delivery or fails to deliver an eBill. If you do not receive an eBill or have questions about an eBill, please contact the company directly.

### 8(d). Cancelling Third-Party eBills

To stop receiving eBills, log on to *Wells Fargo Online* and follow the instructions to stop receiving the bill online from the Bill Pay screens.

When you submit an eBill cancellation request, Wells Fargo will send a request to the company to stop sending this bill electronically. Please allow up to ten (10) business days for this to take effect. Your eBill status will show as "Pending deactivation" in *Wells Fargo Online* until the company acknowledges the request. You will continue to receive eBills during this time.

## 9. Wells Fargo Same Day Payments℠ Service

(a). Description

(b). Overdrafts

(c). Fees

(d). Monitoring

(e). Stop/Change Instructions

(f). Scheduling Payments

(g). Errors and Liability

(h). Additional Provisions (Business Accounts Only)

### 9(a). Description

The Wells Fargo Same Day Payments Service ("SDP Service") is intended only for your use as the subscriber to the service. It lets you make one-time same-day payments to a participating payee for an additional fee.

- You must be enrolled in Bill Pay to use the SDP Service.
- You can make a same day payment only from an Eligible Wells Fargo checking account, a Brokerage Cash Services account, or Priority Credit Line (the "SDP Service Account"), up to a maximum of $50,000 per payment.
- You can't use accounts that require two or more signatures or authorizations to withdraw or transfer funds with the SDP Service.

By furnishing us with the name and address of a payee, you authorize us to follow your payment instructions regarding that payee. If we need to, we'll reformat your payee account number to match the format your payee requires for electronic payment processing.

The SDP is intended for your use only. Trying to use SDP to process payments on behalf of someone other than an Owner is prohibited and will be grounds for termination of SDP and your access to the Service.

We may use nonaffiliated third parties acting on our behalf to process your same-day payments. These third-party processors must adhere to Wells Fargo's strict security and privacy protection standards.

For a same day payment request submitted before the applicable cutoff time displayed on the Make Payment screens, we'll debit your SDP Service Account and send funds to the payee that same day (which may be a non-Business Day).

## 9(b). Overdrafts

We may pay, or refuse to make, the same day payment if it would create an overdraft on your SDP Service Account. We will make this decision regardless of whether we've previously established a pattern of honoring or dishonoring overdrafts.

We may take any of the following actions at our sole discretion, if we get a same day payment drawn against your SDP Service Account and there aren't enough available funds in your SDP Service Account to cover the bill payment without prior notice to you:

- **Cover the same day payment** in accordance with the terms of any written overdraft protection plan that you and we have established; or
- **Pay the same day payment** and create an overdraft to your SDP Service Account; or
- **Decline to make the same day payment.**

Any negative balance on your SDP Service Account will be governed by your agreements with us about the SDP Service Account. You agree to pay any applicable overdraft fees, which may vary depending on the action we take.

## 9(c). Fees

The SDP Service has service fees.

## 9(d). Monitoring

We aren't required to monitor payments made through the SDP Service. If you're a business, and your Authorized Representative uses your SDP Service Account to pay bills that aren't yours, you assume the entire risk of loss and indemnify and hold us, our directors, officers, employees, and agents harmless from all loss, liability, claims, demands, judgments, and expenses arising from such use.

## 9(e). Stop/Change Instructions

Payments that are in process cannot be canceled or stopped. You can't cancel a same day payment after you submit it.

## 9(f). Scheduling Payments

You may make a same day payment to a participating payee by submitting your request before the cut-off time specified on the Make Payment screens. For each same day payment, you get a separate payment confirmation notice that confirms:

- That your same day payment has been made.
- Details of the payment.
- A payment reference number.

The SDP Service permits duplicate payments on the same day: If you schedule more than one payment to the same payee, for the same amount on the same date, all of the scheduled payments will be sent.

## 9(g). Errors and Liability

If we don't properly complete a same day payment on time, or in the correct amount, we'll pay any resulting late fees or finance charges you reasonably incurred, so long as your account was in good standing with the payee before the error.

We aren't responsible for any charges imposed (including finance charges and late fees) or any other action taken by a payee resulting from a payment that you didn't schedule properly. Also, we aren't liable if:

- Any other party making a same day payment fails to properly transmit the payment to the intended payee.
- There are insufficient available funds or credit availability in your SDP Service Account and/or overdraft protection plan.
- A legal order directs us to prohibit withdrawals from the SDP Service Account.
- The SDP Service Account is closed or frozen.
- Any part of the electronic funds transfer system network is not working properly.

We aren't liable for indirect, special, or consequential damages arising from using the SDP Service. We don't recognize "grace periods" or "late after" dates when deciding whether to reimburse late fees or finance charges.

**9(h). Additional Provisions (Business Accounts Only)**

The provisions in this Section apply only to same day payments from business accounts. For payment requests from Business Eligible Accounts, which are subject to Article 4A of the Uniform Commercial Code ("UCC 4A"), we're liable only for damages required to be paid under UCC 4A. In no event will we be liable for any special, indirect or consequential loss, damage, costs or expense of any nature, including, without limitation, lost profits, even if we have been informed of the possibility of such damages, except as may be required by law. You agree that the security procedures required by us under this Agreement set forth security procedures for electronic funds transfers that are commercially reasonable.

## 10. Bank-to-Bank Transfer Service

(a). <u>Description</u>

(b). <u>Information Authorization for non-Wells Fargo Accounts</u>

(c). <u>Accounts</u>

(d). <u>Transfer Types and Limitations</u>

(e). <u>Authorization</u>

(f). <u>Transfer Service Changes and Discontinuation</u>

(g). <u>Suspension, Reinstatement, and Termination</u>

(h). <u>No Unlawful or Prohibited Use</u>

(i). <u>Account Number Policy</u>

(j). <u>Joint Account Holder (For Consumer Accounts Only)</u>

(k). <u>Your Responsibility for Errors</u>

(l). <u>Our Liability</u>

(m). <u>Security</u>

**10(a). Description**

Bank-to-Bank Transfer Service ("Transfer Service") lets you transfer funds:

- From your Wells Fargo checking and/or savings accounts to your accounts at other United States financial institutions ("Financial Institutions");
- From your accounts at other Financial Institutions to your Wells Fargo checking and/or savings accounts;
- From your brokerage accounts with Wells Fargo affiliates to your checking and/or savings accounts at other Financial Institutions; and
- From your checking and/or savings accounts at other Financial Institutions to your brokerage accounts with Wells Fargo affiliates.

In this Section, "Account(s)" refers to each of the accounts referenced above.

For brokerage clients, Wells Fargo provides the online transfer access on the Website and the brokerage affiliate transfers the money according to requests made on the Website.

In addition to the terms of the Agreement, your use of the Transfer Service is subject to:

- Terms or instructions appearing on the screen when using the Transfer Service; and
- Our rules, procedures and policies and the account agreements applicable to the Accounts used in the Transfer Service.

To use the Transfer Service you must:

- Be of legal age and a resident of the United States;
- Have at least one Account with us; and
- Agree to the E-Sign Consent and this Agreement; and
- Be enrolled in a Service.

If your Accounts and/or Service are terminated for any reason, you will have no further right or access to use the Transfer Service.

**10(b). Information Authorization for non-Wells Fargo Accounts**

We may verify the Accounts that you add to the Transfer Service. You authorize us to validate the Accounts in a manner selected by us, including through the use of a test transfer, in which one or more low value payments credited to and debited from your non-Wells Fargo Account. Once the test transfer is complete we may ask you to access this Account to tell us the amount of the test credit or debit or any additional information reported by your Financial Institution with this test transfer. We may also verify Accounts by requiring you to submit proof of ownership of the Account(s).

**10(c). Accounts**

By using the Transfer Service, you represent and warrant to us that:

- You own the Account held with us and at the non-Wells Fargo Financial Institution;
- Your Account at the non-Wells Fargo Financial Institution is a United States account;
- Your Account and applicable law permit transfers;
- When transferring funds to and from a Wells Fargo affiliate brokerage Account, the non-Wells Fargo Account is a checking or savings account and is not a brokerage or other type of financial account;
- You have the right to authorize and permit us to access your Accounts to complete such funds transfers or for any other purpose authorized by this Section;
- By disclosing to us and authorizing us to use Account information and complete the transfer you are not violating any third party rights; and
- Information you provide to us is true, current, accurate and complete.

You hereby authorize and permit us to use information you submit to make transfers and to configure the Transfer Service to be compatible with the Accounts.

At all times your relationship with each non-Wells Fargo Financial Institution is independent of Wells Fargo and your use of the Transfer Service. We will not be responsible for any acts or omissions by the non-Wells Fargo Financial Institution, including without limitation, any modification, interruption or discontinuance of any Account by such Financial Institution, or by any other third party.

Not all types of accounts are eligible for funds transfer. We may decline the use of any Account that we believe may present a risk to you and/or us. Be sure to check with your Financial Institution for restrictions regarding transfers among your retirement (401(k), IRA, etc.), savings, trusts, loans, custodial, business, corporate, and other account types. Excess activity fees may apply if you exceed federally-mandated transaction limits for savings accounts. For more information, please refer to your account agreement with the Financial Institution that maintains your Account.

**10(d). Transfer Types and Limitations**

**Type of Transfers.** We may add new features to the Transfer Service, including a next day service and a higher limit service. You will be approved or declined for any such additional service at our sole discretion and additional terms and conditions may apply. We may at any time decline a funds transfer that we believe may violate applicable law.

**Frequency of Transfers.** We do not limit the number of funds transfers you may make; however, you may not make funds transfers in excess of the number of funds transfers allowed by the rules and regulations governing the applicable Accounts. For security and risk management reasons we may modify the limit, the frequency and the dollar amount of transfers you can make using our Transfer Service. The limits on the frequency and dollar amount of transfers are solely for the protection of Wells Fargo.

**Dollar Amount of Transfers.** You may not make funds transfers in excess of dollar limits for the Transfer Service. We reserve the right to change the dollar amount of funds transfers you are permitted to make using our Transfer Service. In the event that your use of the Transfer Service has been suspended and reinstated as provided below (see Section 10(g) Suspension and Reinstatement of Transfer Service), you understand and agree that your use of the Transfer Service thereafter may be subject to lower dollar amount limitations than would otherwise be permitted by us.

**Transfers subject to the Rules of the Accounts.** All funds transfers are subject to the rules and regulations governing the relevant Accounts. You may not initiate any funds transfers from or to an Account that are not allowed under the rules or regulations applicable to such Account including rules or regulations designed to prevent the transfer of funds in violation of the Office of Foreign Asset Control (OFAC) regulations.

**Failure or Rejection of Transfers.** Upon learning that the funds transfer could not be completed, we may, but are not required to, make a reasonable effort to complete the transfer again. If the funds transfer fails, we will notify you to contact your non-Wells Fargo Financial Institution to learn more about the failure.

We reserve the right to decline (i) any funds transfer or (ii) to submit funds transfer instructions or orders or (iii) to carry out change or cancellation requests.

You represent and warrant to us that you have enough money in the non-Wells Fargo Accounts to make any funds transfer you request that we make on your behalf through the Transfer Service. If we receive a transfer request against your Account and there are not enough available funds in your Account to cover the transfer, we may at our sole discretion:

· Cover the transfer in accordance with the terms of any written overdraft protection plan that you and we have established;

· Cover the transfer and create an overdraft to your Account; or

· Decline the transfer.

We may make the decision regardless of whether we may have previously established a pattern of honoring or dishonoring overdrafts. Fees may vary depending on the action we take. Any negative balance on your Account is immediately due and payable, unless we agree otherwise in writing, and you agree to reimburse us for the costs and expenses (including attorney fees and expenses) we incur in recovering the negative balance (including overdraft and associated fees).

**Your Right to Cancel a Transfer.** Payments that are in process cannot be canceled or stopped. When the Transfer Service offers recurring and/or future one time transfers, you may cancel any transfer as long as we receive the request before the process date of the one-time transfer or the next scheduled recurring transfer. For recurring transfers, you may cancel only the next scheduled transfer or the entire recurring transfer schedule. After the entire recurring transfer schedule is canceled, all future transfers will be canceled and you must reschedule it if you want transfers to be made in the future.

You may cancel a transfer by logging on to the Transfer Service or by contacting us at *Wells Fargo Online* Customer Service at **1-800-956-4442.**

## 10(e). Authorization

You agree that your transfer instructions are the authorization for us to complete the funds transfer. You authorize us to select any means to execute your funds transfer instructions, such as the Automated Clearing House (ACH), wire transfer or check. You will be bound by the rules and regulations that govern the applicable funds transfer systems, such as CHIPS or ACH rules as published by the National Automated Clearinghouse Association (NACHA).

We will make all reasonable efforts to process your transfer requests in a timely manner; however, we reserve the right to hold funds pending settlement or for such period of time as we deem necessary, in our sole discretion, to cover items which may be returned unpaid. For Wells Fargo Accounts, any interest earned on such funds during the hold period will remain the property of Wells Fargo. For brokerage Accounts at a Wells Fargo affiliated broker-dealer, any interest will remain in the brokerage Account.

To complete your funds transfer we may utilize ACH transfers, which will result in a debit to one of your Accounts and a credit to another of your Accounts. All Wells Fargo ACH transfers go through a Wells Fargo transfer account. For ACH debit entries (which debit your other Account and credit your Wells Fargo Account), Wells Fargo Bank typically holds funds for 3-4 business days to make sure that the item will not be returned unpaid before we will credit your Account. The hold times may vary for brokerage accounts at a Wells Fargo affiliated broker-dealer. If the ACH transaction is returned for any reason and the payment has been credited to your Account, you authorize us to debit your Account, in whole or in part, for the amount of the returned item and for any returned item fee.

We will notify you of such charge in advance of the transaction. If you choose to proceed with the transaction, you authorize us to debit your Account in the amount indicated.

## 10(f). Transfer Service Changes and Discontinuation

Depending on the type of transfer or the type of your Wells Fargo Account we may charge fees, for the use of the Transfer Service, and for any additional services or features that we may introduce. We will notify you of such charge in advance of the transaction. If you choose to proceed with the transaction, you authorize us to debit your Account in the amount indicated. You agree to pay all fees associated with the use of the Transfer Service.

We may modify or discontinue the Transfer Service or your Account(s) with us, with or without notice, without being liable to you, any other user or any third party.

## 10(g). Suspension, Reinstatement, and Termination

Without limiting any other right or remedy that we may have under this Agreement or otherwise, we reserve the right to suspend your right to use the Transfer Service, immediately and without prior notice to you, if we incur a problem with your use of the Transfer Service. For example, if there is a failure in attempting to debit any of your Accounts or to collect any of your funds transfers as described above. You understand and agree that such action is reasonable for us to take in order to protect Wells Fargo from loss. In the event of such suspension, you may request reinstatement of your service by contacting us at **1-800-956-4442.**

In our sole discretion we may grant or deny reinstatement of your use of the Transfer Service. If we agree to reinstate you, we may initially reinstate your Transfer Service subject to lower per-transaction and monthly dollar limits and/or with other restrictions. Based upon your subsequent usage of the Transfer Service, we may restore your ability to complete transfers subject to such higher limits as may then be in effect.

Subject to applicable law, we may terminate your right to use the Transfer Service at any time and for any reason, including if in our sole judgment we believe you:

- Engaged in conduct or activities that violate any of the terms of this Agreement or our rights; or
- Provided us with false or misleading information; or
- Interfered with other users or the administration of the Transfer Services.

### 10(h). No Unlawful or Prohibited Use

As a condition of using the Transfer Service, you warrant to us that you will not use the Transfer Service for any purpose that is unlawful or is not permitted, expressly or implicitly, by the terms of this Transfer Service or by any applicable law or regulation. You further warrant and represent that you will not use the Transfer Service in any manner that could damage, disable, overburden, or impair the Transfer Service or interfere with any other party's use of the Transfer Service. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Transfer Service. These warranties and representations will remain in full force and effect even if this Agreement terminates for any reason.

### 10(i). Account Number Policy

If the instructions for a transfer under the Transfer Service identify a bank or beneficiary by name and account number, we or the relevant Financial Institution may execute those instructions by reference to the number only, even if the number does not correspond to the name. You agree that neither we nor the relevant Financial Institution will have responsibility to investigate discrepancies between names and numbers.

### 10(j). Joint Account Holder (For Consumer Accounts Only)

By using the Transfer Service, you confirm that, if your Accounts are held jointly, your joint account holder has consented for you to use your Accounts for the Transfer Service. Each joint account holder on Accounts at Wells Fargo has the right of access to account activity and to view transfers scheduled to be debited from the Wells Fargo Account.

For your Wells Fargo Bank checking and savings Accounts, a joint account holder may cancel, but not edit, any pending or scheduled transfer where funds are being transferred from a Wells Fargo Bank Account if the cancellation occurs before the transaction is sent for processing. We may end your use of the Transfer Service if any joint account holder notifies us that (i) the joint account holder never consented to your use of our Transfer Service, (ii) the joint account can no longer be operated on your instructions alone, or (iii) the joint account holder is withdrawing consent for you to use the joint account for the Transfer Service.

For your brokerage accounts with Wells Fargo affiliates, any joint account holder may cancel or edit online any pending transfer or scheduled transfer if the cancellation occurs before the transaction is sent for processing and the cancellation or edit functionality is available online. The brokerage account agreement between you and the Wells Fargo brokerage affiliate sets forth the terms and conditions relating to joint accounts.

### 10(k). Your Responsibility for Errors

We must rely on the information you provided, and you authorize us to act on any instruction, which has been or reasonably appears to have been sent by you, to submit funds transfer instructions on your behalf. Financial Institutions receiving the funds transfer instructions may rely on such information. We are not obliged to take any further steps to confirm or authenticate such instructions and will act on them without getting further confirmation. If you provide us with incorrect information or if there is any error in your instruction we will make all reasonable efforts to reverse or delete such instructions, but you accept full responsibility for losses resulting from any of your errors, duplication, ambiguities or fraud in the information that you provide. If any information you provide is untrue, inaccurate, not current or incomplete, without limiting other remedies, we may recover from you any costs or losses incurred as a direct or indirect result of the inaccurate or incomplete information.

We are not responsible for errors, delays and other problems caused by or resulting from the action or inaction of Financial Institutions holding the non-Wells Fargo Account. Although we will try to assist you in resolving any such problems, you understand that any such errors, delays or other problems are the responsibility of the relevant Financial Institution. Any rights you may have against a Financial Institution for such errors, delays or other problems are subject to the terms of the agreements you have with such Financial Institution, including any time limits during which complaints must be made.

Please see EFT Provisions (Consumers) in Section 13 in this Agreement for terms and conditions that apply to electronic funds transfers that debit or credit a consumer checking, savings or other asset account and are subject to Regulation E.

**10(l). Our Liability**

If we do not provide a funds transfer instruction on time, if we cause an incorrect amount to be removed from an Account or if we cause funds from an Account to be transferred to any account other than the Account specified in the applicable funds transfer instruction, we shall be responsible for returning the improperly transferred funds and/or for directing any misdirected funds to the proper Account.

We are not liable for any costs, fees, losses or indirect, special or consequential damages of any kind incurred as a result of:

· Our debit and/or credit or inability to debit and/or credit the accounts in accordance with your funds transfer instructions; or

· Inaccuracy, incompleteness or misinformation contained in the information retrieved on the accounts; or

· Charges imposed by any non-Wells Fargo Financial Institution or by applicable law; or

· Funds transfer limitations set by the non-Wells Fargo Financial Institutions or applicable law; or

· Not enough money in your Account to make the funds transfer; or

· Transfers exceeding the credit limit on any applicable overdraft line; or

· System failures at a non-Wells Fargo Financial Institution and we are unable to complete the transfer; or

· Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken; or

· Third party caused, including your non-Wells Fargo Financial Institution; or

· Any further limitations on liability as otherwise stated in the agreement(s) governing your Account(s) with us.

There may be additional exceptions to our liability stated in this Agreement.

Except as otherwise required by law, we will in no event be liable for any losses and damages other than those arising from gross negligence or willful misconduct on our part or if we breach a representation or warranty from this Agreement.

**10(m). Security**

**Security Procedures.** The Financial Institution at which your account is maintained may contact us to verify the content and authority of funds transfer instructions and any changes to those instructions. In connection with the Transfer Service we may provide to that Financial Institution such information as may be required to verify the instructions and the verification may constitute a valid security procedure under the rules governing that Account.

**Deviating from Security Procedures.** You permit us to authorize your non-Wells Fargo Financial Institution to accept funds and transfer instructions in accordance with any authorization procedures you and such Financial Institution have agreed upon, or that we, on your behalf, and such Financial Institution have agreed upon, without verifying the instructions under the established security procedures, regardless of whether you agreed to the security procedures or we agreed on your behalf. In addition, we may authorize such Financial Institutions to charge and debit your Accounts based solely on these communications.

**Additional Provisions for Business Accounts.** The provisions in this Section 10 apply only to transfers to and/or from business accounts. You agree that the password security described in the OAA and in this Section 10 sets forth security procedures for funds transfers that are commercially reasonable. For transfer requests to and/or from business accounts, which are subject to Article 4A of the Uniform Commercial Code ("UCC 4A"), you agree that we are liable only for damages required to be paid under UCC 4A except to the extent such damages are covered by the Online Security Guarantee. In no event will we be liable for any special, indirect or consequential loss, damage, costs or expense of any nature, including, without limitation, lost profits, even if we have been informed of the possibility of such damages, except as may be required by law.

## 11. Wells Fargo ATM Access Codes

(a). <u>Description</u>

(b). <u>Fees</u>

(c). <u>Security</u>

(d). <u>Termination</u>

(e). <u>Consent to Receive Text Messages</u>

(f). <u>Additional Terms Applicable to the ATM Access Codes</u>

### 11(a). Description

You can request a one-time code to use at Wells Fargo ATM without having your physical Wells Fargo debit or ATM card ("Card"). ATM Access Codes are available for Wells Fargo Debit, ATM and *EasyPay*® Cards using the *Wells Fargo Mobile* app. Availability may be affected by your mobile carrier's coverage area. Some ATMs within secure locations may require a card for entry.

Once we receive and validate your request for an ATM Access Code, we will send or generate a code that is good for a single use. We will display this code within our mobile app or send this code to your mobile phone via text message if requested. The length of time that this code can be used will be provided with the code. Use of this code with the associated card personal identification number (PIN) is equivalent to use of the card at a Wells Fargo ATM.

**Frequency and limits on use.** You will be able to make the same type of transactions using the ATM Access Code that you can make using your Card. Frequency and dollar limitations apply transactions using an ATM Access Code. With each ATM Access Code, you can perform one monetary transaction (such as a cash withdrawal), or one non-monetary transaction (such as a balance inquiry) before your one monetary transaction. Also, ATM withdrawal amounts are subject to your account balance and the current ATM daily dollar withdrawal limits for your Card at regular and "Assisted-Service" ATMs (located in Wells Fargo branches).

**Qualifications.** To use an ATM Access Code, you must have an Eligible Account. Transactions using an ATM Access Code can only be made at Wells Fargo ATMs.

### 11(b). Fees

Wells Fargo does not currently charge a fee for ATM Access Codes. However, your mobile carrier's message and data rates may apply.

### 11(c). Security

**YOU MAY NOT SHARE THE ATM ACCESS CODE. YOU AGREE TO KEEP IT SECURE AND CONFIDENTIAL. IF YOU DO NOT KEEP THE CODE SECURE AND CONFIDENTIAL, YOU COULD PUT YOUR ACCOUNT AT RISK AND LOSE MONEY.** In the event your code is lost or compromised, you agree to promptly notify Wells Fargo.

### 11(d). Termination

Wells Fargo may terminate or suspend your ability to use ATM Access Codes at any time.

### 11(e). Consent to Receive Text Messages

You agree that you are expressly authorizing Wells Fargo (and any party acting on behalf of Wells Fargo) to contact you at the mobile phone number you have provided. You agree that Wells Fargo may use automatic telephone dialing systems in connection with text messages sent to your phone. You will promptly notify Wells Fargo in the event you change your phone number(s).

### 11(f). Additional Terms Applicable to the ATM Access Codes

"Business Day" means Monday through Friday, and excludes Saturday, Sunday and federal banking holidays.

**Your liability for unauthorized transactions using an ATM Access Code.** Tell us AT ONCE if you believe that an ATM Access Code has been lost or stolen, or you believe a transaction using an ATM Access Code has been made without your permission.

Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan). If you tell us within 2 Business Days after you learn of an unauthorized ATM Access Code transaction, you can lose no more than $50 if someone made an ATM Access Code transaction without your permission, subject to Zero Liability protection.

If you do NOT tell us within 2 Business Days after you learn of an unauthorized ATM Access Code transaction, and we can prove we could have stopped the unauthorized ATM Access Code transaction if you had told us, you could lose as much as $500, subject to Zero Liability protection.

If your deposit statement shows an ATM Access Code transaction that you did not make or authorize, tell us at once. If you do not tell us within 60 days after the deposit statement was mailed, made available, or transmitted to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking your money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we may extend the time periods.

**Zero Liability Protection.** Your Card comes with Zero Liability protection for unauthorized transactions that you report promptly. With Zero Liability protection, if your Card or Card number is ever lost or stolen and used without your permission, you must tell us immediately. If you do, you will be reimbursed for unauthorized transactions made using your Card or Card number. The Zero Liability protection we provide Card customers goes beyond what is required by Regulation E. An "unauthorized transaction" is a transaction that does not benefit you that is made by a person who does not have your actual or implied authority.

If you notify us about the unauthorized transaction **within 60 days** of when the first Account statement showing the unauthorized transaction was delivered, you will be protected for your losses on the Account.

If you notify us about the unauthorized transaction **after 60 days**, we may not reimburse you for unauthorized transactions. You may be required to provide documentation to support your claim, including an affidavit of unauthorized use and a police report. In addition, we will consider whether any negligence on the part of the cardholders has contributed to the transaction in question.

The following are not considered to be unauthorized transactions under Zero Liability protection, which means you are liable for any transaction:

· By a cardholder or person authorized by a cardholder, or other person with an interest in or authority to transact business on the Account;

· By a person you have authorized to use your Card, even if that person has exceeded the authority you gave.

**Contact us at once in the event of unauthorized transactions using an ATM Access Code or if your ATM Access Code has been lost or stolen.** If you believe that a transaction using an ATM Access Code has been made without your permission or your code has been lost or stolen, call Wells Fargo Phone Bank at **1-800-869-3557** or the number listed on your statement or write: Wells Fargo, Customer Correspondence, PO Box 6995, Portland OR 97228-6995.

**Bank liability for failure to complete a transaction using an ATM Access Code.** If we do not complete a transaction using an ATM Access Code on time or in the correct amount, according to our agreement with you, we will be liable for your losses or damages as specified in these Terms and Conditions. However, there are some exceptions. We will NOT be liable if:

· Through no fault of ours, you do not have enough money in your account to make the transaction;

· The transfer would go over the credit limit on a credit account linked for Overdraft Protection;

· The ATM where you are making the transfer does not have enough cash or is not working properly;

· Circumstances beyond our control (such as fire, flood, or power failure) prevent the transaction, despite reasonable precautions we have taken.

**Receipts at ATMs.** You can get a receipt at the time you make any transfer to or from your account using one of our ATMs. You can also choose to email the receipt to your personal email address on file or your wellsfargo.com inbox, or text your receipt to the mobile phone number on file.

**In case of errors or questions about transactions using an ATM Access Code.** Telephone the Wells Fargo Phone Bank at **1-800-869-3557** or write Wells Fargo, Customer Correspondence, PO Box 6995, Portland, OR 97228-6995, if you think your statement or receipt is wrong or if you need more information about a transaction using an ATM Access Code listed on the statement or receipt.

We must hear from you no later than 60 days after the date we send the FIRST statement on which the problem or error appeared:

· Tell us your name and account number

· Describe the error or the transaction using an ATM Access Code you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information

· Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you send your complaint or question in writing within 10 Business Days.

We will determine whether an error occurred within 10 Business Days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question about your transaction using an ATM Access Code, and if so we will provisionally credit your account within 10 Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 Business Days, we may not credit your account. The 10 Business Day period described in this Section is changed to 20 Business Days if the transaction using an ATM Access Code at issue occurred during the first 30 days your account is open. The 45-day period described in this Section is changed to 90 days for errors involving new accounts.

We will tell you the results within 3 Business Days after completing our investigation. If we decide that there was no error, we will send you a written explanation within 3 Business Days after we finish our investigation. You may ask for copies of the documents that we used in the investigation.

**Use of Information.** You agree that we may obtain such additional information as we deem reasonably necessary to insure that you are not using the ATM Access Code in violation of law, including, but not limited to, laws and regulations designed to prevent "money laundering" or the transfer of funds to or from persons or organizations whose accounts are blocked under regulations of the Office of Foreign Asset Control (OFAC) of the United States Treasury Department.

You agree that we may use, copy, modify, update, display, and distribute to other persons any information or data you provide to us for the purpose of processing transactions using an ATM Access Code or providing the ATM Access Code.

You authorize us to use information you provide to us in order to:

· Initiate and complete transactions using an ATM Access Code; and

· Provide ancillary and supporting services in accordance with your instructions.

We may also disclose information to third parties about your account or the transfers you make in order to process your transactions using an ATM Access Code, or to verify the existence and condition of your account. The third parties may include, but are not limited to, transaction processors, clearinghouses, credit bureaus, and merchants.

## 12. Wells Fargo Mobile Deposit Service

(a). <u>Description</u>

(b). <u>Qualification</u>

(c). <u>Conditions to Provision of the Mobile Deposit Service</u>

(d). <u>Fees</u>

(e). <u>Creating and Transmitting Electronic Checks to Us</u>

(f). <u>Processing Your Electronic Check(s)</u>

(g). <u>Exception Checks</u>

(h). <u>Deposits to the Mobile Deposit Eligible Account</u>

(i). <u>Your Representations and Warranties to Us</u>

(j). <u>Your Agreement to Indemnify</u>

(k). <u>Termination</u>

(l). <u>Right to Audit</u>

### 12(a). Description

The *Wells Fargo Mobile* Deposit Service ("Mobile Deposit Service") is only available through the *Wells Fargo Mobile* app. The Mobile Deposit Service enables you to use a *Wells Fargo Mobile* application and certain hardware (such as a smartphone or other mobile device) approved by us to create electronic images of the front and back of certain eligible paper checks and to transmit those images and other information, including, without limitation, information captured from the magnetic ink character recognition ("MICR") line, to us for review and processing in accordance with this Section. "Electronic Check" means the electronic image of, and electronic information derived from, a paper check. After we receive your transmission, we will review each Electronic Check. For each Electronic Check that we determine is eligible for processing as described below, we will:

· Create a substitute check that we will present directly or indirectly to the bank

  ∘ On which the original paper check to which the Electronic Check relates is drawn, or

  ∘ At or through which the paper check is payable (each, a "Paying Bank");

· Include the Electronic Check in an electronic file for presentment directly or indirectly to the Paying Bank; or

· Present or post any Electronic Check for which we are the Paying Bank.

### 12(b). Qualification

In order to enroll in the Mobile Deposit Service, you must be designated as an authorized signer or owner of a Wells Fargo checking or savings account that is eligible for this Mobile Deposit Service ("Mobile Deposit Eligible Account"), and be approved by us.

**12(c). Conditions to Provision of the Mobile Deposit Service**

As conditions to our provisioning the Mobile Deposit Service, you shall:

· Maintain the Mobile Deposit Eligible Account in good standing,

· Subscribe to *Wells Fargo Online or Wells Fargo Business Online Service*

· Download the *Wells Fargo Mobile* app on an eligible mobile device, and

· Comply with such restrictions or dollar limits on the Service as we may communicate to you from time to time.

**12(d). Fees**

The Mobile Deposit Service is provided at no charge to you. We may, upon at least 30 days prior notice to you, to the extent required by applicable law, charge a fee for use of the Mobile Deposit Service. If you continue to use the Mobile Deposit Service after the fee becomes effective, you agree to pay the service fee that has been disclosed or otherwise made available to you, as may be amended from time to time. Further, you will be required to designate an account with us from which fees for the Mobile Deposit Service will be debited (your "Billing Account").

Any applicable fees for the Mobile Deposit Service may be changed by us at our discretion at any time upon at least 30 days prior notice to you, to the extent required by applicable law. If the Billing Account is closed, or if the Billing Account does not have sufficient available funds to cover the fees, you authorize us to charge any such fees to any other deposit account you maintain with us.

**12(e). Creating and Transmitting Electronic Checks to Us**

You shall use the *Wells Fargo Mobile* app to scan eligible paper checks that you wish to deposit to your Mobile Deposit Eligible Account by means of the Mobile Deposit Service and to transmit your Electronic Checks to us. The following items may not be deposited through the Mobile Deposit Service: international checks, U.S. savings bonds, U.S. postal money orders, MoneyGram, remotely created checks (whether in paper form or electronically created), checks drawn against a line of credit (convenience checks or "electronically created items,") and cash are not eligible for the Mobile Deposit Service. Except as noted in the preceding sentence, only checks, money orders, cashier's checks, or traveler's checks, drawn on or payable at or through a U.S. bank, can be transmitted through the Mobile Deposit Service. Additionally, only items that are made payable to, and indorsed by, you may be transmitted through the Mobile Deposit Service.

**12(f). Processing Your Electronic Check(s)**

If you transmit your Electronic Check(s) to Wells Fargo before the cut-off time we separately disclose to you (the "Cut-Off Time") on any Business Day, we shall review and process your Electronic Check(s) on that Business Day. If you transmit your Electronic Check(s) to us after the Cut-Off Time on any Business Day, we shall review and process your Electronic Check(s) on the next Business Day. Your Electronic Check(s) is deemed to have been received by us when the Mobile Deposit Service generates a confirmation message.

**12(g). Exception Checks**

Each Business Day on which we review and process your Electronic Check(s), we will use commercially reasonable efforts to review each Electronic Check and to reject any Electronic Check that we in our sole discretion determine to be ineligible for the Mobile Deposit Service (each, an "Exception Check"). "Exception Check" includes, without limitation, an Electronic Check that:

· Is illegible or contains MICR data that is not machine-readable,

· Was previously processed as an Electronic Check, or

· Is drawn on banks located outside the United States and is not payable at or through a bank located within the United States.

We will notify you of each Exception Check through the *Wells Fargo Online* or *Wells Fargo Business Online* Service, or other communication channels at our discretion. If you wish to attempt to deposit any Exception Check to your Mobile Deposit Eligible Account, you shall do so only by depositing the original paper check on which the Exception Check is based or as otherwise agreed between us. Even if we do not initially identify an Electronic Check as an Exception Check when we review and process the Electronic Check to which the Exception Check relates, the Electronic Check or the substitute check or the alleged substitute check created by us from it may nevertheless be returned to us because, among other reasons, the Paying Bank determines that such item or check is illegible or missing an image. Our failure to identify an Exception Check shall not preclude or limit the obligation of you to us under Section 12(i).

## 12(h). Deposits to the Mobile Deposit Eligible Account

Subject to our right to identify and reject Exception Checks, we shall be deemed to have accepted each Electronic Check that is not an Exception Check for deposit to the Mobile Deposit Eligible Account on the Business Day that we process the Electronic Check, provided its transmission to us is prior to the Cut-Off Time. In addition, an Electronic Check will be deemed to have been deposited at the office where the Mobile Deposit Eligible Account is maintained.

## 12(i). Your Representations and Warranties to Us

You represent and warrant to us that:

- You will use the Mobile Deposit Service only for paper checks payable to, and indorsed by, you.
- Prior to transmitting an image of the check, you will restrictively indorse the back of the check "For Mobile Deposit at Wells Fargo Bank Only" or, where available, marking the box named "CHECK HERE IF MOBILE DEPOSIT."
- You will properly secure all hardware you use in connection with the Mobile Deposit Service (including, but not limited to, securing the hardware with a password, PIN, or other security credentials to prevent unauthorized use). You will maintain control over and be responsible for secure retention, storage, and destruction of original paper checks for which you have created an Electronic Check. After transmitting the Electronic Check to us, you will retain the original paper checks for a minimum of five (5) calendar days, but no longer than fourteen (14) calendar days, from the transmission date ("Retention Period"). You will retain and store the original paper checks in a secure and locked container that is only accessible by persons needing access to such paper checks. During the Retention Period and upon our request, you agree to provide us with the original paper checks. Once the Retention Period has expired, you will securely and irretrievably destroy original paper checks from which you have previously created and submitted to us an Electronic Check.
- You will not submit any duplicate Electronic Checks to us.
- You will not deposit to your Mobile Deposit Eligible Account or otherwise negotiate any original paper check from which you have previously created and submitted to us an Electronic Check, unless we have notified you that the Electronic Check is an Exception Check.
- You will transmit to us only Electronic Checks that are suitable for processing, including, but not limited to, Electronic Checks that are legible and contain machine-readable MICR data.
- You will review and verify for accuracy the information contained in the Electronic Check(s) before you transmit it to us.
- You will only transmit Electronic Check(s) that are drawn on or payable at or through banks located within the United States.
- You will not store or make a back-up copy of the Electronic Check(s).

## 12(j). Your Agreement to Indemnify

You will indemnify, defend, and save us and our parent company and its affiliates and each of their respective directors, officers, employees, and agents (collectively in this Section 12(j), "Indemnitees") harmless from and against all liabilities, damages, claims, obligations, demands, charges, costs, or expenses (including reasonable fees and disbursements of legal counsel and accountants) awarded against or incurred or suffered (collectively, "Losses and Liabilities") by Indemnitees arising directly or indirectly from or related to the following (except for Losses and Liabilities arising directly or indirectly from or related to our own gross negligence or willful misconduct):

- Any negligent or intentional act or omission by you in the performance of your obligations under this Section, including, but not limited to,
  - Duplicate scanning of the same original paper checks,
  - Transmission of duplicate Electronic Checks,
  - Calculation errors of deposit totals,
  - Numerical errors on deposit data entry, and
  - Fraudulent or unauthorized use of your hardware, username and/or passwords.
- Any material breach in a representation, warranty, covenant, or obligation of you contained in this Section;
- The violation of any applicable law, statute, or regulation in the performance of your obligations under this Section;
- Wells Fargo acting as a "reconverting bank" under the Check Clearing for the 21st Century Act through the creation of "substitute checks" or purported substitute checks using an Electronic Check or an illegible Electronic Check;
- Our presenting to Paying Bank an Electronic Check for payment; and

- Your failure to:
  - Securely maintain your hardware or the original paper check, or
  - Properly and timely dispose of original paper checks in accordance with this Section, in which event such Losses and Liabilities shall include without limitation consequential damages.

You will further indemnify, defend, and save harmless Indemnitees from and against all Losses and Liabilities by Indemnitees arising directly or indirectly from or related to Regulation CC (12 CFR Part 229) as follows:

- To a drawer of a draft payable through us, we warrant that:
  - The electronic image accurately represents all of information on the front and back of the original check as of the time the original check was truncated and the electronic information includes an accurate record of all MICR line information required for a substitute check ("Image Quality Warranty") and
  - The drawer will not receive a presentment of or otherwise be charged for an electronic check, an electronic returned check, the original check, a substitute check, or a paper or electronic representation of a substitute check, such that the drawer will be asked to make payment based on a check it has already paid ("No Double Debit Warranty").

In the case of transfers for collection or payment, we also make the Image Quality Warranty and the No Double Debit Warranty to the transferee bank, any subsequent collecting bank, and the paying bank. If any Indemnitee suffers any Losses or Liabilities arising directly or indirectly from or related to a breach of any of these warranties, you will indemnify the Indemnitee and not hold it responsible or liable.

- To an owner of a check, we also make the Image Quality Warranty and the No Double Debit Warranty. If any Indemnitee suffers any Losses or Liabilities arising directly or indirectly from or related to a breach of any of these warranties, you will indemnify the Indemnitee and not hold it responsible or liable.
- Through our providing the Mobile Deposit Service to you, we are required to indemnify a depository bank that accepts the original check from which an Electronic Check is created for losses incurred by that depository bank if the loss is due to the check having already been paid. If any Indemnitee suffers any Losses or Liabilities arising directly or indirectly from or related to such depository bank indemnity obligation, you will indemnify the Indemnitee and not hold it responsible or liable.
- If we transfer or present an "electronically created item" and receive settlement or other consideration for it, we are required to indemnify each transferee bank, any subsequent collecting bank, the paying bank, and any subsequent returning bank against losses that result from:
  - The electronic image or electronic information is not derived from a paper check;
  - The person on whose account the electronically created item is drawn did not authorize the issuance of the item or to the payee stated on the item; or
  - A person receives a transfer or presentment, or return of, or otherwise is charged for an electronically created item such that the person is asked to make payment based on an item or check it has paid.

If any Indemnitee suffers any Losses or Liabilities arising directly or indirectly from or related to such electronically created item indemnity obligation, you will indemnify the Indemnitee and not hold it responsible or liable.

This Section 12(j) shall survive the termination of the Mobile Deposit Service.

**12(k). Termination**

You or we may terminate the Mobile Deposit Service at any time.

**12(l). Right to Audit**

We may periodically audit and verify your compliance with this Section. You agree to cooperate and provide information or documents at your expense as may be reasonably requested by us in the course of such audit.

## 13. Electronic Funds Transfer Provisions (Consumers)

(a). <u>Applicability</u>

(b). <u>Your Liability</u>

(c). <u>Errors/Unauthorized Electronic Funds Transfers/Questions</u>

(d). <u>Documentation</u>

(e). <u>Changes to Debit Amounts</u>

(f). <u>Stop Payment Orders for Pre-authorized Electronic Funds Transfers</u>

(g). <u>Acknowledgments and Agreements</u>

### 13(a). Applicability

The provisions in this Section 13 apply only to electronic funds transfers (EFTs) that debit or credit a Consumer's checking, savings or other asset account and are subject to Regulation E. You can find the terms and conditions that apply to EFTs that debit or credit a brokerage account in your brokerage account agreement, not this Agreement.

When applicable, we may rely on any exceptions to the provisions in this Section that are covered in Regulation E. All terms in this Section not defined in this Agreement but defined in Regulation E will have the meaning given in Regulation E.

### 13(b). Your Liability

Except for EFTs to or from brokerage accounts, your liability for an unauthorized EFT or a series of related unauthorized EFTs will be determined as follows:

| If you notify us... | Your liability won't exceed... |
| --- | --- |
| Within two Business Days after learning of the loss or theft of your password | $50; or the amount of unauthorized EFTs that occur before notice to us, whichever is less. |
| More than two Business Days after learning of the loss or theft of your password | $500; or $50, plus the amount of unauthorized EFTs that occurred within the two Business Days, plus the amount of unauthorized EFTs that occur after the close of two Business Days and before notice to us. |

To avoid liability for subsequent transfers, you must report unauthorized EFTs that appear on a periodic statement within 60 days of our transmittal of the statement. If you don't, your liability won't exceed the amount of the unauthorized EFTs that occur after the close of the 60 days and before notice to us, and that we establish would not have occurred had you notified us within the 60-day period. You may also be liable for the amounts described in the table above.

If your delay in notifying us was due to extenuating circumstances, we'll extend the times specified in the immediately preceding paragraphs to a reasonable period.

### 13(c). Errors/Unauthorized Electronic Funds Transfers/Questions

Here's how to notify us when you believe that an error, unauthorized EFT, or unauthorized transfer has been or may have been made:

· **Phone. 1-800-956-4442**, 24 hours a day, 7 days a week.

· **Paper Mail.** Wells Fargo Bank, N.A., PO Box 4132, Concord, CA 94518-4917.

· **Email.** Sign on to the Service with your password and use the appropriate form. For questions or errors about online funds transfers, use the Transfers and Deposits Questions form. For questions or errors about bill payment transactions, use the inquiry forms accessible through Bill Pay.

To notify us of errors in brokerage account transfers, follow the procedures in your brokerage account agreement.

We must hear from you no later than 60 days after the date we send the first statement on which the problem or error appeared.

When contacting us about an error or with questions, please tell us:

· Your name and account number (if any).

· About the error or the transfer you question, and clearly explain why you believe it is an error or why you need more information.

· The dollar amount and date of the suspected error.

If you report a problem by phone, we may need you to submit your complaint or question in writing within 10 Business Days. We'll determine whether an error occurred within 10 Business Days after we hear from you, and will promptly correct any error. If we need more time to conduct our investigation, we'll notify you of our need for an extension of up to 45 days. If we decide to do this, we'll credit your account within 10 Business Days for the amount you think is in error, so you can use the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and don't receive it within 10 Business Days, we may not credit your account.

We may permit you to initiate or monitor the status of certain kinds of complaints or questions electronically on the Website. Complaints or questions you initiate via the process we provide on the Website will be considered as written.

For errors involving new accounts, point-of-sale or foreign-initiated transactions, our investigation may take up to 90 calendar days. For new accounts, we may take up to 20 Business Days to credit your account for the amount you think is in error. We'll tell you the results within three Business Days after completing our investigation. If we decide that no error occurred, we'll send you an explanation. You can ask for copies of the documents that we used in the investigation.

### 13(d). Documentation

The cardholder will receive a receipt each time an ATM or in-branch kiosk is used to make an electronic transfer to or from your Eligible Account, unless the cardholder is notified otherwise before completing the transaction. The receipt is evidence of the transaction as recorded by the ATM or the Service; all transactions are subject to posting, final payment or verification. You can use the receipt to reconcile the statement for the Eligible Account.

You have the right to find out whether an EFT was credited to your Eligible Account. To do so, contact us at the number listed on your statement for your Eligible Account.

We'll send you a monthly statement if there are EFTs in a particular month. Otherwise, we'll send you a statement at least quarterly.

### 13(e). Changes to Debit Amounts

If you authorize a person to regularly debit your Eligible Account, and the amount varies from the previous amount debited, he/she must tell you, at least 10 days before each debit, when the debit will be made and how much it will be.

### 13(f). Stop Payment Orders for Pre-authorized Electronic Funds Transfers

To place a stop payment order on preauthorized EFTs, call us at the number listed on the statement for your Eligible Account at least three Business Days before the scheduled transfer date. We'll need:

- Your name and the account number associated with the transfer;
- The exact name of the payee;
- The exact payment amount; and
- The scheduled transfer date.

If you don't provide correct and complete information, we may not be able to stop payment of the preauthorized EFT. If we pay a preauthorized EFT despite a valid stop payment order, we may require you to provide us with an affidavit describing in detail the dispute.

### 13(g). Acknowledgments and Agreements

You agree to indemnify and hold us harmless from and against any loss incurred by us if we don't pay a preauthorized EFT because:

- Any of the information relied upon in the stop payment order is incorrect or incomplete; or
- A valid stop payment order is in effect.

### 14. Alerts

(a). <u>Description</u>

(b). <u>Alert Delivery Timing</u>

(c). <u>Terminating Alerts</u>

(d). <u>Acknowledgments and Agreements</u>

**14(a). Description**

Wells Fargo may automatically send you certain alert messages via email, text message, push notification, and/or by other means, including to your mobile device. These messages may include, but are not limited to, notifications of detected suspicious card activity. You can opt not to receive push notifications by turning off push notifications on your mobile device. You can opt not to receive certain alert text messages by disabling consent to receive text messages through the Service.

Wells Fargo also offers a subscription based Alerts Service ("Alerts Service") which you are able to opt-in to through *Wells Fargo Online* or *Wells Fargo Mobile* for your Eligible Account(s). You can sign up for messages about your account activity, balances, and other information, such as payment reminders. When you sign up for the Alerts Service, you may choose to receive eligible alerts through email message(s), text message(s), push notification(s), and/or by other means. You may modify your Alerts Service preferences or choose to discontinue receiving alerts by updating your alerts subscriptions through the Service.

**14(b). Alert Delivery Timing**

Receipt of any of the alerts we send, whether they are automatic alerts or from the Alerts Service, may be delayed or prevented by factor(s) affecting your internet/phone provider or other circumstances.

Wells Fargo is not liable for losses or damages arising from:

- Non-delivery, delayed delivery, or erroneous delivery of any alert.
- Inaccurate alert content.
- Your use or reliance on the contents of any alert for any purposes.

The information in any alert may be subject to certain delays.

**14(c). Terminating Alerts**

Wells Fargo may terminate or change your use of the Alerts Service at any time without notice. We may also change, modify, or cancel either the content or the delivery method of any automatic alerts.

**14(d). Acknowledgments and Agreements**

You acknowledge and agree that any alert may not be sent encrypted, and may include your name and information pertaining to your account(s).

### 15. Predictive Banking

(a). <u>Description</u>

(b). <u>Use and Termination of Predictive Banking</u>

(c). <u>Predictive Banking Delivery Timing</u>

**15(a). Description**

Wells Fargo may utilize predictive banking technology to look at credit and debit payments, as well as other banking transactions, and make suggestions based on this data. You may receive predictive banking notifications while logged in to wellsfargo.com, via email, or other means.

**15(b). Use and Termination of Predictive Banking**

Predictive Banking is offered at Wells Fargo's sole discretion. Your use may be terminated without notice.

#### 15(c). Predictive Banking Delivery Timing

Wells Fargo isn't liable for losses or damages arising from:

- Non-delivery, delayed delivery, or wrong delivery of predictive banking.
- Inaccurate predictive banking content.
- Your use or reliance on the contents of predictive banking for any purposes.

The information in predictive banking may be subject to certain delays.

## 16. Online Statements and Documents

(a). <u>Description</u>

(b). <u>Eligible Accounts</u>

(c). <u>Enrollment</u>

(d). <u>Check Images</u>

(e). <u>Access</u>

(f). <u>*Portfolio by Wells Fargo*®</u>

(g). <u>Year-end Tax Reporting Documents</u>

(h). <u>Terminating Online Statements and Documents</u>

#### 16(a). Description

Many account documents — including statements, tax documents, and legal notices — can be delivered online for certain Eligible Accounts and Online Financial Services. You have the option to view, save, or print PDF versions of your account documents from the Website via desktop, tablet or mobile device.

Any legal notices or disclosures about your Eligible Account or Online Financial Service that would normally accompany your paper account statement, or that we would mail to you, may be delivered to you electronically. In some cases, we must continue to mail paper statements, legal notices and disclosures even if you elect to receive them electronically.

We may offer you additional options/preferences for delivery of various communications related to your Eligible Accounts or Online Financial Services. The following is a brief description of the various features of and requirements for using online statements and documents. We may add to, modify, or delete any feature of online statements and documents at our sole discretion.

#### 16(b). Eligible Accounts

Most Eligible Account statements and documents can be delivered online. You can determine online statement eligibility by signing on to the <u>Website</u>.

#### 16(c). Enrollment

Online statements and documents are available for certain Eligible Accounts or Online Financial Services if you have completed enrollment in the Service and provided us with a valid email address. Once enrolled, we will send you an email notice notifying you when your statement or document is available on the Website. To ensure that you continue to receive such email notifications, you must notify us of any changes or updates to your email address. We may revoke your online-only statement and document option and change your delivery preference to U.S. Mail if you don't maintain a valid email address.

Depending on the Eligible Account or Online Financial Service, one or more of the following may be true:

- Many Eligible Accounts and Online Financial Services automatically come with online-only delivery for statements and documents. This means you will no longer receive paper statements and documents, unless required by law. You can change your delivery preference back to U.S. Mail at any time.
- For Eligible Accounts or Online Financial Services that don't automatically come with online-only delivery, you can choose online-only delivery for that Eligible Account or Online Financial Service.

#### 16(d). Check Images

For deposit accounts, you may view online images of the individual checks posted to your account. If you currently receive an account statement with check images in paper format, once you choose online-only statements and documents, you will no longer receive the check images as part of the statement. You can ask us to mail a photocopy of a canceled check to you (additional fees may apply).

### 16(e). Access

You can access your online statements and documents (including legal notices and disclosures) on the Website.

Statements are available online for up to a maximum of seven years, depending on the type of account enrolled. Statements for some types of Eligible Accounts or Online Financial Services are available for shorter time frames. If you didn't choose online-only delivery when the account was first opened, there may be a gap in the historical statements available online for some types of Eligible Accounts or Online Financial Services.

For some types of Eligible Accounts or Online Financial Services, there may be a delay of up to several weeks after enrollment before you can start viewing statements and documents online. You can still request historical account statements (fees may apply); please refer to the applicable account agreement and disclosures for details.

### 16(f). *Portfolio by Wells Fargo*

For *Portfolio by Wells Fargo* customers, only the Owners or Authorized Representative(s) of the primary checking account in the *Portfolio by Wells Fargo* program (Program Owners) will have access to the entire online combined statement.

Other account(s) may be linked to the *Portfolio by Wells Fargo* program in either a Detail Level Format or Summary Level Format, as available:

- If Detail Level Format — all information regarding the linked account will be included in the combined *Portfolio by Wells Fargo* statement in detail. A standalone online-only account statement will be created for the linked account.

- If Summary Level Format — account information will be included in the combined *Portfolio by Wells Fargo* statement in summary and a standalone account statement will be created for the linked account and delivered based on that account's delivery preference.

- The owners of the *Portfolio by Wells Fargo* program, as well as any additional owners of linked accounts are responsible for verifying the accuracy of the account information.

### 16(g). Year-end Tax Reporting Documents

Online year-end tax documents may be available to customers with certain account types who are enrolled in the Service and provide a valid email address for the Service. You don't have to complete a separate enrollment process to view your tax documents online. This option is available regardless of whether we also mail your paper tax documents.

You are entitled to receive paper versions of your tax documents by U.S. Mail. By selecting Online as your Delivery Preference, you are consenting to receive those tax documents electronically instead. Please make note of the following important information:

- Your consent applies to all the tax documents you have designated for Online delivery. The consent for each form designated will remain in effect for every year that form is required to be furnished until the consent is withdrawn in the manner provided below. Tax documents will remain available to you online until at least October 15 of the year in which they are delivered for Eligible Accounts (except for closed accounts, as provided in Section 3(b) of this Agreement).

- You may withdraw your consent to electronic delivery by changing your delivery preferences back to U.S. Mail from the delivery preference section of the Website, by calling customer service at **1-800-956-4442**, 24 hours a day, 7 days a week (*Wells Fargo Advisors* accounts call **1-877-879-2495**), or in writing to Wells Fargo Bank N.A., PO Box 4132, Concord CA 94518-4917. Note that delivery preference changes will be reflected immediately on the Website but may take up to two business days to take effect. Depending on timing, delivery preference changes for tax documents may not take effect for the upcoming tax season.

- For Brokerage, certain tax forms, 5498 and Fair Market Value information related to your accounts, may be delivered as part of your monthly account statement. If you agree to Online delivery for monthly account statement documents, you also agree to online delivery for these documents.

- You will receive confirmation via email of any change to your Delivery Preference. Should you change your Delivery Preference to U.S. Mail, this email will be the written confirmation of your withdrawal of consent to electronic delivery.

- You may obtain a paper copy of any tax document we deliver electronically by calling customer service at **1-800-956-4442**, 24 hours a day, 7 days a week; or for *Wells Fargo Advisors* accounts, please contact your Financial Advisors. Requesting a paper copy of your electronically-delivered tax document does not change your Delivery Preference or withdraw your consent to electronic delivery.

- Tax documents will no longer be delivered to you electronically if you close the related account or end your online banking relationship with us.

You may update your contact information and email address within the "Security & Support" section found on the Website. To change the email address associated with your brokerage notifications, once you have changed your email, then go to the delivery preference section found within the website.

*Wells Fargo Online* Technical Requirements describes in detail the hardware and software you need to access and print your tax documents. In summary, you will need:

· a current version of an Internet browser we support,

· a current version of a program that accurately reads and displays PDF files (such as Adobe Acrobat Reader), and

· a computer and an operating system capable of supporting all of the above.

You will also need a printer if you wish to print out and retain records on paper, and electronic storage if you wish to retain records in electronic form.

We always reserve the right to communicate with you in writing using U.S. Mail, regardless of what other options you have chosen.

### 16(h). Terminating Online Statements and Documents

We may terminate Online delivery of statements and documents to you for one or more Eligible Accounts or Online Financial Services, without notice. As provided in Section 28(b) of this Agreement, if you don't access your Eligible Accounts through the Service for any 24-month period, we may terminate your access to all or any part of the Service. As provided in Section 16(c) of this Agreement, we may revoke your online-only statement and document option and change your delivery preference to U.S. Mail if you don't maintain a valid email address.

## 17. Using Financial Management Software

(a). <u>Description</u>

(b). <u>Online Banking and Bill Pay Access</u>

(c). <u>Fees for Online Banking</u>

(d). <u>Transfers</u>

(e). <u>Bill Pay with Financial Management Software</u>

(f). <u>Bill Pay Fees</u>

(g). <u>Disclaimers</u>

(h). <u>Additional Limitations of Liability</u>

(i). <u>Acknowledgments and Agreements</u>

### 17(a). Description

Financial Management Software includes: Quicken®, QuickBooks®, Turbo Tax®, Xero and other software we may identify on the Website. You are responsible for obtaining a valid and separate license agreement with the provider of your Financial Management Software. Your license agreement with the provider of your Financial Management Software may restrict the duration of your online access; we aren't liable for any such limitations or restrictions.

### 17(b). Online Banking and Bill Pay Access

We may choose to let you download information into your Financial Management Software from certain Eligible Accounts. We may also let you initiate Bill Pay instructions through your Financial Management Software. The Eligible Accounts for which these options are available will be identified on the Website. We may also add to, modify, or delete any feature of your ability to access the Service through your Financial Management Software.

### 17(c). Fees for Online Banking

Service fees may apply to your use of your Financial Management Software to connect to the Service. Your Internet, telephone, and/or mobile device service provider may assess other fees and bill them separately.

We'll designate a Wells Fargo billing account (your "Billing Account") from which the fees will be paid. When you start using your Financial Management Software, you're authorizing us to charge your Billing Account for the fees. If you close your current Billing Account, we reserve the right to designate a Billing Account. If you would like to update your Billing Account, please contact us at **1-800-956-4442**.

If you close all your Eligible Accounts, we'll suspend and/or terminate your access through your Financial Management Software. For information on which accounts are eligible, please contact us at **1-800-956-4442**. Important note for Quicken and QuickBooks users: The monthly service fee to access Online Banking through Quicken or QuickBooks is not prorated. If you choose to cancel your service mid-cycle, a charge for the entire month will be assessed.

### 17(d). Transfers

You may transfer funds from Eligible Accounts. The number of transfers from an eligible savings account is limited, as detailed in the applicable account agreement.

Each Business Day has a cut-off time for funds transfers. Transfers made after the cut-off time or transfers made on a Saturday, Sunday, or federal holiday will be made the next Business Day.

### 17(e). Bill Pay with Financial Management Software

If you're enrolled in and use the Bill Pay service through your Financial Management Software, you may use the service to pay any merchant or individual in the U.S, and may also use it to make payments for any bank mortgage, installment loan, credit card or line of credit account.

You must designate through your software an Eligible Account from which bill payments may be made (your "Funding Account"). You may designate more than one Funding Account.

Each Business Day has a cut-off time for bill payments; payments made after the cut-off time or on Saturdays, Sundays, or federal holidays will be made the next Business Day.

All payments made using the Bill Pay service should be made at least four Business Days in advance of the due date, so the payee/merchant can credit your account in time to avoid any late-payment charges or penalties.

### 17(f). Bill Pay Fees

Service fees apply to accessing Bill Pay through your Financial Management Software and are detailed on the Website. Your Internet, telephone, and/or mobile device service provider may assess other fees and bill them separately.

We'll designate a Billing Account at Wells Fargo from which fees for Bill Pay through your Financial Management Software will be paid. When you start using Bill Pay through your Financial Management Software, you're authorizing us to charge your Billing Account for the fees. If you close your current Billing Account, we reserve the right to designate a new deposit account as your Billing Account. If you would like to update your new Billing Account, please contact us at **1-800-956-4442.**

If you close all your Eligible Accounts, we'll suspend and/or terminate your access through your Financial Management Software. For more information on which accounts are eligible, please contact us at **1-800-956-4442.**

### 17(g). Disclaimers

1. **You agree that the Eligible Account information you download through your Financial Management Software is provided to you "as is" and "as available."**

2. **You agree that we make no warranties and have no liability as to:**
   - **Your access and use of your Financial Management Software according to the terms and conditions of any and all applicable license agreements with the providers of such Software;**
   - **The accuracy, completeness, availability or timeliness of the Eligible Account information, text, graphics, or other items in the Eligible Account information that you can download through your Financial Management Software;**
   - **The errors or omissions in the delivery or transmission of the Eligible Account information from us to you (and "you" includes delivery to your Financial Management Software and/or your computer); and**
   - **The download option's fitness for a particular purpose and non-infringement of any third party rights.**

3. **Although payments to the following types of Payees may be scheduled through the Service, such payments are discouraged and are scheduled by you entirely at your own risk; IN NO EVENT WILL WE BE LIABLE FOR ANY CLAIMS OR DAMAGES THAT MAY RESULT IF YOU SCHEDULE PAYMENTS TO THE FOLLOWING PAYEES:**
   - **Payees outside of the United States, including Canada;**
   - **Payees to U.S. Territories;**
   - **Tax payments;**
   - **Government agencies, or**
   - **Court-ordered payments (such as child support payments or traffic tickets). We have no obligation to research or resolve any claim that may result from these types of payments, nor are we responsible for any late payment-related charges when these types of payments are scheduled and/or processed through the Service. All research and resolution for any misapplied, misposted or misdirected payments will be your sole responsibility.**

4. We have no duty to monitor the online transfers or payments that you make. You assume the entire risk of using the Service properly to ensure that funds are transferred and bills are paid properly and timely. We won't be responsible for any charges imposed or any other action taken by a payee/merchant resulting from a bill payment that you have not scheduled properly, including any applicable finance charges and late fees. In addition, we won't be liable if any third party through whom any bill payment is made fails to transmit the payment or the payment instruction properly to the intended payee/merchant, or if the merchant/payee or its bank fails to transmit a payment instruction or record a bill payment properly.

5. In using the Service, you understand that payees and/or the U.S. Postal Service may return payments for various reasons such as, but not limited to, payee's forwarding address expired; payee's account number is not valid; payee is not available to locate account; or payee's account is paid in full. We will use reasonable efforts to research and correct the returned payment and return it to your payee, or void the payment and credit your account.

6. Your Financial Management Software may provide the option of disabling selected features of the Service. To disable any feature of the Service, you MUST contact us by calling 1-800-956-4442 with your notification.

7. You understand that some states do not allow limitations on how long an implied warranty lasts, so that the above limitations may not apply to you, and that you may also have other rights, which vary from state to state.

8. Bill Pay payments made via your Financial Management Software are NOT covered by Wells Fargo's Bill Pay Payment Guarantee.

17(h). Additional Limitations of Liability

You agree that we won't be liable to you for:

· Your inability to use the download, transfer and/or bill pay option;

· The accuracy, timeliness, loss or corruption, or misdelivery of any Eligible Account information, transfer, bill payment, or any other information;

· Unauthorized access to your Eligible Accounts or to your account information and any misappropriation, or alteration, of your account information or data, to the extent the unauthorized access results from your acts or omissions;

· Your inability to access your Eligible Account (including but not limited to, failure of electronic or mechanical equipment, interconnect problems with telephone providers or Internet service providers ("ISPs"), natural disasters, strikes, or other labor problems); or

· Any other matter relating to the download, transfer or bill pay option.

17(i). Acknowledgments and Agreements

You understand and agree that:

· Not all the information in your Eligible Accounts can be downloaded into your Financial Management Software.

· Information you can download may not include us all of your account activity.

· Statements we generate are the official record of account transactions, positions and balances; the information you download is for tracking purposes only and should not be considered an official record.

· Account information won't necessarily reflect banking, financial, or investment activities and transactions that have not yet been completed or settled, and will only reflect the account information in your Eligible Accounts at the exact point in time that you download the information (for example, trades that have not yet been settled may not be reflected).

· Account information in your Eligible Accounts may reflect transactions as of a prior time period and may not be current when you download the information.

· We won't automatically update account information that you download to your Financial Management Software. You will have to update the Eligible Account information by downloading more current information from your accounts (for example, stock prices, and/or the value of the investments we hold in your brokerage account, may be reflected at the prices at the close of the prior trading day and not at the current prices).

· Eligible Account information may include information you provided to us (for example, cost or tax basis information for securities we have transferred into your brokerage account); you're solely responsible for the accuracy of this information.

· We aren't liable for any loss, damages or expenses of any kind as a result of your reliance upon the Eligible Account information in your Financial Management Software (which may not be up to date and may not include pending transactions such as a stock sales or purchases that haven't settled).

- You assume all risk that unauthorized third parties may access any Eligible Account information you download and store in your Financial Management Software.
- If you send information in an unsecure manner or take the Eligible Account information out of our secure systems by downloading it, we're no longer responsible for the security and confidentiality of that information, and the responsibility is now yours (or may be shared with others, such as your Financial Management Software provider).
- We aren't responsible for the security and confidentiality of the Eligible Account information if you:
  ◦ Use wireless connections to download your account information, in which case you acknowledge other persons may be able to access the information being downloaded; or
  ◦ Let others access or use your Financial Management Software.
- Downloads of Eligible Account information are at your own risk. You are solely responsible for any resulting damage to the computer (or other electronic device) to which you download any information.

## 18. Third-Party Software and Content

(a). <u>Description</u>

(b). <u>Disclaimers</u>

(c). <u>Additional Limitations of Liability</u>

(d). <u>Acknowledgments and Agreements</u>

### 18(a). Description

**Third-Party Software.** We may offer third-party software tools and products ("Third-Party Software") that you can install on your computer. You are responsible for obtaining a valid and separate license agreement with the provider of the Third-Party Software.

**Third-Party Content.** We may offer information, commentary, and tools supplied by companies not affiliated with us ("Third Party Content"). Third-Party Content on the Website is labeled as such, and may be available either in a frame, via a hyperlink, or simply posted to the Website. We don't own any interest in, edit, review or endorse any Third-Party Content.

### 18(b). Disclaimers

1. You agree that:
- Any Third-Party Software you download through your Financial Management Software is provided to you "as is" and "as available."
- Any Third-Party Content you review or use is provided to you "as is."

2. You agree that we make no warranties and have no liability as to:
- The accuracy, completeness, availability or timeliness of the information, text, graphics, or other items provided, stored, evaluated or processed through the Third-Party Software or Third-Party Content;
- Any errors or omissions in the delivery or transmission of the Third-Party Software or Third-Party Content from us to you (and "you" includes delivery to your Financial Management Software and/or your computer); and
- The Third-Party Software's or Third-Party Content's fitness for a particular purpose and non-infringement of any third-party rights.

3. You understand that some states do not allow limitations on how long an implied warranty lasts, so that the above limitations may not apply to you, and that you may also have other rights, which vary from state to state.

### 18(c). Additional Limitations of Liability

You agree that we won't be liable to you for:
- Your inability to access or use the Third-Party Software.
- The accuracy, timeliness, loss or corruption, or misdelivery of any Eligible Account information or any other information processed by the Third-Party Software.
- Unauthorized access to your Eligible Accounts or to your account information and any misappropriation, or alteration, of your account information or data as a result of your installation or use of the Third-Party Software.

**18(d). Acknowledgments and Agreements**

You agree and understand that:

- You assume all risk that unauthorized third parties may access any Third-Party Software you download and install, or any information you enter into the Third-Party Software.
- If you use the Third-Party Software to transmit information, you and the Third-Party Software provider are responsible for the security and confidentiality of that information.
- Any Third-Party Software downloads are your own risk and you alone are responsible for any resulting damage to the computer or other electronic device, as well as for any loss or corruption of data that might occur as a result.
- You are solely responsible for acquiring and maintaining a computer or other electronic device that can handle and access the Third-Party Software, including any necessary equipment such as a modem, and that you're responsible for all costs associated with accessing the Third-Party Software.

# 19. Communicating with Us

## (a). Description
## (b). Complaints and Feedback

**19(a). Description**

The Service provides email forms for you to ask questions or provide comments. The Service also lets you securely communicate sensitive or confidential information for your *Wells Fargo Advisors* accounts. You can access these email forms after you sign on with your password to a secure session of the Service.

To ensure the security of your Eligible Account information, we recommend that you use only these email forms when asking specific questions about covered Eligible Account(s). Use only the secure messaging feature when sharing sensitive or confidential account information about your *Wells Fargo Advisors* accounts.

You cannot use email to initiate transactions on your Eligible Accounts. For transactions, please use the appropriate functions within the Service, call **1-800-956-4442**, or call the number listed on your account statement.

For employer-sponsored retirement accounts, please follow the procedures established by your plan administrator or call the Retirement Service Center to speak with a Retirement Service Representative for questions about your retirement account.

**19(b). Complaints and Feedback**

Your feedback matters. Share your feedback and complaints so we can better serve you.

- Call 1-844-WF1-CARE (**1-844-931-2273**)
- Visit us at wellsfargo.com/feedback
- Write to us. For addresses, go to wellsfargo.com/addresses
- Talk with a banker at any Wells Fargo banking location

For other online servicing needs, contact us by email through your secure online session, or call Online Customer Service at **1-800-956-4442**.

Please contact us if you have any additional questions.

## 20. Fees

   (a).  <u>Fees for Eligible Accounts and Online Financial Services</u>

   (b).  <u>Payment</u>

### 20(a). Fees for Eligible Accounts and Online Financial Services

Fees (separately disclosed) in connection with an Eligible Account or Online Financial Service apply when using the Service. <u>Additional fees</u> may apply to specific services and are disclosed on the Website. Your internet, telephone, and/or mobile device service provider may assess other fees and bill them separately.

### 20(b). Payment

Unless otherwise agreed, you have to designate an account at Wells Fargo to pay fees for Eligible Accounts and Online Financial Services (your "Payment Account"). You authorize us to charge your Payment Account for the fees.

If you close your current Payment Account, you must notify us to designate a new deposit account that will be your Payment Account. In addition, you must cancel your Online Financial Services by notifying us at **1-800-956-4442** or the phone number located on your statement.

## 21. Security

   (a).  <u>Description</u>

   (b).  <u>Usernames and Passwords</u>

   (c).  <u>Protecting Your Security</u>

### 21(a). Description

You need a username and password, or other Wells Fargo approved security and authentication controls, to access your Eligible Accounts and Online Financial Services through the Service. We may set standards for your username and password. We recommend that you change your password regularly, and select a unique username and password combination for use only with the Service.

We may also require additional security procedures for certain transactions. These additional security procedures may require special hardware, software or third-party services. To enhance the security of your Eligible Accounts and Online Financial Services, we may also offer you additional, optional security procedures. These could include personal reference questions and answers, random number generators or one-time passwords.

We may also require the use or activation of specific applications, Internet browser software features, plug-ins and add-ons, to use the Service. These could include JavaScript support and "cookies."

To enable and enhance secure access to the Service, we may also access detailed information about the computers and Mobile Devices you use to access the Service. This could include telephone numbers and unique internal and network identifiers for your computers and Mobile Devices. We also use cookies and other technology for information security and other purposes, as described in our <u>Digital Privacy and Cookies Policy</u>.

### 21(b). Usernames and Passwords

You can change your username and/or password within the Service or by calling **1-800-956-4442** (**1-877-879-2495** for *Wells Fargo Advisors* accounts).

Usernames and passwords must meet the standards we establish. These standards will be available for your reference whenever you create or change a username and/or password. We may require you to change or update your username and/or password at any time. If we change these standards, you may have to change your password to meet the new standards. We aren't required to give you advance notice that we have changed the standards, or that we're requiring you to change or update your password. You are responsible for keeping your password confidential. We recommend you select a unique username and password combination for use only with the Service, and memorize it rather than writing it down.

**21(c). Protecting Your Security**

Even though information exchanged through the Service is protected by advanced encryption techniques while being transmitted, you still need to protect your username and password for the Service.

You must notify us immediately if you suspect fraudulent activity on your Eligible Account or if you believe that:

- Your password may have been lost or stolen.
- A Mobile Device you use to access the Service has been lost, stolen or compromised.
- Someone viewed, downloaded or deleted electronic records from your Eligible Account or Online Financial Service without your permission.

To notify us:

- **Call 1-800-956-4442** anytime, 24 hours a day, seven days a week;
- **Sign** on at the Website and send us an email through your secure online session; or
- **Write** to Wells Fargo Bank, N.A. PO Box 4132, Concord, CA 94518-4917.

In the event of unauthorized use of your username and password, or any other security or authentication technique we use, you may be liable for resulting losses, to the extent permitted by law. Our Online Security Guarantee requires you to fulfill certain responsibilities to invoke the protections it affords in certain instances of unauthorized use of the Service.

## 22. Privacy and Use of Information

(a). <u>Description</u>

(b). <u>Acknowledgments and Agreements</u>

**22(a). Description**

The provisions of the privacy policies provided or made available to you in connection with an Online Financial Service or Eligible Account will govern all information we gather from you in connection with using the Service, as applicable. Additionally, your use of the Service is subject to the Wells Fargo Digital Privacy and Cookies Policy. By accessing or using the Service, you understand and agree that Wells Fargo may collect and retain personal or other information about you or the device you use to access the Service.

You authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to use your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and to compare information you have provided to Wells Fargo with your wireless operator account profile information for the duration of the business relationship.

**22(b). Acknowledgments and Agreements**

You agree that:

- We may collect and retain certain information and use that information to market our products and services to you. If your relationship with us is only as a participant in an employer-sponsored retirement or deferred compensation plan, we won't treat this paragraph as authorizing us to market our products and services to you.
- If you access the Service, or use an Online Financial Service, we may track and record your geographic location. We may use automated processes to detect any use of the Service that violates the terms of this Agreement or any applicable law.

## 23. Additional Responsibilities

    (a). <u>Your Responsibilities</u>

    (b). <u>Acknowledgments and Agreements</u>

### 23(a). Your Responsibilities

You are responsible for:

- Actions taken by anyone using the Service after signing in with your username and password, or any other Wells Fargo approved authentication control. We are entitled to rely and act upon instructions received under your username and password.
- Keeping your username and password confidential.
- Ensuring that you have signed off from the Service when your session is complete to prevent unauthorized persons from using the Service.
- Ensuring your computer operating system, software, browser version, plug-ins and anti-virus software are all current and up-to-date.
- Ensuring you have a valid email address.

### 23(b). Acknowledgments and Agreements

You agree that you will:

- Be the only user of your username and password, that you won't transfer or disclose any of this information to any other person.
- Be responsible for all usage of the Service and any fees associated with use of other services accessed through the Service on your Eligible Account, whether or not authorized by you.
- Immediately notify us at **1-800-956-4442** or the phone number located on your statement to report any actual or suspected unauthorized use of your username or password.
- Provide true, accurate, current and complete information about yourself as requested.
- Not misrepresent your identity.
- Not use the Service for illegal purposes.
- Comply with all regulations, policies and procedures of networks through which you access and use the Service.
- Not use the Service in a way that disrupts the Service or the networks through which you access or use the Service.
- Not access or attempt to access any Service account for which you have no access authorization, or duplicate, modify, distribute or display any of the data or files from any such account.
- Be responsible for and provide all computer, telephone, and other equipment, software (other than any software provided by us) and services necessary to access the Service.

## 24. Disclaimers

    (a). <u>Disclaimer of Warranties</u>

    (b). <u>Limits on Liability and Obligations</u>

    (c). <u>Indemnification</u>

### 24(a). Disclaimer of Warranties

To the fullest extent permitted by law, we make no warranties of any kind for the Service, either express or implied, including, but not limited to, implied warranties of merchantability or fitness for a particular purpose.

We do not warrant that the Service will be uninterrupted or error free, that defects will be corrected, or that our Website that makes the Service available is free of viruses or other harmful components.

**24(b). Limits on Liability and Obligations**

Wells Fargo and its officers, directors, shareholders, parents, subsidiaries, affiliates, agents, licensors, or third-party service providers are not liable for any:

- Consequential (including without limitation, loss of data, files, profit or goodwill or the costs of procurement of substitute goods or service) damages.
- Indirect damages.
- Incidental damages.
- Special damages.
- Punitive damages.

This is true whether these damages occur in an action under contract, or from negligence or any other theory, arising out of, or in connection with, this Agreement, the Service, or the inability to use the Service.

In addition to reasons such as scheduled system maintenance, damages could arise from circumstances beyond our control, even if we advise you of the possibility of such damages. These circumstances could include (but are not limited to):

- Power outages.
- System failures.
- Fires.
- Floods.
- Natural disasters.
- Extreme weather.
- Cyber-attacks, including Denial of Service (DoS).

In states that prohibit the limitation of liability for consequential or incidental damages, the above limitations may not apply.

Except as specifically provided in this Agreement or otherwise required by applicable law, we, our service providers or other agents, also won't be liable for:

- Any loss or liability you may incur resulting wholly or partly from failure or misuse of your equipment or software provided by an external company (such as an Internet browser provider, an Internet access provider, an online service provider or an agent or subcontractor of any of them).
- Any direct, indirect, special or consequential, economic or other damages arising in any way from your access/use/failure to obtain access to the Service. Wells Fargo does not make any representation that any content or use of the Service is appropriate or available for use in locations outside of the continental United States, Alaska or Hawaii.

We won't be obligated to honor, in whole or in part, any transaction or instruction that:

- Is not in accordance with any term or condition of this Agreement or any other agreement that applies to the relevant Online Financial Service or Eligible Account.
- We have reason to believe may not be authorized by you or any other person whose authorization we believe necessary.
- We have reason to believe involves funds or other property subject to a hold, dispute, restriction or legal process we believe prevents the transaction or instruction.
- Would violate any applicable provision of any risk control program of the Federal Reserve, the Office of the Comptroller of the Currency, or any applicable rule or regulation of any other federal or state regulatory authority.
- Is not in accordance with any other requirement of our policies, procedures or practices.
- We have other reasonable cause not to honor for our or your protection.

Wells Fargo won't be liable for any failure of availability or performance due to scheduled system maintenance or circumstances beyond our control (such as power outage, computer virus, system failure, fire, flood, earthquake, or extreme weather).

24(c). Indemnification

Except where we're liable under the terms of this Agreement or another agreement governing the applicable Eligible Account or Online Financial Service, you agree to indemnify, defend, and hold us, our affiliates, officers, directors, employees, consultants, agents, service providers, and licensors harmless from any and all third-party claims, liability, damages, and/or costs (including but not limited to reasonable attorney's fees) arising from:

- A third-party claim, action, or allegation of infringement, misuse, or misappropriation based on information, data, files, or other content or materials you submit to us.
- Any fraud, manipulation, or other breach of this Agreement or the Service.
- Your violation of any other applicable laws or rights of a third party, including but not limited to rights of privacy, publicity, or other property rights.
- The provision of the Service or use of the Service by you or any third party.

We reserve the right to defend/control (at our own expense) any matter otherwise subject to indemnification by you. In such a case, you will cooperate with us in asserting any available defenses. You won't settle any action or claims on our behalf without our prior written consent.

You are providing this indemnification without regard to whether our claim for indemnification is due to the use of the Service by you, your Authorized Representative or your Delegate.

## 25. Dispute Resolution Program: Waiver of Class Action Rights and Arbitration Provisions

   (a). <u>Description</u>

   (b). <u>Non-judicial Dispute Resolution</u>

   (c). <u>Definition of Disputes</u>

   (d). <u>Binding Arbitration and Waiver of Class Action Rights</u>

   (e). <u>Rights Preserved</u>

   (f). <u>Miscellaneous</u>

   (g). <u>Fees and Expenses</u>

   (h). <u>Small Claims Court</u>

25(a). Description

This Section 25 constitutes the arbitration agreement between you and us, and includes a mutual waiver of class action rights. It governs disputes about the following, which are known as "Covered Disputes":

- Interpretation of this Agreement (which includes this arbitration agreement and whether a disagreement is a "dispute" subject to binding arbitration as provided for in this arbitration agreement).
- The Service.
- The Online Access Process.
- Online Financial Services ("Covered Disputes").

This Section does not cover the following disputes:

- Disputes about Eligible Accounts that are brokerage accounts. These are governed by the Pre-Dispute Arbitration Agreement and governing law provisions contained in the brokerage account agreement document, which takes precedence over this Section.
- Disputes arising under any separate agreement governing your other Eligible Accounts. These are governed by the dispute resolution and governing law provisions of that agreement, which also take precedence over this Section.

25(b). Non-judicial Dispute Resolution

You and we agree that any Covered Disputes between or among you and us, regardless of when it arose, will, upon demand by either you or us, be resolved by the arbitration process described in Section (d) below. **You understand and agree that you and we are each waiving the right to a jury trial or a trial before a judge in a public court.**

As an exception to this Arbitration Provision, we both retain the right to pursue disputes in small claims court in the state where you reside if the dispute lies within that court's jurisdiction.

**25(c). Definition of Disputes**

A dispute is any unresolved disagreement between or among you and us. Disputes include:

- Claims based on broken promises or contracts.
- Torts (injuries caused by negligent or intentional conduct) or other wrongful actions.
- Statutory, common law, and equitable claims.
- Any disagreement about the meaning of this Arbitration Provision.
- Whether a disagreement is a "dispute" subject to binding arbitration as provided for in this Arbitration Provision.

**25(d). Binding Arbitration and Waiver of Class Action Rights**

Binding arbitration lets an independent third party resolve a Covered Dispute without using the court system, judges or juries. Either you or we may require the submission of a Covered Dispute to binding arbitration at any reasonable time, even if a lawsuit or other proceeding has begun. If either you or we don't submit to binding arbitration following a lawful demand, the one who fails to so submit bears all costs and expenses (including attorney's fees and expenses) incurred by the other in compelling arbitration.

**Neither you nor we will be entitled to:**

- **Join, consolidate or combine Covered Disputes by or against others in any arbitration; or**
- **Include in any arbitration any Covered Dispute as a representative or member of a class; or**
- **Act in any arbitration in the interest of the general public or in a private attorney general capacity.**

Each arbitration, including the selection of the arbitrator, will be administered by the American Arbitration Association ("AAA") or such other administrator as you and we may mutually agree to (the AAA or such other mutually agreeable administrator to be referred to here as the "Arbitration Administrator"), according to the Commercial Arbitration Rules and the Consumer Arbitration Rules ("AAA Rules").

To the extent that there is any variance between the AAA Rules and this Arbitration Provision, this Arbitration Provision will control. Arbitrator(s) must be a member of the state bar where the arbitration is held, with expertise in the substantive laws applicable to the subject matter of the Covered Dispute.

You and we each agree that in this relationship:

- You and we are participating in transactions involving interstate commerce.
- The Arbitrator will decide any dispute regarding the enforceability of this Arbitration Provision.
- Each arbitration is governed by the provisions of the Federal Arbitration Act (Title 9 of the United States Code) and, to the extent any provision of that Act is inapplicable, unenforceable or invalid, the laws governing the relationship between you and us about which the Covered Dispute arose.

To find out how to initiate arbitration, please call any office of the AAA or visit the AAA Website at www.adr.org. If any of the provisions of this arbitration agreement dealing with class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be unlawful or unenforceable, that invalid provision shall not be severable and this entire arbitration agreement shall be unenforceable.

**25(e). Rights Preserved**

This Arbitration Provision and the exercise of any of the rights you and we have under this Arbitration Provision do not stop either of us from exercising any lawful rights to use other remedies available to:

- Preserve, foreclose, or obtain possession of real or personal property.
- Exercise self-help remedies, including setoff and repossession rights.
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment or court appointment of a receiver by a court having jurisdiction.
- Enforce your rights under section 502 of the Employee Retirement Income Security Act of 1974.

**23(f). Miscellaneous**

You and we each agree to take all steps and execute all documents necessary for the implementation of arbitration proceedings. The arbitrator may hear and rule on appropriate dispositive motions as part of the arbitration proceeding, such as motions for judgments on the pleadings, summary judgment, or partial summary judgment.

All parties (the AAA, the arbitrators, you and we) must, to the extent feasible, take any action necessary to ensure that an arbitration proceeding, as described in this Arbitration Provision, is completed within 180 days of filing the Covered Dispute with the AAA. The parties must not disclose the existence, content, or results of the arbitration, except for disclosures of information required in the ordinary course of business or permitted by applicable law or regulation. This provision will be liberally construed to ensure the enforcement of this Arbitration Provision.

Arbitration proceedings are conducted in the state where you reside or at a location determined by the AAA. All statutes of limitations that apply to any Covered Dispute apply to any arbitration between you and us.

The provisions of this Arbitration Provision will survive termination, amendment, or expiration of your Account relationship, the governing Agreement or any other relationship between you and us.

This Arbitration Provision constitutes the entire agreement between you and us and supersedes all prior arrangements and other communications about dispute resolution. If more than one arbitration agreement mutually entered into by you and us potentially applies to a Covered Dispute, the one most directly related to the Eligible Account or transaction that is the subject of the dispute will control.

**25(g). Fees and Expenses**

Arbitration fees shall be determined by the rules or procedures of the Arbitration Administrator, unless limited by applicable law. Please check with the Arbitration Administrator to determine the fees that apply to any arbitration you may file. If the law that applies to this Agreement limits the amount of fees and expenses you have to pay, then no allocation of fees and expenses to you shall exceed this limitation. Unless inconsistent with applicable law, each of us shall bear the expense of our own attorney, expert and witness fees, regardless of which of us prevails in the arbitration.

**25(h). Small Claims Court**

Notwithstanding anything in the Agreement to the contrary, each party retains the right to pursue in Small Claims Court any dispute in which the remedy sought is entirely within that court's jurisdiction.

## 26. Notices and Communication

(a). <u>Description</u>

(b). <u>Electronic Delivery</u>

(c). <u>Phone Calls and Text Messages</u>

(d). <u>Communications Sent At Your Request/On Your Behalf</u>

(e). <u>Returned and Unclaimed Information</u>

(f). <u>Contact Information Changes</u>

(g). <u>Implementation of Notices</u>

(h). <u>Acknowledgments and Agreements</u>

**26(a). Description**

Except as expressly provided otherwise in this Agreement, we'll provide notices and other information regarding your Eligible Account, Online Financial Service, or the Service (collectively "Account-Related Information") electronically, through the mail or by other means. We'll send this information to the postal or electronic address ("E-Address") of the Owner of the applicable Eligible Account or Online Financial Service as reflected in our records, unless you specify a different postal or E-address.

E-Addresses include email addresses, other Internet addresses, text messaging numbers or other electronic access addresses provided to us in accordance with this Agreement. Any Account-Related Information will be considered "sent" on the first Business Day following the date on the communication.

Account-Related Information held for pickup or posted on our Website will be deemed to be delivered to/received by you when we make it available for pick-up, display it to you or send notice in accordance with this Agreement that it is posted on our Website. The person receiving the notice has to provide copies of all Account-Related Information to all joint Owners, Delegates, or other persons with access to the applicable Eligible Account or Online Financial Service.

We can communicate all Account-Related Information to you through the U.S. Postal Service or overnight courier, at our sole option.

### 26(b). Electronic Delivery

Unless applicable law states otherwise or pursuant to the ESIGN Consent to Use Electronic Records and Signatures, when we need to provide you with information in writing, we can send it electronically, either:

- To your E-Address (if applicable and you have provided us with a valid email address); or
- By posting the information to our Website; or
- To your online banking secure mailbox, or other electronic means.

### 26(c). Phone Calls and Text Messages

When you provide a phone number to us, you agree that you own or are authorized to provide the telephone number to us. You agree that we may use automatic dialing technology or artificial or prerecorded voice messages to call you or send text messages to you, even if the phone number is registered to a cell phone number or Voice over Internet Protocol service. You understand and agree we may place calls with informational, servicing, or collections messages about your Account. Our calls and text messages to your cell phone number could result in your communication service provider's charges to you.

### 26(d). Communications Sent At Your Request/On Your Behalf

You authorize us to send emails and text messages to others on your behalf, if needed to carry out your instructions regarding an Eligible Account or Online Financial Service. You confirm and agree that you have obtained consent from the person who owns or is the current subscriber of the email address or phone number to receive the communication. These communications may identify you by name and may state that we're sending them on your behalf and according to your instructions.

### 26(e). Returned and Unclaimed Information

Unless otherwise prohibited by the laws governing your Eligible Account or Online Financial Service, this Sub-section (d) applies if Account-Related Information documents are returned or electronic notifications are returned as undeliverable.

This means we can stop sending Account-Related Information or electronic notifications to you until you provide a valid postal or valid email to us.

We may also:

- Destroy Account-Related Information sent to you and returned to us as undeliverable.
- Hold the Account-Related Information for your Account for you to pick up.
- Stop sending the Account-Related Information through the current delivery method and use an alternative delivery method. For example, if we're sending Account-Related Information to you via the U.S. Postal Service, and the information is returned to us as undeliverable on two or more occasions, we may attempt to deliver the information to your E-Address instead.
- Suspend access to your Eligible Accounts or Online Financial Services.

If we hold Account-Related Information for you to pick up and it remains unclaimed for 60 days, we may send the Account-Related Information to the address reflected in our records for your Eligible Account or destroy it.

### 26(f). Contact Information Changes

You agree to notify us immediately if you no longer own or you are no longer authorized to use or share any your address, E-Address or phone number you previously provided to us. Address changes may be initiated:

- At your request – you can instruct us to change the address or E-Address to which we send notices or Account-Related Information about your Account at any time.
- If we get an address change notice from the U.S. Postal Service.
- If another party in the business of providing correct address information notifies us that the address in our records no longer corresponds to your address.

We may act on instructions purportedly made on your behalf within a reasonable time after we receive them.

Unless you instruct us otherwise, we may change the U.S. Postal Service address or E-Address only for the account(s) you specify, or for all or some of your other account(s) with us.

Please note:

- To change the address associated with an employer-sponsored retirement or deferred compensation plan, follow the address-change procedures established by your employer or plan administrator.
- Contact your insurance carriers directly to change any insurance policy record. Address changes made with us won't be reported to any of your insurance carriers.

### 26(g). Implementation of Notices

Any notice you send us won't be effective until we actually receive it and have a reasonable opportunity to act on it. If your Eligible Account has multiple Owners, we may send Account-Related Information to any one of them.

You assume the risk of loss in the mail or other transit. Any notice or Account-Related Information we send you will be effective when mailed, sent electronically, or otherwise made available to you.

### 26(h). Acknowledgments and Agreements

You agree that:

- We may satisfy our obligation to provide you with an annual copy of our Privacy Policy by keeping it available for review on our Website.

- We may call you and text you to service your accounts, collect any amount you may owe or discuss our relationship, products and services with you. If your only relationship with us is as a participant in an employer-sponsored retirement or deferred compensation plan, this paragraph won't authorize us to make telephone calls or send text messages to discuss other products or services we offer.

- Information is deemed delivered to you if it is sent electronically as described in this Section.

## 27. Export Control and International Use

### (a). Description
### (b). Acknowledgments and Agreements

### 27(a). Description

The U.S. government controls the export (including downloads) of products and information containing encryption ("Controlled Technology") under the Export Administration Regulations ("EAR"). This Service may contain Controlled Technology subject to the EAR.

### 27(b). Acknowledgments and Agreements

In your use of the Service, you agree:

- To access and/or download Controlled Technology related to the Service.

- Not to access or download Controlled Technology from any country where such access or download is prohibited by U.S. export control laws (which may include, without limitation, Cuba, Iran, North Korea, Sudan, or Syria).

- That you're not a person or entity to whom such access or download is prohibited.

  ○ Anyone accessing the Service from locations outside the United States you do so at your own risk and are responsible for compliance with local laws. The Service is hosted in the United States. If you are accessing the Service from outside the United States you may be subjecting yourself to United States law, which may differ from your local laws, including laws involving governing personal data collection, use, and disclosure. In your use of the Service, which is governed by United States law, including certain economic sanctions laws and regulations, and this Agreement, you may transfer certain personal information to the United States, you consent to that transfer, and you consent to the application of United States law.

## 28. General Provisions

   (a). <u>Amendments</u>

   (b). <u>Termination</u>

   (c). <u>Governing Law</u>

   (d). <u>Assignment</u>

   (e). <u>Intellectual Property and Other Proprietary Rights</u>

   (f). <u>Entire Agreement</u>

   (g). <u>Waiver</u>

   (h). <u>Failure to Act</u>

   (i). <u>Headings</u>

### 28(a). Amendments

**Except as otherwise required by law, we may in our sole discretion change the terms of this Agreement at any time. This may include adding new or different terms to, or removing terms from, this Agreement.**

We'll update this Agreement on the Website on or before the effective date that changes are made, unless an immediate change is necessary to maintain the security of the system or unless a law, rule or regulation requires it be updated earlier. If we can't disclose a change without jeopardizing the security of the system, this Agreement will be updated within 30 days after the change.

We'll notify you as soon as possible when any changes are made that materially affect your rights, such as changes regarding how your information is maintained or used, or significant changes to the terms of this Agreement. By continuing to use the Service after we send you notice of any change, you agree to the change.

Changes to fees or terms that apply to Eligible Accounts are governed by the agreement otherwise governing the specific account. Except as otherwise required by law, any change to this Agreement applies only to transactions that occur, or claims that arise, after the amendment becomes effective.

### 28(b). Termination

This Agreement will be in effect from the date we accept your enrollment in the Service and at all times while you're using the Service or any Online Financial Service. Unless otherwise required by applicable law, either of us can terminate this Agreement and/or your access to any Eligible Account or Online Financial Service through the Service, in whole or in part, at any time, without notice.

The termination of this Agreement won't end your obligations or our rights under this Agreement before the termination.

We can suspend and/or reinstate access to an Eligible Account or Online Financial Service through the Service, in whole or in part, at our discretion, at any time. To request reinstatement of an Eligible Account or Online Financial Service, call **1-800-956-4442**. If reinstated, the then-current terms of this Agreement will control.

If you don't access your Eligible Accounts through the Service for a period of 24 consecutive months, we may terminate your Service, including Online Financial Services accessed through the Service, without prior notice to you.

To cancel any of your Online Financial Services, call **1-800-956-4442** or write to Wells Fargo Bank, N.A. PO Box 4132, Concord, CA 94518-4917. For *Wells Fargo Advisors* accounts, **call 1-877-879-2495**.

All applicable provisions of this Agreement will survive termination by either you or us, including, without limitation:

- Provisions related to intellectual property.
- Warranty disclaimers.
- Limitations of liability.
- Indemnification.

### 28(c). Governing Law

Each of your Eligible Accounts and Online Financial Services will continue to be read and interpreted according to the laws described in the agreements you have with us regarding those Eligible Accounts or Online Financial Services (for example, your deposit account agreement or your credit card agreement with us).

This Online Access Agreement will be read and interpreted according to the laws of the State of South Dakota, without regard to conflict-of-law rules.

In any legal action or claim regarding this Online Access Agreement, the prevailing party will be entitled to recover costs and reasonable attorney fees.

### 28(d). Assignment

We may assign our interest in this Agreement to Wells Fargo & Company, its successors, or to any now-existing or future direct or indirect subsidiary of Wells Fargo & Company. However, you may not assign or transfer this Agreement.

We may also assign or delegate certain of our rights and responsibilities under this Agreement to independent contractors or other third parties.

### 28(e). Intellectual Property and Other Proprietary Rights

Other than your personal account information, all content included or available on the Service, such as advertisements, text graphics, button icons, images, audio clips and software, including the collection, arrangement and assembly thereof, is the property of Wells Fargo and/or third parties, and is protected by the Copyright Act and international treaties in addition to other state and federal intellectual property laws (collectively, the "Site Materials").

The trademarks, logos, and service marks displayed on the Service (collectively, the "Trademarks") are the registered and unregistered trademarks of Wells Fargo, or third parties. You may not use, copy, alter, modify, or change these Trademarks or copy, display, distribute, transfer, link to, reproduce, license, frame, alter, create derivative works of, or republish all or any portion of the Site Materials for any commercial or public purpose. The Service does not grant (by implication or otherwise) any license or right to use any Trademarks or Site Materials without the express written permission of Wells Fargo, or the third party that has rights to such Trademarks or Site Materials.

### 28(f). Entire Agreement

In combination with other applicable Wells Fargo agreements as described in Section 1(b). of this Agreement, this Agreement represents the agreement between you and Wells Fargo regarding the Service. It merges and supersedes all previous and contemporaneous written or oral agreements and understandings regarding the subject of online access.

Each of the rules, terms, and conditions set forth in this Agreement stands alone. Any term or condition contained in this Agreement that is inconsistent with the laws governing the Service will be deemed to have been modified by us and applied in a manner consistent with such laws.

Unless stated otherwise, if any provision of this Agreement is held to be invalid or otherwise unenforceable, the remainder of the provisions will remain in full force and effect, and will in no way be invalidated or otherwise affected.

### 28(g). Waiver

We may agree in writing (or otherwise) to waive a provision of this Agreement, including a fee (a "Waiver"). We may revoke any Waiver.

### 28(h). Failure to Act

Our failure to act with respect to a breach of the Agreement by you or others doesn't waive our right to act with respect to subsequent or similar breaches.

### 28(i). Headings

Headings are for reference only and don't define, limit, construe, or describe the scope or extent of a Section.

If you have any questions regarding this Agreement, please contact *Wells Fargo Online* Customer Service at **1-800-956-4442.**

## 29. Additional Services

The following addenda agreements will also apply if you register for these additional services.

- Zelle® Transfer Service
- Wells Fargo Wire Transfers
- Direct Pay

---

**Investment and Insurance Products:**
- ► Are NOT insured by the FDIC or any other federal government agency
- ► Are NOT deposits of or guaranteed by the Bank
- ► May Lose Value

---

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

© 1999 – 2018 Wells Fargo. All rights reserved.  IHA-5782901